# Lawrence C. Glynn

| | |
|---|---|
| **From:** | Lawrence C. Glynn <lglynn@carusoglynn.com> |
| **Sent:** | Monday, June 11, 2018 5:26 PM |
| **To:** | 'Tomas Appleyard - BARBUSS' |
| **Subject:** | RE: Riviana Foods vs XPO // EU-55004-DDE |

Tomas,

We will handle for 7.5% not in suit, 8.5% in suit.

However, let's not make this a precedent going forward. Consider this a huge favor for a good client. Translation: You guys owe me one!

Very truly yours,

Lawrence C. Glynn

# CARUSO GLYNN, LLC

242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667   (direct dial)
(718) 767-2474   (facsimile)
(718) 570-3338   (cell phone)
www.carusoglynn.com
twitter:  @cargolaw


**From:** Tomas Appleyard - BARBUSS <tomas.appleyard@barbuss.com>
**Sent:** Sunday, June 10, 2018 4:49 PM
**To:** Lawrence C. Glynn <lglynn@carusoglynn.com>
**Subject:** RE: Riviana Foods vs XPO // EU-55004-DDE

Larry, just to be clear with this, would you accept this?

Not in Suit:            7.5% of gross recovery to our firm

In Suit:                10% of gross recovery to our firm

I think it might be considerably tricky to convince my board to settle Suit fees in 10%. Would you take 8,5?

Our clients (insurers) are expecting us to take some sort of proactive step with XPO & EXETER (actual owner of the location). So far I understand, the warehouse is insured with ACE.

Settling this case without going through litigation will be seen as a winner. I would thus suggest, if we get to agree on fees, to maximize our extrajudicial efforts to end up this matter.

Best.
**Tomas Appleyard**
BARBUSS Global
Tel: +54 11 5278 6097 / 6098 / 6099
tomas.appleyard@barbuss.com