

**Date of Purchase: May 02, 2025**

# Flight Receipt for New York-LaGuardia, NY to Chicago-Ohare, IL

## PASSENGER INFORMATION

LAWRENCE CARUSO GLYNN
SkyMiles Number: 9224547639

Confirmation Number: GNHJVJ
Ticket Number: 0062328015302

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| LGA>ORD<br>Tue 08Jul2025 DL 2760 | OPEN | Z | |
| ORD>LGA<br>Wed 09Jul2025 DL 1074 | OPEN | Z | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare: $573.36 USD

**Taxes, Fees & Charges:**
| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $43.00 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.40 USD |

**Total Price:** $646.96 USD

Paid with American Express ***********3008

## KEY OF TERMS

\# - Arrival date different than departure date
\*\* - Check-in required
\*\*\*- Multiple meals
\*S$ - Multiple seats
AR - Arrives
B - Breakfast

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack

C - Bagels / Beverages
D - Dinner
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage.   They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring

special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2025 Delta Air Lines, Inc. All rights reserved.



HILTON CHICAGO
720 SOUTH MICHIGAN AVE
CHICAGO, IL  60605
United States of America
TELEPHONE 312-922-4400   • FAX 312-922-5240
Reservations
www.hilton.com or 1 800 HILTONS

| | |
|---|---|
| Glynn, Lawrence | |
| | Room No: 1063/K1J |
| | Arrival Date: 7/8/2025  8:21:00 PM |
| 242-03 NORTHERN BLVD | Departure Date: 7/9/2025 3:07:00 PM |
| | Adult/Child: 1/0 |
| LITTLE NECK NY  11362 | Cashier ID: BTHORNTON |
| UNITED STATES OF AMERICA | Room Rate: 339.00 |
| | AL: |
| | HH #: 2171941293 BLUE |
| | VAT #: |
| | Folio No/Che: 4649098 A |

Confirmation Number: 3247631454

HILTON CHICAGO 7/9/2025 3:07:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 7/8/2025 | 720 BAR | LINTR | 24043446 | $25.65 | | |
| 7/8/2025 | 2025 DEST BEN - COMP | LINTR | 24043447 | | ($10.00) | |
| 7/8/2025 | DESTINATION CHARGE | KGUEBERT | 24043599 | $25.00 | | |
| 7/8/2025 | HOTEL ST TAX | KGUEBERT | 24043599 | $2.98 | | |
| 7/8/2025 | HOTEL CITY TAX | KGUEBERT | 24043599 | $1.13 | | |
| 7/8/2025 | COOK COUNTY TAX | KGUEBERT | 24043599 | $0.25 | | |
| 7/8/2025 | GUEST ROOM | KGUEBERT | 24043600 | $339.00 | | |
| 7/8/2025 | HOTEL CITY TAX | KGUEBERT | 24043600 | $15.26 | | |
| 7/8/2025 | HOTEL STATE TAX | KGUEBERT | 24043600 | $40.34 | | |
| 7/8/2025 | COOK COUNTY TAX | KGUEBERT | 24043600 | $3.39 | | |
| 7/9/2025 | AX *3008 | BTHORNTON | 24045949 | | ($443.00) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors®stays are posted within 72 hours of checkout. To check your earnings or book you next stay at more than 8,600 Hotels and Resorts in 139 Countries and Territories, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 864642 | MERCHANT ID | 4410109011 |
| CARD NUMBER | AX *3008 | EXP DATE | 12/28 |
| TRANSACTION ID | 24045949 | TRANS TYPE | Sale |

Page:1

xxxxxxxxx,



**Your ride with Chandra B on July 9**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>　　　　　　　　　　　　　　　Thu, Jul 10, 2025 at 12:59 PM
To: quintsrevenge@gmail.com



**YOUR RIDE TO 145-08 14TH AVE ON JULY 9, 2025 AT 6:34 PM**

# See you next time, Lawrence
100% of tips go to drivers. Add tip

| | |
|---|---:|
| American Express *3008 | **$27.99** |
| Standard fare (4.49mi, 12m 57s) | $22.69 |
| LGA Airport Surcharge | $2.50 |
| New York Sales Tax | $2.23 |
| Black Car Fund Surcharge | $0.57 |

## Your trip with Chandra b



**Your ride to 10000 W O'Hare Ave Chicago**
1 message

Lyft Receipts <no-reply@lyftmail.com>    Wed, Jul 30, 2025 at 1:30 PM
To: quintsrevenge@gmail.com



YOUR RIDE TO 10000 W O'HARE AVE CHICAGO ON JULY 9, 2025 AT 12:18 PM

# See you next time, Lawrence
100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$62.41** |

| | |
|---|---|
| Lyft fare (18.14mi, 34m 29s) | $42.20 |
| City of Chicago Fee | $1.13 |
| City of Chicago Airport, McCormick Place, Navy Pier Surcharge | $5.00 |
| City of Chicago Accessibility Fee | $0.10 |
| Downtown Zone Surcharge | $1.50 |
| Tip | $12.48 |

## Your trip with Mario



**Your ride to 10702 Grand Central Pkwy**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>
To: quintsrevenge@gmail.com
Wed, Jul 30, 2025 at 1:30 PM



