# CARUSO GLYNN, LLC
### COUNSELORS AT LAW

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICLHER†
JESSICA L. HOFFMAN

† Admitted in NY & NJ

242-03 Northern Blvd.
Suite 201
Little Neck, New York 11362
Telephone: (718) 819-8667
Facsimile: (718) 767-2474

e-mail to lglynn@carusoglynn.com
www.carusoglynn.com

145-04 14th Avenue
Whitestone, N.Y. 11357

June 25, 2021

**CG**

**Via E-Mail**
Tomas Appleyard
Barbuss Global

Invoice No.: 001

Re: **Riviana Foods, Inc. v. Jacobson Warehouse, Inc.**
**Case No.:** 18 Civ. 6550 (MMP)
**CG File No.:** 42.042418.01
**Barbuss File No.:** EU-55004-TA

Dear Mr. Appleyard:

As per our agreement of earlier today in the above referenced matter, please remit US$1,250.00 representing Barbuss' share of the US$2,500 retainer required by new counsel in Chicago. Our firm will combine Barbuss' share with our own funds, in an equal amount, and will then bill Barbuss at the conclusion of the case as an approved litigation expense for the amount of US$1,250.00.

Our bank details are as follows:

**Bank Name:**
HSBC Bank
110 William Street
New York, NY 10038
Contact: Barry Stockman (212) 809-4401

**Account Name:**
Caruso Glynn, LLC Attorney Escrow Account
Account Number: [redacted]
ABA No. 021001088
SWFT CODE-MRMDUS-33RTL

Very yours,

Caruso Glynn, LLC

*Lawrence C. Glynn*

Lawrence C. Glynn

LCG/