YOUR RIDE TO 10702 GRAND CENTRAL PKWY ON JULY 8, 2025 AT 3:27 PM

## See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$32.09** |

| | |
|---|---|
| Lyft fare (4.47mi, 11m 53s) | $20.60 |
| New York Sales Tax | $2.05 |
| Black Car Fund Surcharge | $0.52 |
| LGA Airport Surcharge | $2.50 |
| Tip | $6.42 |

## Your trip with Tarek



**Your ride to 145-04 14th Ave**
2 messages

**Lyft Receipts** <no-reply@lyftmail.com>  Wed, Jul 30, 2025 at 1:34 PM
To: quintsrevenge@gmail.com



YOUR RIDE TO 145-04 14TH AVE ON JANUARY 21, 2025 AT 5:40 PM

# See you next time, Lawrence
100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$28.70** |

| | |
|---|---|
| Standard fare (4.38mi, 13m 8s) | $23.27 |
| LGA Airport Surcharge | $2.50 |
| New York Sales Tax | $2.29 |
| Black Car Fund Surcharge | $0.64 |

## Your trip with Twahair

## FLIGHT INFO ▼

### DL1390: LGA ▸ ORD

| | |
|---|---|
| DATE | 01/20/2025 |
| STATUS | FLWN |
| CABIN | Z |

### OO4063: ORD ▸ LGA

| | |
|---|---|
| DATE | 01/21/2025 |
| STATUS | FLWN |
| CABIN | Z |

## KEY OF TERMS

## LAWRENCE CARUSO GLYNN 9224547639 ▼

| | |
|---|---|
| FLIGHT TICKET # | 0062294632601 |
| FARE | $675.52 USD |
| TAXES, FEES, AND CHARGES | $81.26 USD |
| FLIGHT TOTAL | **$756.78 USD** |

PAID WITH AMERICAN EXPRESS ENDING IN 3008

## DETAIL

| | |
|---|---|
| AY | $11.20 USD |



| | | HILTON CHICAGO |
|---|---|---|
| | | 720 SOUTH MICHIGAN AVE |
| | | CHICAGO, IL 60605 |
| | | United States of America |
| | | TELEPHONE 312-922-4400   • FAX 312-922-5240 |
| | | Reservations |
| | | www.hilton.com or 1 800 HILTONS |

| | | |
|---|---|---|
| Glynn, Lawrence | Room No: | 1842/K1 |
| | Arrival Date: | 1/20/2025  8:16:00 PM |
| 242-03 NORTHERN BLVD | Departure Date: | 1/21/2025 12:48:00 PM |
| | Adult/Child: | 1/0 |
| LITTLE NECK NY  11362 | Cashier ID: | ATEJERAM |
| UNITED STATES OF AMERICA | Room Rate: | |
| | AL: | |
| | HH # | 1661646404 BLUE |
| | VAT # | |
| | Folio No/Che | 4585892 A |

Confirmation Number: 3194973010

HILTON CHICAGO 1/21/2025 12:48:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1/20/2025 | DESTINATION CHARGE | KGUEBERT | 23620158 | $25.00 | | |
| 1/20/2025 | HOTEL ST TAX | KGUEBERT | 23620158 | $2.98 | | |
| 1/20/2025 | HOTEL CITY TAX | KGUEBERT | 23620158 | $1.13 | | |
| 1/20/2025 | COOK COUNTY TAX | KGUEBERT | 23620158 | $0.25 | | |
| 1/21/2025 | AX *3008 | ATEJERAM | 23621015 | | ($29.36) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 109070 | MERCHANT ID | 4410109011 |
| CARD NUMBER | AX *3008 | EXP DATE | 12/28 |
| TRANSACTION ID | 23621015 | TRANS TYPE | Sale |

Page:1

xxxxxxxxx,

Case 1:25-cv-04312-NRM-TAM   Document 1-3   Filed 08/04/25   Page 11 of 17 PageID #: 70

To protect against unauthorized behavior, you may see <u>an authorization hold</u> on your bank statement. This is to verify your payment method and will not be charged.

Receipt #2040863718101930320

[© OpenStreetMap](#)

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Wed, Jul 30, 2025 at 3:34 PM

**Lyft Receipts** <no-reply@lyftmail.com>
To: quintsrevenge@gmail.com

# lyft

**YOUR RIDE TO 10000 W O'HARE AVE ON JANUARY 21, 2025 AT 11:15 AM**

# See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---:|
| American Express *3008 | **$57.74** |
| Extra Comfort fare (17.65mi, 28m 19s) | $39.41 |
| Wait time fee - 1 min 43 sec | $0.55 |
| City of Chicago Fee | $1.13 |
| City of Chicago Airport, McCormick Place, Navy Pier Surcharge | $5.00 |
| City of Chicago Accessibility Fee | $0.10 |
| Tip | $11.55 |



**Your ride to 219 S Dearborn St**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>
To: quintsrevenge@gmail.com

Wed, Jul 30, 2025 at 1:33 PM



**YOUR RIDE TO 219 S DEARBORN ST ON JANUARY 21, 2025 AT 9:26 AM**

# See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$14.75** |

| | |
|---|---|
| Extra Comfort fare (0.58mi, 4m 16s) | $7.02 |
| City of Chicago Fee | $1.13 |
| City of Chicago Accessibility Fee | $0.10 |
| Downtown Zone Surcharge | $1.50 |
| Tip | $5.00 |

## Your trip with Juan

   

**Your ride to 720 S Michigan Ave**
2 messages

**Lyft Receipts** <no-reply@lyftmail.com>                                                                                                                    Wed, Jul 30, 2025 at 1:33 PM
To: quintsrevenge@gmail.com

# lyft

**YOUR RIDE TO 720 S MICHIGAN AVE ON JANUARY 20, 2025 AT 7:48 PM**

## See you next time, Lawrence
100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$57.10** |

| | |
|---|---|
| Lyft fare (18.87mi, 23m 39s) | $36.76 |
| Priority Pickup Upgrade | $2.69 |
| City of Chicago Airport, McCormick Place, Navy Pier Surcharge | $5.00 |
| City of Chicago Accessibility Fee | $0.10 |
| City of Chicago Fee | $1.13 |
| Tip | $11.42 |

## Your trip with Ali

Case 1:25-cv-04312-NRM-TAM    Document 1-3    Filed 08/04/25    Page 14 of 17 PageID #: 73

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

Dispatching Base: Tri-City (B03406). Affiliated Base: (B03404)
Vehicle License Number: SELIM1. Driver TLC License: 5715668.
To submit a complaint to the NYC TLC, please call 311.

Receipt #2103239094600687576

© OpenStreetMap

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

---

**Lyft Receipts** <no-reply@lyftmail.com>  Wed, Jul 30, 2025 at 1:33 PM
To: quintsrevenge@gmail.com

# lyft

**YOUR RIDE TO 10702 GRAND CENTRAL PKWY ON JANUARY 20, 2025 AT 3:12 PM**

# See you next time, Lawrence

100% of tips go to drivers. Add tip

 American Express *3008         **$32.68**

| | |
|---|---|
| Standard fare (4.51mi, 11m 16s) | $17.88 |
| New York Sales Tax | $1.81 |
| LGA Airport Surcharge | $2.50 |
| Black Car Fund Surcharge | $0.49 |
| Tip | $10.00 |

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

Dispatching Base: Tri-City (B03406). Affiliated Base: (B03404)
Vehicle License Number: T704857C. Driver TLC License: 6013092.
To submit a complaint to the NYC TLC, please call 311.

Receipt #20409474295217272502

© OpenStreetMap

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

---

Lyft Receipts <no-reply@lyftmail.com>　　　　　　　　　　　　　　Wed, Jul 30, 2025 at 1:34 PM
To: quintsrevenge@gmail.com

# lyft

**YOUR RIDE TO 145-04 14TH AVE ON JULY 25, 2024 AT 5:58 PM**

## See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---|
|  American Express *3008 | **$33.35** |

| | |
|---|---|
| Standard fare (4.40mi, 12m 20s) | $23.77 |
| LGA Airport Surcharge | $2.50 |
| New York Sales Tax | $2.08 |
| Black Car Fund Surcharge | $0.64 |
| Tip | $7.25 |
| lyft Promotion | -$2.89 |

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

Receipt #2103576898102819584

© OpenStreetMap

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Lyft Receipts <no-reply@lyftmail.com>
To: quintsrevenge@gmail.com

Wed, Jul 30, 2025 at 1:34 PM

# lyft

**YOUR RIDE TO 10000 W O'HARE AVE CHICAGO ON JULY 25, 2024 AT 1:20 PM**

# See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---|
| AMEX  American Express *3008 | **$75.11** |
| Lyft fare (17.84mi, 53m 35s) | $49.90 |
| Priority Pickup Upgrade | $4.61 |
| Downtown Zone Surcharge | $1.75 |
| City of Chicago Fee | $1.13 |
| City of Chicago Airport, McCormick Place, Navy Pier Surcharge | $5.00 |
| City of Chicago Accessibility Fee | $0.10 |
| Tip | $15.62 |
| lyft Promotion | -$3.00 |

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

Receipt #2040623240024465376

© OpenStreetMap

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

---

**Lyft Receipts** <no-reply@lyftmail.com>　　　　　　　　　　　　　　　　Wed, Jul 30, 2025 at 1:34 PM
To: quintsrevenge@gmail.com

# lyft

**YOUR RIDE TO 720 S MICHIGAN AVE ON JULY 24, 2024 AT 7:26 PM**

## See you next time, Lawrence

100% of tips go to drivers. Add tip

| | |
|---|---|
| American Express *3008 | **$48.59** |

| | |
|---|---|
| Standard fare (18.83mi, 29m 57s) | $35.01 |
| City of Chicago Airport, McCormick Place, Navy Pier Surcharge | $5.00 |
| City of Chicago Fee | $1.13 |
| Downtown Zone Surcharge | $1.75 |
| City of Chicago Accessibility Fee | $0.10 |
| Tip | $8.60 |
| lyft Promotion | -$3.00 |