# CARUSO GLYNN, LLC
### COUNSELORS AT LAW

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICHLER†
JESSICA L HOFFMAN

† Admitted in NY & NJ

242-03 Northern Blvd.
Suite 201
Little Neck, New York 11362
Telephone: (718) 819-8667
Facsimile: (718) 767-2474

**e-mail to lglynn@carusoglynn.com**
**www.carusoglynn.com**

145-04 14th Avenue
Whitestone, N.Y. 11357

July 31, 2025

*CG*

---

Tax I.D. No. XX-XXX7708

**Via E-Mail**
Tomas Appleyard
BARBUSS (GLOBAL) S.A.
Ituzaingó 1377 Piso 1
Montevideo - Uruguay

|     |     |     |
| --- | --- | --- |
| Re: | **Riviana Foods, Inc. v. Jacobson Warehouse, Inc.** | |
|     | **Case No.:** | **18 Civ. 6550 (MMP)** |
|     | **CG File No.:** | **42.042418.01** |
|     | **Barbuss File No.:** | **EU-55004-TA** |

Dear Mr. Appleyard:

Attached please find our invoice in the amount of $737,707.52 for legal fees and expenses incurred in this matter to date. We ask that you kindly place this in line for prompt payment. Our bank details are as follows:

**Bank Name:**
TD BANK
244-05 Northern Blvd.
Little Neck, NY 11362

**<u>Account Name:</u>**
Caruso Glynn, LLC
Account Number: XXXXXX6600
ABA Routing No.: XXXXX3673
SWFT CODE-NRTHUS33XXX


Very truly yours,

**CARUSO GLYNN, LLC**

*Lawrence C. Glynn*

Lawrence C. Glynn

LCG/
Enc.

**Description of Services**

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 3/20/18 | LCG | Receipt and review email from Tomas Appleyard Re: presentation of new potential recovery action involving Monee Warehouse loss. | .1 | 75 |
| 3/20/18 | LCG | Receipt, review and analyze preliminary claim documents relating to new potential recovery action involving Monee Warehouse loss including XPO Monee Fire Incident Report, 170626 Preliminary Survey Report 17-027583; 171222 Survey Report 17-027583. | 3.1 | 2325 |
| 3/20/18 | LCG | Receipt, review and analyze Materials Handling Service Agreement ("MHSA") | 2.5 | 1875 |
| 3/20/18 | LCG | Draft email to TA acknowledging receipt. | .1 | 75 |
| 3/20/18 | LCG | Receipt and review email from TA Re: Forwarding 12 Amendments to MHSA. | .1 | 75 |
| 3/21/18 | LCG | Review/analyze 12 Amendments to MHSA | 3.5 | 2625 |
| 3/21/18 | LCG | Various email exchanges with TA Re: preliminary considerations with respect to Monee Warehouse Fire; discussing appropriate fee and terms for engagement. | 1.0 | 750 |
| 3/27/18 | LCG | Receipt and review email from TA Re: discussing appropriate fee and terms for engagement. | .1 | 75 |
| 6/13/18 | LCG | Receipt and review email from TA with attachments Re: Authorization to recover both covered and uncovered losses | .4 | 300 |
| 6/13/18 | LCG | Draft claim letter and forward supporting documents to XPO f/k/ Jacobson Warehouse | .6 | 450 |
| 6/14/18 | LCG | Draft Summons & Complaint. | 1.7 | 1275 |
| 6/27/18 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 6/27/18 | LCG | Draft email response to TA with status report | .2 | 150 |
| 7/6/18 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 7/6/18 | LCG | Draft email response to TA with status report | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 7/9/18 | LCG | Draft follow up claim letter to XPO | .2 | 150 |
| 7/11/18 | LCG | Receipt and review email from TA Re: need to speed things up. | .1 | 75 |
| 7/11/18 | LCG | Draft email to TA | .1 | 75 |
| 7/16/18 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 7/16/18 | LCG | Draft email response to TA with status report | .2 | 150 |
| 7/25/18 | LCG | File Complaint via ECF | .2 | 150 |
| 7/25/18 | LCG | Complete Civil Cover Sheet | .1 | 75 |
| 7/25/18 | LCG | File Civil Cover Sheet via ECF | .1 | 75 |
| 7/25/18 | LCG | Draft Rule 7.1 Statement | .5 | 375 |
| 7/25/18 | LCG | File Rule 7.1 via ECF | .1 | 75 |
| 7/25/18 | LCG | Draft Request for Issuance of Summons | .2 | 150 |
| 7/25/18 | LCG | File Request for Issuance of Summons via ECF | .1 | 75 |
| 7/26/18 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 7/26/18 | LCG | Draft email response to TA with status report | .2 | 150 |
| 7/26/18 | LCG | Receipt and review ECF notification Re: assignment of judge | .1 | 75 |
| 7/26/18 | LCG | Receipt and review ECF notification Re: assignment of magistrate judge | .1 | 75 |
| 7/26/18 | LCG | Receipt and review ECF notification Re: issuance of summons | .1 | 75 |
| 7/26/18 | LCG | Draft Notice of Lawsuit and Request for Waiver of Service of Summons in accordance with FRCP 4(d) | .3 | 225 |
| 7/27/18 | LCG | Receipt and review email from TA Re: additional response | .1 | 75 |
| 7/31/18 | LCG | Receipt and review email from TA Re: whether Exeter should be named as a defendant | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 8/1/18 | LCG | Draf response to TA | .3 | 225 |
| 8/3/18 | LCG | Receipt and review email from TA<br>Re: requesting a conference call on Monday | .1 | 75 |
| 8/6/18 | LCG | Draft response to TA advising availability for conference call | .1 | 75 |
| 8/14/18 | LCG | Teleconference with Nathaniel Akerman, Esq. for Jacobson<br>Re: discussing merits of the case | .8 | 600 |
| 8/15/18 | LCG | Receipt and review email from TA<br>Re: internal conversations between Riviana and XPO following the filing of the action | .2 | 150 |
| 8/15/18 | LCG | Draft email in response to TA's questions. | .5 | 375 |
| 8/15/18 | LCG | Receipt and review email from TA with attachments<br>Re: providing further detail as to cause and origin | .8 | 600 |
| 8/15/18 | LCG | Receipt and review letter and attachments from Nathaniel Ackerman reiterating XPO's position on numerous issues. | 1.1 | 825 |
| 8/29/18 | LCG | Receipt and review email from TA with attachments and email thread<br>Re: XPO attorney twisting issues and prior exchanges | 1.4 | 1050 |
| 8/29/18 | LCG | Draft email in response to TA with detailed analysis. | 1.7 | 1275 |
| 8/30/18 | LCG | Receipt and review email from TA with suggested strategy course following his discussion with Aon. | .1 | 75 |
| 8/31/18 | LCG | Draft email in response to TA's 8/30 email. | .2 | 150 |
| 9/12/18 | LCG | Receipt and review email from TA in advance of his call with Richard Valitutto asking for any additional issues to be addressed. | .1 | 75 |
| 9/12/18 | LCG | Draft email in response to TA's 9/12 email. | .2 | 150 |
| 9/12/18 | LCG | Receipt and review email from TA<br>Re: summary of call with Richard Valitutto; Jacobson/XPO claims to have not been served. | .1 | 75 |
| 9/12/18 | LCG | Draft email in response to TA<br>Re: formal service will be effectuated. | .1 | 75 |
| 9/14/18 | LCG | Receipt and review OSC from Judge Karas<br>Re: why matter should not be dismissed or transferred to Northern District of Illinois pursuant to 28 U.S.C. §1406(a) | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 9/24/18 | LCG | Draft letter to the Court in response to OSC. | .2 | 150 |
| 9/24/18 | LCG | File correspondence to Judge Karas via ECF | .1 | 75 |
| 9/24/18 | LCG | Receipt and review ECF notification Re: memo endorsed letter; directing Clerk of the Court to transfer the case to N.D.Ill. | .1 | 75 |
| 9/25/18 | LCG | Draft email to TA Re: matter has been transferred to N.D.Ill. | .1 | 75 |
| 9/25/18 | LCG | Receipt and review email from TA Re: implications of transfer | .1 | 75 |
| 9/25/18 | LCG | Draft email to TA in response Re: implications of transfer to N.D.Ill. | .1 | 75 |
| 9/26/18 | LCG | Receipt and review ECF from NDIll Re: acknowledging receipt of case from SDNY | .1 | 75 |
| 9/26/18 | LCG | Receipt and review ECF from SDNY Re: case closed in SDNY | .1 | 75 |
| 9/26/18 | LCG | Receipt and review ECF from NDIll Re: Rule 83.15 letter | .1 | 75 |
| 9/26/18 | LCG | Receipt and review Rule 83.15 letter | .2 | 150 |
| 9/26/18 | LCG | Receipt and review ECF notification Re: Court is participating in Mandatory Initial Discovery Pilot (MIDP). | .2 | 150 |
| 9/26/18 | LCG | Receipt and review email from Nick Ackerman Re: status of transfer of case | .1 | 75 |
| 10/5/18 | LCG | Draft email in response to Nick Ackerman | .2 | 150 |
| 10/9/18 | LCG | Receipt and review email from Nick Ackerman Re: waiver of service forms. | .1 | 75 |
| 10/16/18 | LCG | Draft email to TA Re: need to procure local counsel | .1 | 75 |
| 10/16/18 | LCG | Receipt and review email from TA Re: costs associated with local counsel. | .1 | 75 |
| 10/16/18 | LCG | Draft email to TA Re: anticipated costs associated with hiring local counsel. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/16/18 | LCG | Receipt and review email from TA with follow up<br>Re: local counsel, costs | .1 | 75 |
| 10/16/18 | LCG | Draft email in response to TA<br>Re: local counsel, costs. | .2 | 150 |
| 10/19/18 | LCG | Draft email to Nick Ackerman<br>Re: forwarding Notice of Lawsuit and Request for Waiver of Service forms. | .2 | 150 |
| 10/19/18 | LCG | Receipt and review email from Nick Ackerman forwarding signed waiver of service. | .1 | 75 |
| 10/22/18 | LCG | Teleconference with Karl Roth<br>Re: need for local counsel | .7 | 525 |
| 10/22/18 | LCG | Draft email to Karl Roth forwarding Complaint. | .1 | 75 |
| 10/22/18 | LCG | Receipt and review email from Karl Roth forwarding retainer to act as local counsel. | .1 | 75 |
| 10/22/18 | LCG | Receipt and review retainer. | .3 | 225 |
| 10/23/18 | LCG | Draft email to TA forwarding retainer agreement and requesting authority to proceed with Roth Law Firm to act as local counsel. | .2 | 150 |
| 10/24/18 | LCG | Numerous emails to/from TA<br>Re: issue of local counsel, costs, etc | 1.2 | 900 |
| 10/30/18 | LCG | Receipt and review email from TA<br>Re: clients ave given the go ahead for the $1,500 retainer for Karl Roth, Esq. | .1 | 75 |
| 10/30/18 | LCG | Numerous emails to/from TA, Karl Roth<br>Re: issue of local counsel, costs, proper invoices in order to receive payment, etc | 2.4 | 1800 |
| 10/31/18 | LCG | Receipt and review email from KR<br>Re: forwarding invoice. | .1 | 75 |
| 10/31/18 | LCG | Draft email to TA<br>Re: forwarding invoice. | .2 | 150 |
| 11/1/18 | LCG | Numerous emails to/from TA, Karl Roth<br>Re: proper form of invoice, payee/payor information | 2.0 | 1500 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 11/27/18 | LCG | Receipt and review email from Lawrence Friedman of Thompson Coburn LLP for Jacobson d/b/a XPO Logistics Supply Chain Re: setting up a call to discuss case. | .1 | 75 |
| 11/27/18 | LCG | Teleconference with Lawrence Friedman | 1.2 | 900 |
| 12/5/18 | LCG | Draft email to TA Re: Local counsel has not received payment of retainer | .1 | 75 |
| 12/6/18 | LCG | Receipt and review email from TA Re: payment of retainer; written agreement from Liberty that they will pay. | .1 | 75 |
| 12/19/18 | LCG | Draft email to TA Re: local counsel has still not received payment of retainer; court will dismiss the matter for failure to prosecute. | .2 | 150 |
| 12/19/18 | LCG | Receipt and review email response from TA | .1 | 75 |
| 12/26/18 | LCG | Receipt and review email from TA Re: retainer will be paid today. | .1 | 75 |
| 12/27/18 | LCG | Receipt and review email from TA with wire confirmation | .1 | 75 |
| 12/29/18 | LCG | Receipt and review email from KR Re: acknowledging receipt of retainer. | .1 | 75 |
| 12/29/18 | LCG | Receipt and review email from TA Re: corrections to local counsel invoice. | .1 | 75 |
| 1/2/19 | LCG | Draft email to KR Re: corrections to local counsel invoice. | .2 | 150 |
| 1/3/19 | LCG | Receipt and review email from TA Re: requesting status of local counsel's corrected invoice. | .1 | 75 |
| 1/3/19 | LCG | Receipt and review email from KR Re: corrected invoice; Pro Hac Vice motion details. | .2 | 150 |
| 1/5/19 | LCG | Draft motion for pro hac vice admission. | 1.5 | 1125 |
| 1/6/19 | LCG | ECF motion for pro hac vice admission. | .2 | 150 |
| 1/7/19 | LCG | Receipt and review minute entry from Judge John J. Tharp Re: granting motion to appear pro hac vice | .1 | 75 |
| 1/7/19 | LCG | Receipt and review revised invoice from Karl Roth | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 1/7/19 | LCG | Draft email to TA<br>Re: forwarding revised invoice. | .1 | 75 |
| 1/8/19 | LCG | Receipt and review email from TA requesting further corrections to invoice from Karl Roth. | .1 | 75 |
| 1/8/19 | LCG | Draft email to KR forwarding request for corrected invoice. | .1 | 75 |
| 1/8/19 | LCG | Draft email to TA acknowledging receipt of additional invoice instructions and advising that same has been forwarded to local counsel. | .2 | 150 |
| 1/15/19 | LCG | Teleconference with Larry Friedman<br>Re: agree that time to answer for Jacobson is March 1, 2019; addressing other issues. | .8 | 600 |
| 1/16/19 | LCG | Draft email to TA with status report. | .2 | 150 |
| 1/16/19 | LCG | Draft/file Notice of Appearance via ECF | .4 | 300 |
| 1/22/19 | LCG | Receipt and review 3rd revised invoice from KR. | .1 | 75 |
| 1/22/19 | LCG | Draft email to TA forwarding 3rd revised invoice. | .1 | 75 |
| 1/23/19 | LCG | Receipt and review email from TA requesting a credit note under prior file number for local counsel. | .1 | 75 |
| 1/23/19 | LCG | Draft email to KR requesting credit note for clarification. | .1 | 75 |
| 1/23/19 | LCG | Draft email to TA confirming that a CN will be provided from local counsel. | .1 | 75 |
| 1/23/19 | LCG | Receipt and review email from TA<br>Re: CN | .1 | 75 |
| 2/5/19 | LCG | Receipt and review email from TA<br>Re: inquiring into status of CN from local counsel. | .1 | 75 |
| 2/5/19 | LCG | Draft email to correspondent requesting update on status of CN | .1 | 75 |
| 2/7/19 | LCG | Receipt and review CN from KR | .1 | 75 |
| 2/7/19 | LCG | Draft email to TA forwarding CN | .1 | 75 |
| 3/6/19 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 3/6/19 | LCG | Draft email to TA with status report. | .5 | 375 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 3/26/19 | LCG | Teleconference with LF<br>Re: further extension of time to answer | .4 | 300 |
| 3/26/19 | LCG | Follow up emails to/from LF<br>Re: extension of time to answer or otherwise move. | .6 | 450 |
| 3/26/19 | LCG | Receipt and review attorney appearance for Lawrence Friedman | .1 | 75 |
| 3/26/19 | LCG | Receipt and review L.R. 3.2 Notice of Affiliates. | .1 | 75 |
| 3/26/19 | LCG | Receipt and review of motion by Jacobson for extension of time to file initial responsive pleading. | .1 | 75 |
| 3/26/19 | LCG | Receipt of review of motion by LF for presentment of time. | .1 | 75 |
| 3/26/19 | LCG | Receipt and review attorney appearance for Dremain Moore | .1 | 75 |
| 3/27/19 | LCG | Receipt and review order granting motion for extension; setting matter for initial status conference. | .1 | 75 |
| 3/28/19 | LCG | Receipt and review email from TA<br>Re: requesting status report; noting number of eyes on this case hsa increased significantly. | .1 | 75 |
| 3/28/19 | LCG | Draft status report to TA | .3 | 225 |
| 4/25/19 | LCG | Receipt and review email from TA<br>Re: requesting status report | .1 | 75 |
| 4/25/19 | LCG | Draft status report to TA | .2 | 150 |
| 4/25/19 | LCG | Receipt, review and analyze Jacobson's third-party complaint against Exeter 25810 S. Ridgeland LLC and exhibits thereto | .7 | 525 |
| 4/25/19 | LCG | Receipt and review Notice of Lawsuit and Request for Waiver of Service to Exeter. | .1 | 75 |
| 4/25/19 | LCG | Receipt, review and analyze Jacobson's Motion to Dismiss pursuant to FRCP 12(b)(6) | 2.8 | 2100 |
| 4/25/19 | LCG | Draft email to TA<br>Re: Jacobson's motion to dismiss | .2 | 150 |
| 4/26/19 | LCG | Draft detailed status report to TA<br>Re: Jacobson's motion to dismiss | 1.2 | 900 |
| 5/2/19 | LCG | Draft initial joint status report. | 2.3 | 1725 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 5/2/19 | LCG | Numerous emails by and between LCG/LF Re: revisions to initial joint status report | 3.2 | 2400 |
| 5/7/19 | LCG | Research relevant case law Re: Jacobson's motion to dismiss | 5.8 | 4350 |
| 5/8/19 | LCG | Draft outline for MOL in opposition to motion to dismiss | 1.0 | 750 |
| 5/8/19 | LCG | Continued research Re: motion to dismiss. | 6.5 | 4875 |
| 5/9/19 | LCG | Draft email to TA Re: motion to dismiss | .2 | 150 |
| 5/9/19 | LCG | Receipt and review email from TA Re: motion to dismiss | .1 | 75 |
| 5/9/19 | LCG | Draft email to TA Re: motion to dismiss | .2 | 150 |
| 5/9/19 | LCG | Receipt and review email from TA Re: motion to dismiss | .1 | 75 |
| 5/11/19 | LCG | Begin drafting MOL in opposition to motion to dismiss. | 7.0 | 5250 |
| 5/13/19 | LCG | Continued drafting MOL in opposition to motion to dismiss. | 8.0 | 6000 |
| 5/15/19 | LCG | Revise and edit MOL in opposition to motion to dismiss. | 3.9 | 2925 |
| 5/16/19 | LCG | Revise, edit and finalize MOL in opposition to motion to dismiss. | 2.8 | 2100 |
| 5/22/19 | LCG | Receipt, review, analyze lengthy email string between TA and Darren Deitz Re: general settlement prospects, timing of potential settlement, obstacles to settlement. | .5 | 375 |
| 5/22/19 | LCG | Draft email to TA Re: email string between TA and Darren Deitz, general settlement prospects, timing of potential settlement, obstacles to settlement. | .3 | 225 |
| 5/22/19 | LCG | Receipt and review email response from TA Re: email string between TA and Darren Deitz, general settlement prospects, timing of potential settlement, obstacles to settlement. | .1 | 75 |
| 5/23/19 | LCG | Receipt, review and analyze Jacobson's reply MoL to motion to dismiss. | .8 | 600 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 5/26/19 | LCG | Cull, review, index and organize claim documents for Riviana's MIDR response. | 4.1 | 3075 |
| 5/27/19 | LCG | Draft plaintiff's MIDR | 2.4 | 1800 |
| 5/28/19 | LCG | Receipt, review and analyze Jacobson's MIDR and documents attached. | 3.6 | 2700 |
| 5/28/19 | LCG | Receipt and review Certificate of Service via ECF<br>Re: MIDR | .1 | 75 |
| 5/29/19 | LCG | Receipt and review email from Dremain Moore for Jacobson<br>Re: MIDR | .1 | 75 |
| 5/29/19 | LCG | Revise, edit and finalize plaintiff's MIDR | .8 | 600 |
| 5/29/19 | LCG | File plaintiff's MIDR via ECF | .2 | 150 |
| 6/5/19 | LCG | Receipt and review Affidavit of Service<br>Re: Third-Party Summons & Complaint. | .1 | 75 |
| 7/3/19 | LCG | Receipt and review email from Dremain Moore<br>Re: exchange of ESI | .1 | 75 |
| 7/7/19 | LCG | Prepare emails and attachments in accordance with MIDP Standing Order forwarding ESI in searchable format | 2.2 | 1650 |
| 7/26/19 | LCG | Receipt and review Notice of Appearance of Mark W. Kelly for Third Party Defendant Exeter. | .1 | 75 |
| 7/26/19 | LCG | Receipt and review Exeter's Answer to Third-Party Complaint with attachments. | 1.4 | 1050 |
| 8/8/19 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 8/8/19 | LCG | Draft email response to TA<br>Re: status. | .1 | 75 |
| 8/21/19 | LCG | Receipt and review email from Panagiota Panagiotopouos for Exeter requesting all prior pleadings, answers, disclosures. | .1 | 75 |
| 8/23/19 | LCG | Receipt and review Executive Committee Order -<br>Re: reassignment of case to Judge Martha M. Pacold | .1 | 75 |
| 8/23/19 | LCG | Review/analyze Judge Pacold's individual rules. | .6 | 450 |
| 8/23/19 | LCG | Draft email to TA<br>Re: reassignment of case to new judge. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 8/23/19 | LCG | Review/analyze Judge Pacold's individual rules. | .6 | 450 |
| 8/23/19 | LCG | Receipt and review attorney appearance for Exeter (David Russ Ganfield). | .1 | 75 |
| 8/23/19 | LCG | Receipt and review Certificate of Service of MIDR for Exeter. | .1 | 75 |
| 8/23/19 | LCG | Receipt, review and analyze Exeter's MIDR and attached documents. | 3.5 | 2625 |
| 9/6/19 | LCG | Receipt and review motion by Mark W. Kelly to withdraw as attorney for Exeter. | .2 | 150 |
| 9/9/19 | LCG | Receipt and review notice of appearance of David Russ Ganfield for Exeter plus attachments | .2 | 150 |
| 9/10/19 | LCG | Receipt and review email from TA<br>Re: status of motion to dismiss | .1 | 75 |
| 9/10/19 | LCG | Draft email to TA in response<br>Re: status of motion to dismiss. | .2 | 150 |
| 9/16/19 | LCG | Receipt and review minute entry of Judge Pacold<br>Re: motion to withdraw of Mark Kelly for Exeter is granted. | .1 | 75 |
| 9/25/19 | LCG | Receipt and review minute entry of Judge Pacold<br>Re: parties are directed to file a joint status report by 10/8/19; status hearing to be held on 10/22/19 | .1 | 75 |
| 9/25/19 | LCG | Receipt and review email from KR<br>Re: joint status report and hearing. | .1 | 75 |
| 9/25/19 | LCG | Receipt and review email from Larry Friedman<br>Re: conflict with 10/22 and request for agreeable alternative dates. | .1 | 75 |
| 9/25/19 | LCG | Draft email to KR in response<br>Re: joint status report and hearing. | .2 | 150 |
| 9/25/19 | LCG | Receipt and review email from LF<br>Re: joint status report. | .2 | 150 |
| 9/25/19 | LCG | Receipt and review proposed joint status report from LF | .6 | 450 |
| 9/25/19 | LCG | Teleconference with LF<br>Re: joint status report. | .8 | 600 |
| 9/25/19 | LCG | Draft edits to proposed joint status report. | .7 | 525 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 9/25/19 | LCG | Draft email to LF<br>Re: joint status report. | .1 | 75 |
| 9/25/19 | LCG | Receipt and review email from Amanda Lueth of Ford Britton<br>Re: substitution as counsel for Exeter. | .1 | 75 |
| 9/26/19 | LCG | Receipt and review email from KR<br>Re: proposed dates for in person hearing | .1 | 75 |
| 9/26/19 | LCG | Receipt and review email from LF<br>Re: proposed dates for in person hearing | .1 | 75 |
| 9/26/19 | LCG | Receipt and review email from Will Foley<br>Re: confirming dates as acceptable. | .1 | 75 |
| 9/26/19 | LCG | Receipt and review email from Amanda Lueth<br>Re: confirming certain dates as acceptable. | .1 | 75 |
| 9/27/19 | LCG | Receipt and review email from LF<br>Re: proposed memorandum requesting status conference be rescheduled. | .1 | 75 |
| 9/27/19 | LCG | Review/analyze proposed memorandum requesting rescheduling of conference. | .2 | 150 |
| 10/1/19 | LCG | Receipt and review email from TA<br>Re: request to set up a conference call with LCG, TA, DD to discuss multiple queries from underwriters. | .1 | 75 |
| 10/1/19 | LCG | Draft email to TA, DD<br>Re: available for call today. | .1 | 75 |
| 10/1/19 | LCG | Receipt and review email from DD<br>Re: he's available for call on 10/2 | .1 | 75 |
| 10/1/19 | LCG | Draft email response to DD, TA<br>Re: not available for 10/2 or 10/3; suggesting 10/4 for call | .1 | 75 |
| 10/2/19 | LCG | Receipt and review email from DD<br>Re: call not necessary; TA has filled him in. | .1 | 75 |
| 10/2/19 | LCG | Receipt and review motion from Jacobson<br>Re: reset deadlines/hearings | .2 | 150 |
| 10/3/19 | LCG | Receipt and review minute entry of Judge Pacold<br>Re: motion to reschedule status hearing granted; joint status report due by 10/18. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/3/19 | LCG | Revise/edit proposed joint status report | .6 | 450 |
| 10/3/19 | LCG | Draft email to all counsel circulating proposed joint status report. | .2 | 150 |
| 10/4/19 | LCG | Receipt and review email from Dremain Moore;<br>Re: Exeter's additions to proposed joint status report; review changes. | .3 | 225 |
| 10/9/19 | LCG | Receipt and review of attorney appearance of Amanda Lueth for Exeter. | .1 | 75 |
| 10/9/19 | LCG | Receipt and review motion by Exeter to substitute attorney. | .2 | 150 |
| 10/9/19 | LCG | Receipt and review motion by Amanda Leuth for presentment of motion to substitute attorney. | .2 | 150 |
| 10/10/19 | LCG | Receipt and review email from TA<br>Re: status request | .1 | 75 |
| 10/10/19 | LCG | Receipt and review Order of Judge Pachold<br>Re: third-party defendant's motion for leave to substitute is granted; David Ganfield is granted leave to withdraw his appearance; Amanda Leuth is granted leave to file her appearance on behalf of third-party defendant Exeter 28510 S. Ridgeland, LLC; Motion hearing set for 10/1519 is stricken. | .4 | 300 |
| 10/11/19 | LCG | Receipt and review email from Dremain Moore forwarding Exeter's additional text to §1(C) of the joint status report and requesting any additional changes from the parties. | .5 | 375 |
| 10/14/19 | LCG | Draft email to TA<br>Re: status report. | .1 | 75 |
| 10/14/19 | LCG | Draft email to Dremain Moore with additional changes. | .4 | 300 |
| 10/14/19 | LCG | Receipt and review further revised joint status report from Dremain Moore. | .1 | 75 |
| 10/18/19 | LCG | Receipt and review ECF notice [Dkt. 48]<br>Re: Joint Status Report | .1 | 75 |
| 10/23/19 | LCG | Receipt and review attorney appearance for Exeter (Scott R. Britton). | .1 | 75 |
| 10/23/19 | LCG | Receipt and review attorney appearance for Exeter (Meghan Gonnissen). | .1 | 75 |
| 10/28/19 | LCG | Receipt and review email from KR<br>Re: logistics for 10/31 status hearing. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 10/28/19 | LCG | Draft email in response to KR<br>Re: I will attend by phone | .1 | 75 |
| 10/28/19 | LCG | Receipt and review email from KR<br>Re: logistics for 10/31 status hearing. | .1 | 75 |
| 10/28/19 | LCG | Draft email in response to KR<br>Re: providing contact number for court. | .1 | 75 |
| 10/28/19 | LCG | Receipt and review email from KR<br>Re: Court cannot accommodate telephone call in at this time; will update us further; requesting update on other issues that will likely be addressed at initial status hearing. | .2 | 150 |
| 10/28/19 | LCG | Draft e-mail in response to KR<br>Re: providing further insight into issues to be addressed at initial hearing. | .5 | 375 |
| 10/31/19 | LCG | Draft email to KR<br>Re: requesting report on status hearing. | .1 | 75 |
| 10/31/19 | LCG | Receipt and review email from KR<br>Re: providing context of status hearing. | .4 | 300 |
| 10/31/19 | LCG | Draft email response to KR<br>Re: status hearing | .2 | 150 |
| 10/31/19 | LCG | Draft email to TA<br>Re: forwarding exchanges with local counsel for update on status hearing. | .1 | 75 |
| 10/31/19 | LCG | Receipt and review email from TA<br>Re: status hearing | .1 | 75 |
| 11/4/19 | LCG | Receipt and review email from KR with invoice | .1 | 75 |
| 11/4/19 | LCG | Draft email to TA forwarding invoice. | .1 | 75 |
| 11/27/19 | LCG | Receipt and review motion by Exeter for leave to file affirmative defenses. | .5 | 375 |
| 11/27/19 | LCG | Receipt and review motion by Meghan Gonnissen for presentment of motion for leave to file. | .2 | 150 |
| 12/2/19 | LCG | Receipt and review minute entry<br>Re: motion for leave to file affirmative defenses will be heard on 12/4/19 at 9:45 a.m. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 12/3/19 | LCG | Receipt and review invoice from KR. | .1 | 75 |
| 12/3/19 | LCG | Draft email to TA forwarding invoice. | .1 | 75 |
| 12/3/19 | LCG | Receipt and review Amended Notice of Motion by Meghan Gonnissen for presentment of motion for leave to file. | .1 | 75 |
| 12/3/19 | LCG | Receipt and review email from TA Re: requesting detailed status report of current status of claim alongside with complete copies of all filings. | .2 | 150 |
| 12/4/19 | LCG | Attend telephonic status conference before Judge Martha Pacold; decision on motion will take quite a bit of time due to judge having inherited hundreds of cases at once. | 2.9 | 2175 |
| 12/4/19 | LCG | Receipt and review minute entry [Dkt. 56] Re: any objections to Exeter's motion for leave to file affirmative defenses due by 12/12; Exeter reply due by 12/16. | .2 | 150 |
| 12/6/19 | LCG | Receipt and review follow up email from TA Re: 12/3/19 request for detailed status report and all filings necessary to provide detailed statement to underwriters. | .1 | 75 |
| 12/6/19 | LCG | Draft status report to TA | 1.0 | 750 |
| 12/12/19 | LCG | Receipt and review response by Jacobson to Motion by Exeter for leave to file affirmative defenses. | .7 | 525 |
| 12/15/19 | LCG | Cull all docket entries to date Re: TA's 12/3 and 12/6 request for information to provide to underwriters | 8.0 | 6000 |
| 12/16/19 | LCG | Receipt and review Order granting Exeter's motion for leave to file affirmative defenses; status hearing set for 1/14/2020. | .2 | 150 |
| 12/17/19 | LCG | Receipt, review and analyze affirmative defenses of Exeter. | .5 | 375 |
| 12/17/19 | LCG | Receipt and review email from KR Re: Seeking help getting their invoice paid. | .1 | 75 |
| 12/17/19 | LCG | Draft multiple emails to TA forwarding all filings in response to 12/3 & 12/6 request for all filings for underwriters review. | 1.2 | 900 |
| 12/23/19 | LCG | Receipt, review and analyze motion by Exeter for judgment on the pleadings plus attachments. | 1.0 | 750 |
| 12/23/19 | LCG | Receipt and review notice of presentment by Allison Gonnissen of motion for judgment on the pleadings. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/30/19 | LCG | Receipt and review email from KR<br>Re: notice of presentment set for 1/7; Client has still not paid their invoice. | .1 | 75 |
| 1/1/20 | LCG | Draft email in response to KR. | .2 | 150 |
| 1/3/20 | LCG | Receipt and review email from KR forwarding invoice. | .1 | 75 |
| 1/3/20 | LCG | Draft email to TA forwarding local counsel's invoice. | .2 | 150 |
| 1/6/20 | LCG | Receipt and review minute entry<br>Re: Jacobson's response to Exeter's motion for judgment on the pleadings due by 1/29/20. | .1 | 75 |
| 1/6/20 | LCG | Receipt, review and analyze lengthy email from TA covering numerous aspects of the pending matter in response to request that local counsel's invoice be paid promptly. | 1.4 | 1050 |
| 1/6/20 | LCG | Contemplate the many issues raised in TA's 1/6 email despite best efforts to keep TA apprised of the case at every step. | 3.6 | 2700 |
| 1/6/20 | LCG | Draft email response to TA addressing the numerous concerns. | 2.1 | 1575 |
| 1/6/20 | LCG | Receipt and review email from Meghan Gonnissen<br>Re: requesting adjournment of status conference in light of pending motions. | .2 | 150 |
| 1/6/20 | LCG | Receipt and review email from KR<br>Re: MG's request. | .1 | 75 |
| 1/7/20 | LCG | Draft email to KR in response. | .2 | 150 |
| 1/7/20 | LCG | Receipt and review response from Will Foley to prior email exchanges<br>Re: adjournment of status conference. | .1 | 75 |
| 1/7/20 | LCG | Receipt and review email from WF to MG<br>Re: no objections. | .1 | 75 |
| 1/7/20 | LCG | Receipt and review email from MG<br>Re: call to court clerk seeking adjournment | .1 | 75 |
| 1/8/20 | LCG | Receipt and review minute entry<br>Re: status hearing set for 1/14 is stricken and reset to 2/14/20 at 9:45 a.m. [Dkt. No. 63]. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 1/9/20 | LCG | Receipt and review email from TA<br>Re: Leading underwriter has requested a report/time line with all expected costs with this matter the way forward. (Note added 7/22/25 - Presumably the same leading underwriter who, nearly 6 years later, will assign this matter to new counsel on a seemingly pretextual basis to once again avoid paying legal expenses.) | .1 | 75 |
| 1/13/20 | LCG | Receipt and review email from TA<br>Re: underwriter is insisting on prior request. | .1 | 75 |
| 1/13/20 | LCG | Draft email in response to TA and underwriters and their requests. | 1.2 | 900 |
| 1/13/20 | LCG | Receipt and review email from KR<br>Re: questioning what can be done to get invoice paid. | .1 | 75 |
| 1/13/20 | LCG | Draft email to TA<br>Re: forwarding invoice. Again. | .1 | 75 |
| 1/14/20 | LCG | Receipt and review minute entry<br>Re: status hearing set for 2/14/20 is stricken and reset to 2/12/20 at 9:15 a.m. [Dkt. No. 64]. | .1 | 75 |
| 1/17/20 | LCG | Draft follow up email to TA<br>Re: local counsel invoice. | .2 | 150 |
| 1/29/20 | LCG | Receipt and review email from TA<br>Re: invoice will be paid today. | .1 | 75 |
| 1/29/20 | LCG | Receipt and review email from TA<br>Re: explaining that AON is leading broker for Riviana account and also the ones who collect from Lloyd's underwriters. This account is insured through a panel of insurers none of which has a leading/decision power. Hence, things such as a fee approval would require agreement of the entire panel of insurers. Each insurer will have to pay its apportioned part of the cost/expenditure. | .1 | 75 |
| 1/29/20 | LCG | Draft email in response to TA. | .1 | 75 |
| 1/29/20 | LCG | Draft email to KR forwarding wire transfer confirmation. | .1 | 75 |
| 2/10/20 | LCG | Receipt and review minute entry<br>Re: status hearing set for 2/12/20 is stricken. The Court will rule by mail on Defendant's motion to dismiss and Third-Party Defendant's motion for judgment on the pleadings. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 2/13/20 | LCG | Receipt, review and analyze Exeter's reply MoL to motion for judgment on the pleadings. | 1.3 | 975 |
| 3/17/20 | LCG | Receipt and review of General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 3/20/20 | LCG | Receipt and review of Amended General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 3/31/20 | LCG | Receipt and review of Second Amended General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 4/6/20 | LCG | Receipt and review email from TA<br>Re: request for status update. | .1 | 75 |
| 4/6/20 | LCG | Draft email to TA in response to request for status update. | .9 | 675 |
| 4/6/20 | LCG | Receipt and review email from TA<br>Re: supplemental request for status update; additional questions. | .2 | 150 |
| 4/6/20 | LCG | Draft response to TA's supplemental request for status. | 2.1 | 1575 |
| 4/27/20 | LCG | Receipt and review of Third Amended General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 5/8/20 | LCG | Receipt and review of proposed joint status report in accordance with Third Amended General Order from Dremain Moore | 1.0 | 750 |
| 5/8/20 | LCG | Draft email to Dremain Moore, all counsel approving proposed joint status report. | .1 | 75 |
| 5/8/20 | LCG | Receipt and review response from counsel for Exeter with changes to joint status report. | .2 | 150 |
| 5/13/20 | LCG | Receipt and review ECF<br>Re: joint status report [Dkt. No. 71] | .1 | 75 |
| 5/13/20 | LCG | Draft email to TA forwarding joint status report plus commentary. | .2 | 150 |
| 5/18/20 | LCG | Receipt and review order signed by Judge Pacold [Dkt. No. 72] | .5 | 375 |
| 5/18/20 | LCG | Draft additional sections for joint status report as requested by the Court in Dkt. 72. | 1.8 | 1350 |
| 5/18/20 | LCG | Draft email to Dremain Moore, all counsel, forwarding additional sections for joint status report. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 5/20/20 | LCG | Receipt and review email from LF<br>Re: Jacobson's section on request for joint jurisdictional statement. | .3 | 225 |
| 5/21/20 | LCG | Receipt and review joint jurisdictional statement filed by Dremain Moore for Jacobson. Dkt. No. 73 | .2 | 150 |
| 5/26/20 | LCG | Receipt and review of Fourth Amended General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 5/29/20 | LCG | Receipt and review of decision of Judge Pacold [Dkt. Nos. 75 & 76] granting in part and denying in part Jacobson's motion to dismiss the complaint. Riviana's breach of contract claim survives. Plaintiff's bailment claim is dismissed without prejudice to re-file within 28 days. | 1.3 | 975 |
| 6/1/20 | LCG | Draft email to TA forwarding decision and order<br>Re: Jacobson's motion to dismiss Riviana's complaint. | .2 | 150 |
| 6/1/20 | LCG | Receipt and review email from TA<br>Re: decision on motion. | .1 | 75 |
| 6/1/20 | LCG | Draft email to TA answering questions. | .3 | 225 |
| 6/2/20 | LCG | Receipt and review email from LF<br>Re: deadlines to answer Riviana's complaint; issues regarding court's decision on motion to dismiss. | .2 | 150 |
| 6/2/20 | LCG | Draft email in response to LF<br>Re: deadlines to answer complaint. | .2 | 150 |
| 6/4/20 | LCG | Receipt and review motion from Jacobson for extension of time to answer Riviana's complaint. | .2 | 150 |
| 6/4/20 | LCG | Receipt and review email with proposed order<br>Re: motion for extension of time to answer | .2 | 150 |
| 6/4/20 | LCG | Receipt and review minute entry [Dkt. No. 78]; Jacobson's motion for extension of time to answer is granted. | .1 | 75 |
| 7/2/20 | LCG | Receipt, review and analyze Jacobson's Answer to Complaint with attachments. | 1.4 | 1050 |
| 7/10/20 | LCG | Receipt and review of Fifth Amended General Order<br>Re: Coronavirus Covid-19 Public Emergency | .5 | 375 |
| 7/30/20 | LCG | Receipt and review email from local counsel<br>Re: answer from Jacobson; no new court dates | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 7/31/20 | LCG | Draft email in response to WF<br>Re: answer from Jacobson; no new court dates | .1 | 75 |
| 8/4/20 | LCG | Receipt and review Jacobson's MIDP Responses | 2.2 | 1650 |
| 8/4/20 | LCG | Receipt and review Certificate of Service<br>Re: Jacobson's MIDP Responses | .1 | 75 |
| 8/14/20 | LCG | Receipt and review email from Dremain Moore<br>Re: requesting Rule 26(f) conference | .1 | 75 |
| 8/14/20 | LCG | Receipt and review email from Meghan Gonnissen<br>Re: Rule 26(f) conference premature in light of pending motion for judgment on the pleadings | .1 | 75 |
| 8/25/20 | LCG | Receipt and review email from LF to MG<br>Re: Rule 26(f) conference is proper. | .2 | 150 |
| 8/25/20 | LCG | Receipt and review email response from MG to LF<br>Re: Rule 26(f) conference | .2 | 150 |
| 8/25/20 | LCG | Receipt and review email from LF to MG<br>Re: Rule 26(f) conference is proper. | .2 | 150 |
| 8/26/20 | LCG | Draft email to LF, all counsel agreeing to 9/16 for Rule 26(f) conference. | .1 | 75 |
| 8/26/20 | LCG | Receipt and review email from MG to all counsel<br>Re: Scheduling Rule 26(f) conference. | .1 | 75 |
| 8/26/20 | LCG | Receipt and review email from LF to all counsel<br>Re: Scheduling Rule 26(f) conference. | .1 | 75 |
| 9/1/20 | LCG | Receipt and review email from TA<br>Re: requesting status. | .1 | 75 |
| 9/1/20 | LCG | Draft email to TA with status update. | .2 | 150 |
| 9/16/20 | LCG | Attend Rule 26(f) telephonic conference. | 2.3 | 1725 |
| 10/2/20 | LCG | Receipt and review email from TA<br>Re: inquiring as to outcome of Rule 26(f) conference. | .1 | 75 |
| 10/2/20 | LCG | Draft status update email to TA. | .1 | 75 |
| 10/2/20 | LCG | Receipt and review email from TA<br>Re: Rule 26(f) conference. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/22/20 | LCG | Receipt and review email from TA Re: costs to date. | .1 | 75 |
| 10/23/20 | LCG | Draft email to TA Re: costs to date. | .1 | 75 |
| 10/30/20 | LCG | Receipt and review email from TA Re: costs to date. | .1 | 75 |
| 10/30/20 | LCG | Draft email to TA Re: costs to date. | .1 | 75 |
| 11/3/20 | LCG | Receipt and review email from TA Re: costs to date. | .1 | 75 |
| 11/3/20 | LCG | Draft email to TA Re: costs to date. | .1 | 75 |
| 11/3/20 | LCG | Receipt and review email from TA Re: requesting what witnesses will be necessary from our side. | .1 | 75 |
| 11/3/20 | LCG | Draft email to TA Re: potential witnesses necessary. | .2 | 150 |
| 11/3/20 | LCG | Receipt and review email from TA Re: requesting what witnesses will be necessary from our side. | .1 | 75 |
| 11/3/20 | LCG | Draft email to TA Re: potential witnesses necessary. | .2 | 150 |
| 11/10/20 | LCG | Receipt and review email from Francisco Elizalde Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/10/20 | LCG | Draft email to FE Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 11/10/20 | LCG | Receipt and review email from Francisco Elizalde Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/10/20 | LCG | Draft email to FE Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 11/10/20 | LCG | Receipt and review email from Francisco Elizalde Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/10/20 | LCG | Draft email to FE Re: responding to questions of expected time; rate of recovery. | .4 | 300 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 11/12/20 | LCG | Receipt and review email from Francisco Elizalde<br>Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/12/20 | LCG | Draft email to FE<br>Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 11/12/20 | LCG | Receipt and review email from Francisco Elizalde<br>Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/12/20 | LCG | Draft email to FE<br>Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 11/12/20 | LCG | Receipt and review email from Francisco Elizalde<br>Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/12/20 | LCG | Draft email to FE<br>Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 11/12/20 | LCG | Receipt and review email from Francisco Elizalde<br>Re: expected time to obtain recovery; expected rate of recovery. | .1 | 75 |
| 11/12/20 | LCG | Draft email to FE<br>Re: responding to questions of expected time; rate of recovery. | .4 | 300 |
| 3/25/21 | LCG | Receipt and review email from WF<br>Re: seeking updates; MTD | .1 | 75 |
| 3/25/21 | LCG | Draft email to WF<br>Re: MTD remains undecided. | .2 | 150 |
| 3/25/21 | LCG | Receipt and review email from WF<br>Re: seeking updates; MTD | .1 | 75 |
| 3/25/21 | LCG | Draft email to WF<br>Re: MTD remains undecided. | .2 | 150 |
| 3/26/21 | LCG | Receipt and review email from MG<br>Re: Exeter will be filing Second Third-Party Complaint against certain contractors; forwarding proposed motion to file third-party complaint. | .8 | 600 |
| 3/31/21 | LCG | Receipt and review email from MG<br>Re: Follow up to previous email re: Exeter will be filing Second Third-Party Complaint against certain contractors; forwarding proposed motion to file third-party complaint. | .2 | 150 |
| 3/31/21 | LCG | Receipt and review email from LF responding to MG's emails<br>Re: third-party complaint. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 3/31/21 | LCG | Receipt and review email from MG to all counsel Re: response to LF email. | .1 | 75 |
| 3/31/21 | LCG | Receipt and review email from LF to MG Re: no objections to 2nd Third-Party Complaint. | .1 | 75 |
| 4/5/21 | LCG | Receipt and review email from WF Re: second third-party complaint from Exeter. | .1 | 75 |
| 4/5/21 | LCG | Draft email response to WF Re: our position regarding second third-party complaint from Exeter. | .1 | 75 |
| 4/5/21 | LCG | Receipt and review email from WF to all counsel Re: second third-party complaint from Exeter; no objections from plaintiff. | .1 | 75 |
| 4/5/21 | LCG | Receipt and review email from MG to all counsel | .1 | 75 |
| 4/5/21 | LCG | Receipt, review and analyze motion by Exeter to leave file third-party complaint. | .5 | 375 |
| 4/8/21 | LCG | Receipt and review minute entry of Judge Pacold Re: leave for file third-party complaint granted. | .1 | 75 |
| 4/9/21 | LCG | Receipt, review and analyze Exeter's third-party complaint. | 1.6 | 1200 |
| 5/19/21 | LCG | Receipt and review email from WF Re: case status inquiry. | .1 | 75 |
| 5/19/21 | LCG | Draft email to WF Re: responding to case status inquiry. | .1 | 75 |
| 6/1/21 | LCG | Receipt and review notice of appearance for Howard Industries | .1 | 75 |
| 6/1/21 | LCG | Receipt and review amended notice of appearance for Howard Industries | .1 | 75 |
| 6/1/21 | LCG | Receipt and review of waiver of service returned executed for Howard Industries; answer due 6/21 | .1 | 75 |
| 6/3/21 | LCG | Receipt and review email from TA Re: requesting status update. | .1 | 75 |
| 6/3/21 | LCG | Draft email to TA Re: status update. | .1 | 75 |
| 6/3/21 | LCG | Receipt and review email from TA Re: requesting status update. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 6/3/21 | LCG | Draft email to TA<br>Re: status update. | .1 | 75 |
| 6/8/21 | LCG | Receipt and review of waiver of service returned executed for McNelly Services; answer due 6/21 | .1 | 75 |
| 6/8/21 | LCG | Receipt and review notice of appearance, Adam Kreuzer for McNelly Services. | .1 | 75 |
| 6/10/21 | LCG | Receipt and review notice of appearance, Adam Carter for McNelly Services. | .1 | 75 |
| 6/11/21 | LCG | Receipt, review and analyze McNelly Services Answer | .5 | 375 |
| 6/14/21 | LCG | Receipt and review notice of appearance, Daniel Sarther, for JTM Electrical. | .1 | 75 |
| 6/14/21 | LCG | Receipt and review Waiver of Service returned executed by JTM Electrical; answer due 6/28/21 | .1 | 75 |
| 6/14/21 | LCG | Receipt, review and analyze Motion to Dismiss by JTM Electrical Contractors and exhibits. | 2.0 | 1500 |
| 6/14/21 | LCG | Draft letter correspondence to Judge Pacold<br>Re: friendly reminder that the parties are awaiting a decision on Exeter's motion for judgment on the pleadings. | .4 | 300 |
| 6/14/21 | LCG | File letter to Judge Pacold via ECF. | .1 | 75 |
| 6/16/21 | LCG | Receipt and review notice of appearance, Eric Krumdick, for Consolidated Electrical Distributors. | .1 | 75 |
| 6/16/21 | LCG | Receipt, review and analyze Motion to Dismiss by Howard Industries and exhibits. | 2.3 | 1725 |
| 6/17/21 | LCG | Receipt and review minute entry from Judge Pacold<br>Exeter's responses to motions to dismiss due by 7/23/21. | .1 | 75 |
| 6/18/21 | LCG | Receipt and review email fro KR<br>Re: firm is winding down. Matter can be transferred to Ariel Weissberg as local counsel. | .1 | 75 |
| 6/18/21 | LCG | Draft email in response to KR | .1 | 75 |
| 6/14/21 | LCG | Receipt and review Waiver of Service returned executed by Consolidated Electrical; answer due 8/3/21 | .1 | 75 |
| 6/24/21 | LCG | Draft status report to TA | .9 | 675 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 6/24/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/24/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/24/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/24/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/24/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/24/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/25/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/27/21 | LCG | Receipt and review email from TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 6/27/21 | LCG | Draft email response to TA Re: payment of invoice for new incoming local counsel. | .1 | 75 |
| 7/9/21 | LCG | Receipt, review and analyze Exeter's opposition to motion to dismiss for failure to state a claim by JTM Electrical. | 1.5 | 1125 |
| 7/9/21 | LCG | Receipt, review and analyze Exeter's opposition to motion to dismiss for failure to state a claim by Howard Industries | 1.5 | 1125 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 7/12/21 | LCG | Receipt and review follow up from Hava Weissberg Re: whether we will be retaining as local counsel; Barbuss has not paid its share of retainer. | .1 | 75 |
| 7/13/21 | LCG | Draft email to Barbuss Re: Barbuss' portion of new local counsel's invoice still not paid. | .1 | 75 |
| 7/13/21 | LCG | Draft email to Hava Weissberg responding to his inquiry. | .1 | 75 |
| 7/14/21 | LCG | Receipt and review payment receipt from Barbuss to Hava Weissberg as new local counsel in Chicago. | .1 | 75 |
| 7/23/21 | LCG | Receipt, review and analyze JTM's reply to MTD. | 1.0 | 750 |
| 7/23/21 | LCG | Receipt, review and analyze Howard Industries reply to MTD. | 1.0 | 750 |
| 7/30/21 | LCG | Receipt and review notice of appearance, Kyle Burkhardt, for Engineered Products. | .1 | 75 |
| 8/17/21 | LCG | Receipt and review Engineered Products' letter motion to join and adopt motion of JTM and Howard's motion to dismiss. | .5 | 375 |
| 8/17/21 | LCG | Receipt and review mutiple emails from parties to the action Re: no objection to Engineered Products joining motions to dismiss. | 1.0 | 750 |
| 8/19/21 | LCG | Receipt and review minute entry of Judge Pacold Re: granting Engineered Products unopposed motion to join JTM and Howard's MTD [Dkt. No. 105]. | .2 | 150 |
| 9/14/21 | LCG | Receipt and review minute entry Re: Scheduling telephone hearing on Third-Party Defendant's motion for judgment on the pleadings on 9/22/21. | .1 | 75 |
| 9/14/21 | LCG | Draft email to TA Re: Advising of Court scheduling hearing on Exeter's motion for judgment on the pleadings. | .1 | 75 |
| 9/17/21 | LCG | Receipt and review notice of appearance, Inessa Holly, on behalf of Howard Industries. | .1 | 75 |
| 9/21/21 | LCG | Receipt and review minute entry Re: Scheduling telephone hearing on Third-Party Defendant's motion for judgment on the pleadings on 9/22/21 is stricken and reset to 9/29/21. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 9/21/21 | LCG | Draft email to TA<br>Re: status updating hearing date for motion for judgment on the pleadings. | .1 | 75 |
| 9/21/21 | LCG | Receipt and review email from TA<br>Re: status updating hearing date for motion for judgment on the pleadings. | .1 | 75 |
| 9/28/21 | LCG | Receipt and review email from Kyle Burkhardt<br>Re: conflict with tomorrow's hearing; start without him; he will JIP. | .1 | 75 |
| 9/29/21 | LCG | Receipt and review email from TA<br>Re: he cannot attend hearing on motion. | .1 | 75 |
| 9/29/21 | LCG | Draft email in response to TA<br>Re: I am on call and taking copious notes and will provide a detailed status report. | .1 | 75 |
| 9/29/21 | LCG | Attend telephonic hearing; Judge's decision on Exeter's motion for judgment on the pleadings. | 1.8 | 1350 |
| 9/29/21 | LCG | Receipt and review minute entry<br>Re: judge's decision denying Exeter's motion for judgment on the pleadings; parties to meet and confer and file a joint status report by 10/13/21. | .1 | 75 |
| 9/29/21 | LCG | Draft detailed status report to TA following judge's decision denying Exeter's motion for judgment on the pleadings. | 1.5 | 1125 |
| 9/29/21 | LCG | Receipt and review minute entry<br>Re: case referred to Magistrate Jeffrey Cummings for discovery supervision and scheduling. | .1 | 75 |
| 9/29/21 | LCG | Receipt and review email from TA<br>Re: judge's decision on Exeter's motion on the pleadings; inquiring as to its impact on case in general | .1 | 75 |
| 9/29/21 | LCG | Draft email to TA in response<br>Re: judge's decision on Exeter's motion on the pleadings and implications for case going forward; settlement. | .3 | 225 |
| 9/29/21 | LCG | Receipt and review email from TA<br>Re: judge's decision on Exeter's motion on the pleadings; inquiring as to its impact on case in general | .1 | 75 |
| 9/29/21 | LCG | Review Magistrate Cummings' individual practices. | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 9/30/21 | LCG | Attend conference call with all parties to discuss status of case post decision and topics of agreement/disagreement going forward; streamlining of discovery issues; preliminary settlement discussions. | 1.3 | 975 |
| 10/6/21 | LCG | Receipt and review minute entry<br>Re: Notice of filing, Jacobson's MIDP | .1 | 75 |
| 10/6/21 | LCG | Receipt and review minute entry<br>Re: Directives from Magistrate Cummings | .2 | 150 |
| 10/8/21 | LCG | Draft joint status report | 2.6 | 1950 |
| 10/8/21 | LCG | Draft email to all counsel forwarding draft joint status report and suggestions for moving the case forward. | .3 | 225 |
| 10/8/21 | LCG | Receipt and review email response from Eric Krumdick | .1 | 75 |
| 10/8/21 | LCG | Receipt and review email from Meghan Gonnissen<br>Re: forwarding edits to joint status report | .1 | 75 |
| 10/8/21 | LCG | Review/analyze Exeter's edits to joint status report in redline; update status report to conform. | .9 | 675 |
| 10/8/21 | LCG | Receipt and review email response from Eric Krumdick agreeing to Meghan Gonnissen additions. | .1 | 75 |
| 10/12/21 | LCG | Receipt and review email from LF<br>Re: forwarding Jacobson's redline of joint status report. | .1 | 75 |
| 10/12/21 | LCG | Review/analyze Jacobson's edits to joint status report in redline. | .5 | 375 |
| 10/12/21 | LCG | Receipt and review email from MG<br>Re: the joint status report proffered by Jacobson conforms to Judge Pacold's standing order form, not Magistrate Cummings. | .1 | 75 |
| 10/13/21 | LCG | Receipt and review email from Daniel Sarther<br>Re: agreeing to MG's view of which standing order to follow. | .1 | 75 |
| 10/13/21 | LCG | Receipt and review email from MG to DS<br>Re: flash drive | .1 | 75 |
| 10/13/21 | LCG | Draft email to Hava Weissberg<br>Re: requesting confirmation of receipt of retention agreement and retainer. | .1 | 75 |
| 10/13/21 | LCG | Draft email to all counsel<br>Re: Plaintiff's proposed additions to joint status report. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/13/21 | LCG | Receipt and review email from Kyle Burkhardt Re: EPCO's state of incorporation for jurisdictional section of joint status report. | .1 | 75 |
| 10/13/21 | LCG | Receipt and review email from Dremain Moore Re: circulating Jacobson's revised joint status report portions | .1 | 75 |
| 10/13/21 | LCG | Review/analyze Jacobson's edits to joint status report in redline; update status report to conform. | 1.7 | 1275 |
| 10/13/21 | LCG | Revise, edit and finalize joint status report. | .8 | 600 |
| 10/13/21 | LCG | Draft email to all counsel circulating finalized joint status report with request for final comments before filing via ECF. | .2 | 150 |
| 10/13/21 | LCG | Receipt and review email from Hava Weissberg Re: confirming receipt of retainer. | .1 | 75 |
| 10/13/21 | LCG | Receipt and review email from DS with additional changes to joint status report. | .1 | 75 |
| 10/13/21 | LCG | Review/analyze JTM's edits to joint status report in redline; update status report to conform. | .8 | 600 |
| 10/13/21 | LCG | Receipt and review email from MG with additional changes to joint status report. | .1 | 75 |
| 10/13/21 | LCG | Review/analyze Exeter's edits to joint status report in redline; update status report to conform. | .8 | 600 |
| 10/13/21 | LCG | Receipt and review email from MG Re: dropbox link for materials contained on flash drive provided by JTM's counsel | .1 | 75 |
| 10/13/21 | LCG | Draft email to Hava Weissberg Re: retainer. | .1 | 75 |
| 10/13/21 | LCG | Draft email to all counsel Re: circulating proposed final joint status report and requesting any further additions/changes. | .2 | 150 |
| 10/13/21 | LCG | Receipt and review email from DM Re: further changes to joint status report. | .1 | 75 |
| 10/13/21 | LCG | Review/analyze Jacobson's further edits to joint status report. | .3 | 225 |
| 10/13/21 | LCG | Revise joint status report to conform with Jacobson's edits. | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/13/21 | LCG | Receipt and review email from MG<br>Re: disagreement with Jacobson's reasoning but agreeing to the proposed edits. | .1 | 75 |
| 10/13/21 | LCG | Draft email to all counsel<br>Re: forwarding final version of joint status report and requesting any final comments before filing on ECF. | .2 | 150 |
| 10/13/21 | LCG | Receipt and review minute entry<br>Re: attorney appearance for Riviana by Ariel Weissberg. | .1 | 75 |
| 10/13/21 | LCG | File Report of Rule 26(f) via ECF. [Dkt. 114] | .2 | 150 |
| 10/25/21 | LCG | Receipt and review minute entry [Dkt. 115]<br>Re: The Court has reviewed the parties' joint initial status report [114] and notes that the District Judge has stayed discovery pending ruling on the outstanding dispositive motions. Within 2 weeks of the ruling on those motions, the parties shall file a joint report setting forth a schedule for the production of discovery materials that third-party defendant JTM agreed to produce in order to streamline discovery process and a time-frame for the completion of review of that discovery. The Court will set a fact discovery schedule at a later date. | .2 | 150 |
| 10/27/21 | LCG | Receipt and review ECF notification<br>Re: Motion for Leave by Exeter to file additional affirmative defenses to Jacobson and file amended Third-Party Complaint. | .1 | 75 |
| 10/27/21 | LCG | Review/analyze Motion for Leave by Exeter to file additional affirmative defenses to Jacobson and file amended Third-Party Complaint. | 1.5 | 1125 |
| 10/27/21 | LCG | Receipt and review email from Docketbird<br>Re: Exeter's latest filing. | .1 | 75 |
| 10/27/21 | LCG | Receipt and review email from MG to all counsel<br>Re: any objections to motion for leave. | .1 | 75 |
| 10/28/21 | LCG | Receipt and review minute entry from Judge Pacold<br>Re: Exeter's motion for leave does not conform to Judge's rules. [Dkt. No. 117] | .1 | 75 |
| 10/28/21 | LCG | Receipt and review second email from MG to all counsel<br>Re: noting Judge Pacold's directives and again requesting any objections to motion for leave. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 10/28/21 | LCG | Draft email to MG in response<br>Re: no objections | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from KB to all counsel<br>Re: no objections from EPCO | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from Nicholas Parolisi to all counsel<br>Re: no objections from Howard | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from Erick Krumdick to all counsel<br>Re: no objections from CED | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from DS to all counsel<br>Re: no objections from JTM | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from Adam Carter to all counsel<br>Re: no objections from McNelly | .1 | 75 |
| 10/28/21 | LCG | Receipt and review email from LF to all counsel<br>Re: no objections from XPO | .1 | 75 |
| 11/2/21 | LCG | Receipt and review email from MG to all counsel<br>Re: responses to motion for leave. | .1 | 75 |
| 11/2/21 | LCG | Receipt and review email from MG to Judge Pacold<br>Re: no objections to motion for leave. | .1 | 75 |
| 11/3/21 | LCG | Receipt and review email from TA requesting status | .1 | 75 |
| 11/3/21 | LCG | Draft email to TA with brief status update<br>Re: pending motions; discovery to date. | .1 | 75 |
| 11/3/21 | LCG | Receipt and review email from TA<br>Re: status update | .1 | 75 |
| 11/3/21 | LCG | Receipt and review email from DM<br>Re: XPO effectuated a name change to "GXO Warehouse Company, Inc."; requesting any objection to motion requesting the court update the caption the case records to reflect change. | .1 | 75 |
| 11/3/21 | LCG | Review/analyze XPO's proposed motion requesting change of name in court records. | .8 | 600 |
| 11/4/21 | LCG | Draft email to DM<br>Re: no objection to proposed motion | .1 | 75 |
| 11/4/21 | LCG | Receipt and review email from DM to all counsel<br>Re: proposed motion. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 11/4/21 | LCG | Receipt and review email from MG to all counsel<br>Re: requiring a change to add affirmative defense omitted from Ex. C to the motion; intent to file amended motion; forwarding proposed amended motion; requesting objections, if any. | .1 | 75 |
| 11/4/21 | LCG | Review/analyze amended motion for leave from Exeter. | .4 | 300 |
| 11/4/21 | LCG | Receipt and review email from DM<br>Re: no objection from XPO | .1 | 75 |
| 11/4/21 | LCG | Draft email to MG<br>Re: no objection from plaintiff. | .1 | 75 |
| 11/4/21 | LCG | Receipt and review email from Adam Carter to all counsel<br>Re: no objection from McNelly. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review minute entry [Dkt. 118]<br>Re: Exeter's motion for leave is granted; Exeter to file amended third-party complaint and additional affirmative defenses as separate entries on the docket. JTM's motion to dismiss and Howard's motion to dismiss are denied as moot and without prejudice to any response to Exeter's amended third-party complaint. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from MG to all counsel requesting responses (objections, if any) from JTM, Howard, CED. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review ECF notification<br>Re: Jacobson's motion to substitute party and update Caption to reflect GXO Warehouse Company Inc. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from DS to all counsel<br>Re: no objection to Exeter's proposed amended motion for leave from JTM. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from DM to Judge Pacold<br>Re: forwarding proposed order to substitute GXO. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from NP to all counsel<br>Re: no objection to Exeter's proposed amended motion for leave from Howard. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from DS to all counsel<br>Re: no objection from JTM. | .1 | 75 |
| 11/8/21 | LCG | Receipt and review email from KB to all counsel<br>Re: no objection from EPCO. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 11/8/21 | LCG | Receipt and review email from AC to all counsel Re: no objection from McNelly. | .1 | 75 |
| 11/9/21 | LCG | Receipt and review Order granting Jacobson's motion to subsitute parties and amend caption. | .1 | 75 |
| 11/10/21 | LCG | Review/analyze dropbox discovery documents from JTM. | 8.5 | 6375 |
| 11/11/21 | LCG | Review/analyze dropbox discovery documents from JTM. | 8.5 | 6375 |
| 11/12/21 | LCG | Review/analyze dropbox discovery documents from JTM. | 8.1 | 6075 |
| 11/15/21 | LCG | Receipt, review and analyze Exeter's motion for leave to fie Unopposed Amended Motion for Leave to file Amended Third-Party Complaint and to file Additional Affirmative Defenses to Jacobson Warehouse d/b/a XPO Logistics Supply Chain's Third-Party Complaint. | .7 | 525 |
| 11/19/21 | LCG | Receipt and review minute entry [Dkt. 122] granting Exeter's amended motion for leave to file an amended third-party complaint and additional affirmative defenses. | .2 | 150 |
| 11/19/21 | LCG | Receipt and review Exeter's additional affirmative defenses. | .3 | 225 |
| 11/19/21 | LCG | Receipt and review Exeter's Amended Third-Party Complaint. | .3 | 225 |
| 11/19/21 | LCG | Receipt and review email from DocketBird Re: recent filings. | .1 | 75 |
| 11/22/21 | LCG | Receipt and review minute entry Re: transcript of 9/29/21 hearing available. | .1 | 75 |
| 12/13/21 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 12/13/21 | LCG | Draft email to TA with status report. | .2 | 150 |
| 12/17/21 | LCG | Receipt/review/analyze McNelly's motion to dismiss amended third-party complaint for failure to state a claim. | 2.1 | 1575 |
| 12/17/21 | LCG | Receipt/review/analyze Howard Industries' motion to dismiss amended third-party complaint for failure to state a claim. | 1.3 | 975 |
| 12/17/21 | LCG | Receipt and review email from local counsel Re: confirming that our office will be handling these motions. | .1 | 75 |
| 12/20/21 | LCG | Draft email to Hava Weissberg confirming that our office will handle all motions to keep underwriters' costs to an absolute minimum. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/20/21 | LCG | Receipt/review/analyze JTM Electrical's motion to dismiss amended third-party complaint for failure to state a claim. | 2.1 | 1575 |
| 12/20/21 | LCG | Receipt and review email from Hava Weissberg acknowledging my instructions. | .1 | 75 |
| 12/17/21 | LCG | Receipt/review/analyze McNelly Services's motion to dismiss amended third-party complaint for failure to state a claim. | 2.1 | 1575 |
| 12/21/21 | LCG | Receipt and review minute entry<br>Re: Exeter's responses to third-party defendants' motions to dismiss due by 1/18/22. | .1 | 75 |
| 1/18/22 | LCG | Receipt/review/analyze Exeter's opposition to defendants' motions to dismiss. | 5.0 | 3750 |
| 1/18/22 | LCG | Draft status report to TA. | .2 | 150 |
| 1/18/22 | LCG | Receipt and review email from TA in response to status report; inquiring if the judge can do anything to speed things up. | .1 | 75 |
| 1/18/22 | LCG | Draft email to TA<br>Re: A letter to a judge asking them to "hurry up" is always dicey. | .1 | 75 |
| 1/20/22 | LCG | Receipt/review/analyze JTM's motion for leave to file responsive pleadings. | .5 | 375 |
| 1/21/22 | LCG | Receipt and review minute entry [Dkt. No. 133]<br>Re: telephonic motion hearing set for 1/26/22 at 9:15 a.m. to discuss JTM's motion. | .1 | 75 |
| 1/26/22 | LCG | Receipt and review ECF notice<br>Re: Appearance for McNelly by Jeffrey Scott Barger | .1 | 75 |
| 1/26/22 | LCG | Attend telephonic hearing on JTM's motion. | 2.3 | 1725 |
| 1/26/22 | LCG | Draft status report to TA. | .2 | 150 |
| 1/27/22 | LCG | Receipt and review email from TA with questions<br>Re: extensive motion practice. | .1 | 75 |
| 1/27/22 | LCG | Draft email in response to TA's queries. | .2 | 150 |
| 2/1/22 | LCG | Receipt, review and analyze JTM's reply to Motion to Dismiss for Failure to State a Claim. | 1.5 | 1125 |
| 2/1/22 | LCG | Receipt, review and analyze JTM's motion to dismiss for failure to state a claim. | 1.5 | 1125 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 2/1/22 | LCG | Receipt, review and analyze Howard Industries' Reply Re: motion to dismiss for failure to state a claim. | 1.0 | 750 |
| 2/1/22 | LCG | Receipt, review and analyze McNelly's Reply Re: motion to dismiss for failure to state a claim. | 1.0 | 750 |
| 2/2/22 | LCG | Receipt, review and analyze Engineered Products motion to join. | 1.0 | 750 |
| 2/2/22 | LCG | Receipt, review and analyze Consolidated Electrical Distributors to join agreed motion to join Rule 12(b)(6) motions to dismiss filed by JTM, Howard, Engineered Products and McNelly. | 1.0 | 750 |
| 2/3/22 | LCG | Receipt and review minute entry [Dkt. No. 142] Re: CED and EPCO's motions are denied without prejudice; parties identified non-operative motions and did not identify the counts for which these third-party defendants seek dismissal. | .2 | 150 |
| 2/3/22 | LCG | Draft status report to TA. | .2 | 150 |
| 2/8/22 | LCG | Receipt and review EPCO's motion to join Howard's Motion to Dismiss. | .5 | 375 |
| 2/10/22 | LCG | Receipt/review/analyze McNelly's motion for leave to file Reply in Support of 12(b)(6) motion to dismiss Counts VI and VII of Exeter's Amended Third-Party Complaint. | .5 | 375 |
| 2/10/22 | LCG | Receipt and review minute entry [Dkt. No. 145] Re: setting new deadlines. | .1 | 75 |
| 2/11/22 | LCG | Receipt and review minute entry [Dkt. No. 146] Re: granting McNelly's unopposed motion for leave to file a reply brief. | .2 | 150 |
| 2/11/22 | LCG | Receipt/review/analyze McNelly's Reply Brief. | 1.1 | 825 |
| 3/10/22 | LCG | Receipt/review/analyze Exeter's opposition to motion to dismiss pursuant to 12(b)(6) by JTM. | 3.0 | 2250 |
| 3/14/22 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 3/14/22 | LCG | Draft email response to TA with brief status report. | .1 | 75 |
| 4/1/22 | LCG | Receipt/review/analyze JTM's reply brief to motion to dismiss. | 1.8 | 1350 |
| 4/13/22 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 4/13/22 | LCG | Draft email response to TA with brief status report. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 5/6/22 | LCG | Receipt and review ECF notice<br>Re: appearance for JTM by Steven Wolf. | .1 | 75 |
| 6/8/22 | LCG | Receipt and review minute entry<br>Re: Judge Pacold noting that Consolidated Electrical Distributors did not file motion to join, provided CED one last chance to do so. | .1 | 75 |
| 6/8/22 | LCG | Receipt/review/analyze CED's motion to join. | .3 | 225 |
| 6/9/22 | LCG | Receipt and review minute entry<br>Re: CED's amended motion to join and adopt Howard Industries' motion to dismiss Count II of amended third-party complaint is gratned. | .1 | 75 |
| 6/16/22 | LCG | Receipt and review email from TA<br>Re: requesting status. | .1 | 75 |
| 6/16/22 | LCG | Draft email to TA<br>Re: status report. | .1 | 75 |
| 6/21/22 | LCG | Receipt and review minute entry [Dkt. No. 154]<br>Re: Court will hold telephonic ruling on pending motions [126, 127, 128, 129 and 137] set for 6/28/22 at 8:45 a.m. | .1 | 75 |
| 6/28/22 | LCG | Attend telephonic ruling.<br>Exeter's statutory contribution claims (Counts I-V) are granted. Howard, EPCO and CED are dismissed from the case. McNelly's motion to dismiss breach of contract claim (Count VI) and contractual indemnification claim (Count VII) is denied. JTM's motion to dismiss the contractual indemnification claim (Count VIII) is denied. The remaining claims are Exeter's indemnification claims against McNelly and JTM and Exeter's breach of contract claim against McNelly, | 2.7 | 2025 |
| 6/28/22 | LCG | Receipt and review minute entry<br>Re: 6/28/22 ruling. | .1 | 75 |
| 7/5/22 | LCG | Receipt and review minute entry<br>Re: Joint status report due by 7/13/22 setting forth schedule for production of discovery materials from JTM; provide a proposed schedule for the completion of remaining fact discovery; whether any party will rely upon expert testimony and, if so, a proposed schedule for the completion of expert discovery, and whether the parties are mutually interested in scheduling a settlement conference. | .2 | 150 |
| 7/11/22 | LCG | Receipt and review email from LF<br>Re: circulating a draft Joint Status Report. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 7/11/22 | LCG | Review/analyze proposed Joint Status Report. | 1.0 | 750 |
| 7/11/22 | LCG | Receipt and review email from MG Re: comments on proposed Joint Status Report. | .2 | 150 |
| 7/11/22 | LCG | Receipt and review email from AC Re: comments on proposed Joint Status Report. | .2 | 150 |
| 7/11/22 | LCG | Draft email to LF, all counsel Re: comments on proposed Joint Status Report. | .1 | 75 |
| 7/11/22 | LCG | Receipt and review email from LF Re: circulating a revised draft Joint Status Report. | .1 | 75 |
| 7/11/22 | LCG | Review/analyze revised proposed Joint Status Report. | .4 | 300 |
| 7/11/22 | LCG | Receipt and review email from MG agreeing to proposed Joint Status Report. | .1 | 75 |
| 7/11/22 | LCG | Draft email to LF, all counsel, agreeing to proposed Joint Status Report. | .1 | 75 |
| 7/13/22 | LCG | Receipt and review email from LF Re: circulating proposed joint status report again as some parties may not have received it the first time. | .1 | 75 |
| 7/13/22 | LCG | Receipt and review email from DS agreeing to proposed Joint Status Report. | .1 | 75 |
| 7/13/22 | LCG | Receipt and review email from LF acknowledging receipt. | .1 | 75 |
| 7/12/22 | LCG | Receipt and review ECF notification Re: filing of Joint Status Report. | .1 | 75 |
| 7/14/22 | LCG | Receipt and review ECF notification Re: Transcript of 6/28 proceedings available. | .1 | 75 |
| 7/14/22 | LCG | Receipt and review email from DS to all counsel requesting Riviana's and Exeter's Rule 26(a)(1) Disclosures. | .1 | 75 |
| 7/14/22 | LCG | Receipt and review minute entry [Dkt. No. 159] Re: setting deadlines. | .1 | 75 |
| 7/15/22 | LCG | Prepare Riviana's Rule 26(a)(1) Disclosure | 1.9 | 1425 |
| 7/15/22 | LCG | Draft email (4 parts) sending plaintiff's Rule 26(a)(1) Disclosures to JTM | .8 | 600 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 7/20/22 | LCG | Receipt and review email from DS forwarding JTM's Rule 26 Disclosures. | .1 | 75 |
| 7/20/22 | LCG | Receipt, review and analyze JTM's Rule 26 Disclosure. | 4.1 | 3075 |
| 7/22/22 | LCG | Receipt and review motion for withdrawal of Daniel Sarther. | .2 | 150 |
| 7/22/22 | LCG | Receipt and review minute entry Re: withdrawal of DS. | .1 | 75 |
| 8/4/22 | LCG | Receipt, review and analyze Answer of JTM to Third-Party Complaint. | .6 | 450 |
| 8/4/22 | LCG | Receipt and review email from Derek Teller Re: future docket filings | .1 | 75 |
| 8/16/22 | LCG | Receipt and review email from Jeffrey Barger Re: seeking any objections to McNelly's motion for leave to file answer. | .1 | 75 |
| 8/16/22 | LCG | Receipt and review email from Steven Wolf Re: no objection to McNelly's motion for leave to file. | .1 | 75 |
| 8/16/22 | LCG | Draft emaiul to JB, all counsel Re: no objection. Inquiring about possibility of settlement now that all the players are known following the judge's recent ruling. | .2 | 150 |
| 8/16/22 | LCG | Receipt and review McNelly's motoin for extension of time to answer third-party complaint and affirmative defenses and cross-claims | .8 | 600 |
| 8/22/22 | LCG | Receipt and review email from TA Re: requesting status. | .1 | 75 |
| 8/22/22 | LCG | Draft e-mail to TA with status report. | .2 | 150 |
| 8/22/22 | LCG | Receipt and review email from TA with further inquiries. | .1 | 75 |
| 8/22/22 | LCG | Draft email in response to TA's further inquiries. | .1 | 75 |
| 8/29/22 | LCG | Receipt and review email from SW JTM is amenable to settlement discussions. | .1 | 75 |
| 8/29/22 | LCG | Receipt and review email from MG Exeter is amenable to settlement discussions. | .1 | 75 |
| 8/31/22 | LCG | Receipt and review email from LF GXO is amenable to settlement discussions. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 8/31/22 | LCG | Draft status report to TA<br>Re: development on settlement discussions. | .2 | 150 |
| 8/31/22 | LCG | Draft email to all counsel<br>Re: moving settlement discussions foward. | .1 | 75 |
| 8/31/22 | LCG | Receipt and review email from TA<br>Re: settlement; who would need to appear | .1 | 75 |
| 8/31/22 | LCG | Draft response to TA.<br>Re: would need representative from underwriters | .1 | 75 |
| 8/31/22 | LCG | Receipt and review email from TA<br>Re: underwriters may not be willing to attend. | .1 | 75 |
| 8/31/22 | LCG | Receipt and review email from MG<br>Re: agreeing to a settlement conference before magistrate judge. | .1 | 75 |
| 8/31/22 | LCG | Draft response to TA<br>Re: who should/must attend settlement conference; whether it will be in person or telephonic is not determined yet. | .1 | 75 |
| 8/31/22 | LCG | Receipt and review email from TA<br>Re: he will liaise with underwriters; inquiring as to timing for mediation | .1 | 75 |
| 8/31/22 | LCG | Draft follow up response to TA<br>Re: timing for mediation | .1 | 75 |
| 8/31/22 | LCG | Draft follow up response to TA<br>Re: form of authorization from underwriters to TA with settlement authority. | .1 | 75 |
| 9/6/22 | LCG | Draft letter to Judge Pacold indicating the parties' interest to have the matter mediated before the Magistrate. | .4 | 300 |
| 9/6/22 | LCG | Draft email to all counsel<br>Re: forwarding proposed joint letter to Judge Pacold - mediation. | .2 | 150 |
| 9/6/22 | LCG | Receipt and review multiple emails from counsel<br>Re: form of letter/manner in which to advise the court of interest to participate in mediation. | 1.0 | 750 |
| 9/6/22 | LCG | ECF - consent to mediation. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 9/7/22 | LCG | Receipt and review minute entry [Dkt. No. 166]<br>Re: McNelly's unopposed motion for leave to file its answer and affirmative defenses to Exeter's fourth-party complaint is granted; McNelly's motion to file its cross complaint against JTM is granted. | .1 | 75 |
| 9/8/22 | LCG | Receipt and review Answer to Third-Party Complaint and Crossclaims from McNelly against JTM. | .3 | 225 |
| 9/9/22 | LCG | Receipt and review email from McNelly's counsel<br>Re: forwarding Rule 26(a)(1) Disclosures with attachments. | .1 | 75 |
| 9/9/22 | LCG | Review/analyze McNelly's documents. | 4.6 | 3450 |
| 9/12/22 | LCG | Receipt and review email from TA<br>Re: authority to settle in mediation; proposing timing for mediation. | .1 | 75 |
| 9/12/22 | LCG | Draft response to TA<br>Re: next steps for mediation; timing. | .1 | 75 |
| 9/12/22 | LCG | Receipt and review email from TA<br>Re: mediation issues. | .1 | 75 |
| 9/12/22 | LCG | Receipt and review minute entry [Dkt. No. 168]<br>Re: Magistrate Cummings is in receipt of parties' filing indicating they are interested in scheduling a settlement conference; parties ordered to submit a joint status report regarding settlement and addressing issues set forth in Court's Standing Order for Settlement Conferences and propose dates in November/December 2022. | .1 | 75 |
| 9/13/22 | LCG | Receipt and review email from MG outlining information to be included in joint status report for settlement conference. | .2 | 150 |
| 9/13/22 | LCG | Draft email to MG, all counsel<br>Re: joint status report | .2 | 150 |
| 9/13/22 | LCG | Receipt and review emails from DM<br>Re: GXO's contribution to joint status report. | .3 | 225 |
| 9/14/22 | LCG | Receipt and review email from MG<br>Re: additional information for joint status report from Exeter. | .1 | 75 |
| 9/19/22 | LCG | Receipt and review follow up email from MG<br>Re: filing of joint status report. | .1 | 75 |
| 9/19/22 | LCG | Draft email to MG, all counsel<br>Re: still need names of representatives for McNelly and JTM. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 9/19/22 | LCG | Receipt and review email from AC<br>Re: names of reps for McNelly. | .1 | 75 |
| 9/19/22 | LCG | Receipt/review/draft numerous emails to all counsel<br>Re: final points for Joint Status Report | 1.0 | 750 |
| 9/20/22 | LCG | Receipt and review email from Steve Wolf<br>Re: JTM's reps for settlement conference. | .1 | 75 |
| 9/20/22 | LCG | Finalize pre-settlement status letter on behalf of all parties. | 1.0 | 750 |
| 9/20/22 | LCG | Draft email to Magistrate Cummings forwarding pre-settlement letter. | .2 | 150 |
| 9/26/22 | LCG | Receipt and review minute entry [Dkt. No. 170]<br>Remote settlement conference set for 12/7/22 at 12:00 p.m.; Plaintiff's settlement demand letter in conformance with Standing Order is due on 11/2/22. | .1 | 75 |
| 9/26/22 | LCG | Receipt and review minute entry [Dkt. No. 171]<br>Remote settlement conference set for 11/30/22 at 1:00 p.m.; Plaintiff's settlement demand letter in conformance with Standing Order is due on 11/2/22. | .1 | 75 |
| 9/26/22 | LCG | Receipt and review email from DM<br>Re: Magistrate Cummings appears to have sent a second notice in error. | .1 | 75 |
| 9/27/22 | LCG | Draft letter to Magistrate Cummings noting apparent error in sending two conflicting ECF notifications for settlement conference. | .4 | 300 |
| 9/27/22 | LCG | Receipt and review minute entry [Dkt. No. 172] noting that Dkt. 171 was in error. | .1 | 75 |
| 9/28/22 | LCG | Receipt and review email from TA<br>Re: requesting status. | .1 | 75 |
| 9/29/22 | LCG | Draft email to TA<br>Re: mediation is scheduled for 12/7/22 at 12 p.m. CST to be held remotely. | .1 | 75 |
| 9/30/22 | LCG | Receipt and review discovery demands from Exeter to all parties. | 3.2 | 2400 |
| 10/5/22 | LCG | Receipt and review email from MG<br>Re: joint status report due to the Magistrate on 10/7. | .1 | 75 |
| 10/5/22 | LCG | Receipt and review email from DM<br>Re: joint status report due on 10/7 | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 10/5/22 | LCG | Receipt/review/draft numerous follow up emails Re: joint status report due on 10/7. | .8 | 600 |
| 10/6/22 | LCG | Draft joint status report; circulate to all counsel. | 1.0 | 750 |
| 10/6/22 | LCG | Receipt/review/draft numerous follow up emails Re: joint status report due on 10/7. | 1.6 | 1200 |
| 10/7/22 | LCG | Prepare revised draft Joint Status Report for circulation to all counsel. | .8 | 600 |
| 10/7/22 | LCG | Receipt and review numerous emails from counsel with final comments Re: joint status report. | 1.0 | 750 |
| 10/7/22 | LCG | File Joint Status Report via ECF. | .2 | 150 |
| 10/14/22 | LCG | Receipt and review minute entry Re: setting discovery deadlines | .1 | 75 |
| 10/17/22 | LCG | Begin drafting mediation letter to Magistrate Cummings. | 4.7 | 3525 |
| 10/18/22 | LCG | Complete drafting of mediation letter to Magistrate Cummings. | 3.6 | 2700 |
| 11/1/22 | LCG | Revise, edit and finalize mediation letter to Magistrate Cummings. | .8 | 600 |
| 11/1/22 | LCG | Draft email to Magistrate Cummings, cc to all counsel Re: forwarding Plaintiff's mediation letter. | .2 | 150 |
| 11/16/22 | LCG | Receipt and review GXO's mediation letter. | 1.2 | 900 |
| 11/16/22 | LCG | Receipt and review Exeter's mediation letter. | 1.2 | 900 |
| 11/16/22 | LCG | Receipt and review JTM's mediation letter. | 1.2 | 900 |
| 11/16/22 | LCG | Receipt and review McNelly's mediation letter. | 1.2 | 900 |
| 11/21/22 | LCG | Receipt/review/analyze GXO's responses to Exeter's discovery demands. | 6.3 | 4725 |
| 11/23/22 | LCG | Receipt and review JTM's motion for leave to file Answer to McNelly's Cross Complaint. | .7 | 525 |
| 11/25/22 | LCG | Receipt and review email from TA Re: set up a phone call in advance of mediation. | .1 | 75 |
| 11/25/22 | LCG | Draft status report to TA in advance of mediation. | 1.0 | 750 |
| 11/27/22 | LCG | Receipt and review minute entry Re: resetting dates for responses. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 11/28/22 | LCG | Receipt and review minute entry [Dkt. 178]<br>Re: Magistrate is in receipt of all parties settlement letters. A conference will be held on 12/1 at 10:30 a.m. to discuss whether it will be productive to proceed with the scheduled settlement conference given the fact that Jacobson Warehouse/GXO has not submitted settlement offer letters and the disparity between plaintiff's demand and the remaining defendants' offer to settle; parties to meet and confer and report back. | .1 | 75 |
| 11/28/22 | LCG | Receipt/review/draft numerous emails between all counsel<br>Re: setting up meet and confer. | 1.0 | 750 |
| 11/28/22 | LCG | Draft plaintiff's response to Exeter's Request to Produce. | 2.0 | 1500 |
| 11/28/22 | LCG | Draft plaintiff's response to Exeter's Interrogatories | 5.0 | 3750 |
| 11/28/22 | LCG | Finalize plaintiff's response to Exeter's Interrogatories | 1.0 | 750 |
| 11/30/22 | LCG | Attend meet and confer<br>Re: whether settlement conference should be held. | 2.0 | 1500 |
| 11/30/22 | LCG | Draft email to Magistrate Cummings reporting that the parties have met and conferred and are prepared to attend the conference call scheduled for 12/1. | .2 | 150 |
| 12/1/22 | LCG | Attend telephonic status conference regarding settlement. | 2.0 | 1500 |
| 12/2/22 | LCG | Draft status report to TA<br>Re: settlement status. | .6 | 450 |
| 12/6/22 | LCG | Receipt and review notice from NDIll, re, instructions for attendance at settlement conference. | .5 | 375 |
| 12/6/22 | LCG | Attend to numerous emails between the court, all counsel<br>Re: last minute details in advance of settlement conference; scheduling/rescheduling practice session for 9:15 a.m. CST; identity of representatives attending on behalf of all parties, etc. | 4.0 | 3000 |
| 12/7/22 | LCG | Attend telephonic practice session. | 1.0 | 750 |
| 12/7/22 | LCG | Attend telephonic settlement conference | 5.0 | 3750 |
| 12/10/22 | LCG | Draft Notice of Motion | .5 | 375 |
| 12/10/22 | LCG | Begin drafting Rule 56.1 Statement. | 4.0 | 3000 |
| 12/10/22 | LCG | Research relevant case law in support of Riviana's motion for summary judgment. | 5.0 | 3750 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 12/12/22 | LCG | Receipt and review email from Maria Sanchez (paralegal for Ford Britton) with Exeter's Supplemental Rule 26(a)(1) Disclosures | .1 | 75 |
| 12/12/22 | LCG | Review/analyze Exeter's Supplemental Rule 26 Disclosure; exhibits. | 3.0 | 2250 |
| 12/13/22 | LCG | Continued drafting Rule 56.1 Statement. | 4.5 | 3375 |
| 12/13/22 | LCG | Begin drafting Memorandum of Law in Support of Riviana's Motion for Summary Judgment. | 4.0 | 3000 |
| 12/13/22 | LCG | Continued research of relevant case law in support of Riviana's motion for summary judgment. | 3.5 | 2625 |
| 12/14/22 | LCG | Continued drafting Memorandum of Law in Support of Riviana's Motion for Summary Judgment. | 3.8 | 2850 |
| 12/14/22 | LCG | Receipt and review email from MG Re: joint status report | .1 | 75 |
| 12/14/22 | LCG | Receipt and review email from DM Re: joint status report. | .1 | 75 |
| 12/14/22 | LCG | Receipt and review email from DM Re: circulating draft status report | .1 | 75 |
| 12/14/22 | LCG | Review/analyze proposed status report | 1.1 | 825 |
| 12/15/22 | LCG | Receipt and review email from AC with additions to status report from McNelly. | .1 | 75 |
| 12/15/22 | LCG | Review McNelly's additions to status report. | .2 | 150 |
| 12/15/22 | LCG | Receipt and review email from DM to all counsel Re: status report updated. | .1 | 75 |
| 12/15/22 | LCG | Review/analyze updated status report. | .2 | 150 |
| 12/15/22 | LCG | Draft email to DM, all counsel Re: updated status report. | .2 | 150 |
| 12/15/22 | LCG | Receipt and review email from MG to DM, all counsel Re: numerous changes/additions to proposed status report. | .3 | 225 |
| 12/15/22 | LCG | Review/analyze updated status report updated. | .2 | 150 |
| 12/15/22 | LCG | Receipt and review email from MG Re: updated status report | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 12/15/22 | LCG | Receipt and review email from SW to all counsel<br>Re: discovery issues; status report. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from DM to all counsel<br>Re: additional changes to status report in light of Steven Wolf's requests. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from AC<br>Re: no objections from McNelly. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from DM to all counsel<br>Re: circulating revised report. | .1 | 75 |
| 12/15/22 | LCG | Review revised report. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from SW confirming report is acceptable. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from DM to all counsel<br>Re: preparing to file status report by 5:30 p.m. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from DM to all counsel<br>Re: requesting any last changes before filing. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review email from MG<br>Re: no objections to status report. | .1 | 75 |
| 12/15/22 | LCG | Receipt and review ECF notification<br>Re: Joint Status Report | .1 | 75 |
| 12/16/22 | LCG | Receipt and review McNelly's Answer to Third-Party Complaint. | .2 | 150 |
| 12/16/22 | LCG | Receipt and review McNelly's Crossclaim. | .2 | 150 |
| 12/16/22 | LCG | Draft email to TA<br>Re: we need a representative on behalf of Riviana with knowledge of the MHSA terms. | .2 | 150 |
| 12/16/22 | LCG | Draft email to LF, all counsel<br>Re: plaintiff intends to move for summary judgment; proposing briefing schedule. | .2 | 150 |
| 12/16/22 | LCG | Cull, review, index and organize exhibits for Riviana's SJM. | .2 | 150 |
| 12/16/22 | LCG | Begin drafting Declaration in Support of SJM | 2.1 | 1575 |
| 12/16/22 | LCG | Revise Rule 56.1 statement with specific record references in support. | 4.6 | 3450 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 12/18/22 | LCG | Receipt and review email from LF<br>Re: scheduling a call to discuss proposed briefing schedule. | .1 | 75 |
| 12/19/22 | LCG | Receipt and review email from MG<br>Re: 30(b)(6) notices | .1 | 75 |
| 12/19/22 | LCG | Review 30(b)(6) notices to GXO, McNelly and JTM | .3 | 225 |
| 12/19/22 | LCG | Receipt and review email from MG<br>Re: outstanding discovery from Exeter. | .1 | 75 |
| 12/19/22 | LCG | Draft email to LF<br>Re: call to discuss proposed briefing schedule. | .1 | 75 |
| 12/19/22 | LCG | Receipt and review email from LF<br>Re: call to discuss briefing schedule. | .1 | 75 |
| 12/19/22 | LCG | Attend call with LF<br>Re: briefing schedule. | .8 | 600 |
| 12/19/22 | LCG | Draft email to MG, all counsel<br>Re: forwarding plaintiff's responses to Exeter's discovery demands. | .2 | 150 |
| 12/19/22 | LCG | Receipt and review minute entry [Dkt. No. 184]<br>Re: resetting deadlines. | .1 | 75 |
| 12/19/22 | LCG | Draft letter to Judge Pacold<br>Re: parties intent to file motions for summary judgment. | .4 | 300 |
| 12/19/22 | LCG | Draft email to LF, DM<br>Re: sending proposed letter to Judge Pacold for review and comment. | .2 | 150 |
| 12/19/22 | LCG | Continued drafting of MoL in support of SJM. | 7.5 | 5625 |
| 12/20/22 | LCG | Receipt and review email from LF<br>Re: requested changes to briefing schedule. | .1 | 75 |
| 12/20/22 | LCG | File status report with proposed briefing schedule via ECF. [Dkt. 185] | .2 | 150 |
| 12/20/22 | LCG | Draft Table of Contents to MOL | .5 | 375 |
| 12/20/22 | LCG | Revise/edit Declaration in Support of SJM | 1.5 | 1125 |
| 12/20/22 | LCG | Revise/edit Rule 56.1 Statement. | 4.0 | 3000 |
| 12/21/22 | LCG | Revise/edit MOL | 6.0 | 4500 |
| 12/22/22 | LCG | Revise/edit/finalize Declaration in Support of SJM | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 12/22/22 | LCG | Revise/edit/finalize Rule 56.1 Statement. | 2.7 | 2025 |
| 12/22/22 | LCG | Revise/edit/finalize MOL | 4.8 | 3600 |
| 12/22/22 | LCG | Draft Table of Authorities. | 1.0 | 750 |
| 12/22/22 | LCG | Revise Table of Contents | .2 | 150 |
| 12/23/22 | LCG | ECF Notice of Motion for summary judgment [Dkt. No. 186] | .2 | 150 |
| 12/23/22 | LCG | ECF Rule 56 Statement [Dkt. No. 187] | .2 | 150 |
| 12/23/22 | LCG | ECF Declaration in Support of SJM with exhibits [Dkt. No. 188] | .6 | 450 |
| 12/23/22 | LCG | ECF MOL in Support of SJM | .2 | 150 |
| 12/27/22 | LCG | Receipt and review minute entry [Dkt. No. 190] Re: parties' joint proposed briefing schedule is adopted. | .1 | 75 |
| 12/29/22 | LCG | Receipt and review minute entry [Dkt. No. 191] Re: directives from Judge Pacold with respect to summary judgment motions. | .1 | 75 |
| 1/5/23 | LCG | Receipt and review email from TA Re: Barbuss has received feedback from underwriters regarding contact at Riviana. | .1 | 75 |
| 1/5/23 | LCG | Draft email in response to TA | .1 | 75 |
| 1/5/23 | LCG | Review response email from TA. | .1 | 75 |
| 1/6/23 | LCG | Receipt and review email from counsel for McNelly Re: forwarding discovery demands to JTM and Exeter. | .1 | 75 |
| 1/6/23 | LCG | Review/analyze McNelly's Interrogatories to Exeter | .3 | 225 |
| 1/6/23 | LCG | Review/analyze McNelly's Interrogatories to JTM | .3 | 225 |
| 1/6/23 | LCG | Review/analyze McNelly's Request to Produce to Exeter | .3 | 225 |
| 1/6/23 | LCG | Review/analyze McNelly's Request to Produce to Exeter | .3 | 225 |
| 1/6/23 | LCG | Receipt and review email from DM to all counsel Re: forwarding discovery demands to plaintiff and Exeter. | .1 | 75 |
| 1/6/23 | LCG | Review/analyze GXO's First Set of Interrogatories to Plaintiff. | 1.0 | 750 |
| 1/6/23 | LCG | Review/analyze GXO's First Set of Requests for Admissions to Plaintiff. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 1/6/23 | LCG | Review/analyze GXO's First Set of Interrogatories to Exeter. | 1.0 | 750 |
| 1/6/23 | LCG | Review/analyze GXO's First Set of Requests for Admissions to Exeter. | 1.0 | 750 |
| 1/6/23 | LCG | Receipt and review Certificate of Service from GXO | .1 | 75 |
| 1/9/23 | LCG | Receipt and review multiple Certificates of Service from JTM | .2 | 150 |
| 1/15/23 | LCG | Receipt and review email from LF Re: modification to briefing schedule. | .1 | 75 |
| 1/15/23 | LCG | Draft email response to LF Re: briefing schedule. | .1 | 75 |
| 1/16/23 | LCG | Draft Plaintiff's Response to GXO's Request for Admissions. | 3.5 | 2625 |
| 1/17/23 | LCG | Revise, edit and finalize Response to GXO's Request for Admissions. | 1.0 | 750 |
| 1/17/23 | LCG | Draft email to LF, all counsel Re: forwarding Plaintiff's Response to GXO's Request for Admissions. | .1 | 75 |
| 1/18/23 | LCG | Receipt and review email from DM Re: plaintiff's responses | .1 | 75 |
| 1/18/23 | LCG | Receipt and review follow up email from DM Re: plaintiff's responses | .1 | 75 |
| 1/18/23 | LCG | Receipt and review follow up email from DM Re: plaintiff's responses | .1 | 75 |
| 1/18/23 | LCG | Receipt and review email from LF with proposed modified briefing schedule. | .1 | 75 |
| 1/18/23 | LCG | Draft email in response to latest from LF Re: proposed briefing schedule. | .1 | 75 |
| 1/26/23 | LCG | Receipt and review email from MG Re: upcoming status report; forwarding draft status report and proposing motion to stay pending outcome of summary judgment motions. | .1 | 75 |
| 1/26/23 | LCG | Review proposed draft status report. | .5 | 375 |
| 1/26/23 | LCG | Receipt and review email from AC Re: agreeing to status report and motion to stay. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 1/26/23 | LCG | Draft email to MG, all counsel<br>Plaintiff has no objections to status report and motion to stay. | .2 | 150 |
| 1/26/23 | LCG | Receipt and review email from LF with proposed changes to status report to incorporate SJM briefing schedule. | .1 | 75 |
| 1/26/23 | LCG | Receipt and review email from MG in response to LF. | .1 | 75 |
| 1/26/23 | LCG | Receipt/review/draft numerous emails by and between LCG and all counsel<br>Re: proposed joint status report, SJM briefing schedule | 2.0 | 1500 |
| 1/27/23 | LCG | Receipt/review/draft numerous emails by and between LCG and all counsel<br>Re: proposed joint status report, SJM briefing schedule | 2.0 | 1500 |
| 1/27/23 | LCG | Receipt and review unopposed motion by GXO to amend/correct briefing schedule. [Dkt. No. 190] | .2 | 150 |
| 1/27/23 | LCG | Receipt and review joint status report [Dkt. No. 197]. | .2 | 150 |
| 1/27/23 | LCG | Receipt and review Exeter's motion to stay discovery pending Court's ruling on SJMs. [Dkt. 198] | .2 | 150 |
| 1/27/23 | LCG | Receipt and review proposed Order<br>Re: motion to stay discovery pending Court's ruling on SJMs. | .1 | 75 |
| 1/31/23 | LCG | Receipt and review minute entry [Dkt. No. 199]<br>Re: Motion to amend briefing schedule granted | .1 | 75 |
| 1/31/23 | LCG | Receipt and review minute entry [Dkt. No. 200]<br>Re: Motion to stay discovery is granted. | .1 | 75 |
| 1/31/23 | LCG | Receipt and review minute entry [Dkt. No. 201]<br>Re: Resetting deadlines | .1 | 75 |
| 2/2/23 | LCG | Receipt and review email from LF<br>Re: proposed motion seeking leave to file combined memorandum of law. | .1 | 75 |
| 2/2/23 | LCG | Draft email to LF<br>Re: no objections to proposed motion. | .1 | 75 |
| 2/2/23 | LCG | Receipt and review email from LF in response. | .1 | 75 |
| 2/2/23 | LCG | Receipt and review motion by GXO for leave to file combined MoL in Support of Cross-Motion and in Opposition to Plaintiff's motion. [Dkt. No. 202] | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 2/2/23 | LCG | Receipt and review proposed order Re: motion by GXO for leave to file combined MoL in Support of Cross-Motion and in Opposition to Plaintiff's motion. | .1 | 75 |
| 2/3/23 | LCG | Receipt and review minute entry [Dkt. No. 203] granting motion for leave to file combined MoL. | .1 | 75 |
| 2/6/23 | LCG | Receipt/review/analyze GXO's Notice of Cross-Motion for Summary Judgment. [Dkt. No. 204] | .2 | 150 |
| 2/6/23 | LCG | Receipt/review/analyze GXO's Memorandum of Law in Support of Cross-Motion for Summary Judgment. [Dkt. No. 205] | 1.0 | 750 |
| 2/6/23 | LCG | Mark-up GXO's Memorandum of Law in Support of Cross-Motion for Summary Judgment and begin draft of Outline in opposition. | 3.0 | 2250 |
| 2/7/23 | LCG | Receipt/review/analyze GXO's Rule 56 Statement in Support of Cross-Motion for Summary Judgment. [Dkt. No. 206] | 1.0 | 750 |
| 2/7/23 | LCG | Mark-up GXO's Rule 56 Statement in Support of Cross-Motion for Summary Judgment and begin draft of Outline in opposition. | 5.5 | 4125 |
| 2/7/23 | LCG | Receipt and review minute entry [Dkt. No. 209] Re: granting motion to stay discovery. | .1 | 75 |
| 2/7/23 | LCG | Review exhibits to Rule 56 Statement. | 2.5 | 1875 |
| 2/8/23 | LCG | Receipt/review/analyze Declaration of Lawrence C. Friedman in Support of Cross-Motion for Summary Judgment. [Dkt. No. 207] | 1.8 | 1350 |
| 2/8/23 | LCG | Receipt/review/analyze GXO's Response to Plaintiff's Rule 56 Statement. [Dkt. No. 208] | 2.3 | 1725 |
| 2/9/23 | LCG | Begin drafting Response to GXO's Rule 56 Statement. | 5.0 | 3750 |
| 2/9/23 | LCG | Draft email to TA Re: clarification for survey report; requesting supporting documents to survey. | .1 | 75 |
| 2/10/23 | LCG | Continue draft of Response to GXO's Rule 56 Statement. | 8.5 | 6375 |
| 2/11/23 | LCG | Begin drafting Memorandum of Law in Opposition to GXO's Motion for Summary Judgment and Reply to Riviana's Motion for Summary Judgment. | 9.6 | 7200 |
| 2/12/23 | LCG | Draft Declaration in Opposition to GXO's SJM and in further support of Riviana's SJM. | 4.9 | 3675 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 2/13/23 | LCG | Research issues raised by GXO in SJM Re: Force Majeure and indemnification. | 5.0 | 3750 |
| 2/13/23 | LCG | Revise and edit Memorandum of Law in Opposition to GXO's Motion for Summary Judgment and Reply to Riviana's Motion for Summary Judgment. | 4.3 | 3225 |
| 2/14/23 | LCG | Continued revisions and edits to Memorandum of Law in Opposition to GXO's Motion for Summary Judgment and Reply to Riviana's Motion for Summary Judgment. | 7.5 | 5625 |
| 2/15/23 | LCG | Continued Research of applicable case law Re: contract interpretation | 6.0 | 4500 |
| 2/16/23 | LCG | Research issues raised by GXO in SJM Re: Force Majeure and indemnification. | 5.0 | 3750 |
| 2/17/23 | LCG | Continued revisions and edits to Memorandum of Law in Opposition to GXO's Motion for Summary Judgment and Reply to Riviana's Motion for Summary Judgment. | 8.9 | 6675 |
| 2/20/23 | LCG | Revise, edit and finalize Declaration in Opposition and Reply | 2.0 | 1500 |
| 2/20/23 | LCG | Revise, edit and finalize Response to Rule 56 Statement | 2.3 | 1725 |
| 2/20/23 | LCG | Revise, edit and finalize MoL in Opp and Reply | 4.7 | 3525 |
| 2/21/23 | LCG | Draft Table of Contents | .5 | 375 |
| 2/21/23 | LCG | Draft Table of Authorities. | 1.0 | 750 |
| 2/22/23 | LCG | ECF Response to Rule 56 Statement [Dkt. No. 210] | .2 | 150 |
| 2/22/23 | LCG | ECF Declaration in Opp/Reply plus exhibits [Dkt. No. 211] | .7 | 525 |
| 2/22/23 | LCG | ECF Reply Memorandum of Law [Dkt. No. 212] | .2 | 150 |
| 2/22/23 | LCG | ECF MoL in Opposition to GXO's cross-motion. | .2 | 150 |
| 3/10/23 | LCG | Receipt and review email from LF Re: requesting one week extension to file Reply Brief. | .1 | 75 |
| 3/10/23 | LCG | Draft email to LF agreeing to one week extension. | .1 | 75 |
| 3/10/23 | LCG | Receipt and review motion by GXO for extension of time to file response/reply. [Dkt. No. 214] | .1 | 75 |
| 3/10/23 | LCG | Receipt and review proposed order Re: motion by GXO for extension of time to file response/reply. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/14/23 | LCG | Receipt and review minute entry<br>Re: GXO's motion for extension of time to file response/reply is granted. | .1 | 75 |
| 3/22/23 | LCG | Receipt and review ECF notification<br>Re: GXO's Response to Cross-Motion for SJM | .1 | 75 |
| 3/22/23 | LCG | Review/analyze GXO's Response to Cross-Motion for SJM | 3.8 | 2850 |
| 3/29/23 | LCG | Receipt and review email from TA<br>Re: request for status. | .1 | 75 |
| 3/29/23 | LCG | Draft email to TA with status update. | .1 | 75 |
| 5/3/23 | LCG | Receipt and review email from TA<br>Re: request for status. | .1 | 75 |
| 5/4/23 | LCG | Draft email to TA with status update. | .1 | 75 |
| 7/27/23 | LCG | Draft email to TA with status update. | .1 | 75 |
| 10/20/23 | LCG | Receipt and review email from TA<br>Re: request for status. | .1 | 75 |
| 10/20/23 | LCG | Draft email to TA with status update. | .1 | 75 |
| 11/29/23 | LCG | Draft email to TA with status update. | .1 | 75 |
| 3/12/24 | LCG | Receipt and review email from TA<br>Re: request for status. | .1 | 75 |
| 3/12/24 | LCG | Draft email to TA with status update. | .1 | 75 |
| 3/27/24 | LCG | Draft email to TA with status update. | .2 | 150 |
| 4/29/24 | LCG | Receipt and review email from TA<br>Re: request for status. | .1 | 75 |
| 4/29/24 | LCG | Draft email to TA with status update. | .1 | 75 |
| 5/15/24 | LCG | Receipt and review email from TA explaining that future decisions on the case are difficult as the lead contact at leading underwriter has already changed 3 times so a decision now may not benefit us in the future when that contact is replaced with another. | .1 | 75 |
| 5/15/24 | LCG | Draft status report to TA with possible outcomes; timing. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 7/3/24 | LCG | Receipt and review minute entry [Dkt. No. 220] Re: in person oral argument on motions for summary judgment set for 7/25/24 | .1 | 75 |
| 7/24/24 | LCG | Travel to Chicago for oral argument on SJMs | 6.0 | 4500 |
| 7/25/24 | LCG | Attend oral argument | 2.8 | 2100 |
| 7/25/24 | LCG | Travel from Chicago (oral argument on SJMs). | 6.0 | 4500 |
| 7/25/24 | LCG | Receipt and review minute entry [Dkt. No. 221] Re: decision on motions for summary judgment | .1 | 75 |
| 7/26/24 | LCG | Draft detailed status report to TA | 1.5 | 1125 |
| 7/26/24 | LCG | Receipt and review minute entry [Dkt. No. 222] Re: Honorable Appenteng; tracking status hearing set for 8/12/24; no appearance required. | .1 | 75 |
| 7/30/24 | LCG | Receipt and review email from TA Re: forwarding questions from underwriters for what to expect going forward; Underwriters likely unwilling to pay on hourly basis for any appeal. | .2 | 150 |
| 7/30/24 | LCG | Draft detailed response to all questions posed by underwriters. | 1.6 | 1200 |
| 7/31/24 | LCG | Receipt and review email from TA with additional questions. | .2 | 150 |
| 7/31/24 | LCG | Draft detailed responses to all questions. | 1.0 | 750 |
| 8/1/24 | LCG | Receipt and review motion for extension of deadline from GXO. | .5 | 375 |
| 8/5/24 | LCG | Receipt and review minute entry [Dkt. No. 226] granting extension of time to file memorandum of law and proposed partial final judgment to 8/12/24. | .1 | 75 |
| 8/5/24 | LCG | Receipt/review/analyze transcript of 7/25/24 hearing. | 2.0 | 1500 |
| 8/12/24 | LCG | Receipt/review/analyze GXO's response to order on motion for extension of time to file - - order on motion for summary judgment - - ruling on motion hearing - - Response to Court Request for Memorandum on Potential Rule 54(B) Interlocutory Appeal) | 1.0 | 750 |
| 8/13/24 | LCG | Draft email to TA forwarding hearing transcript. | .1 | 75 |
| 8/14/24 | LCG | Receipt and review email from TA with questions. Re: what to expect going foward | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 8/14/24 | LCG | Draft email to TA with responses.<br>Re: what to expect going foward | .4 | 300 |
| 8/15/24 | LCG | Draft email to TA forwarding GXO's request as to the identity of all underwriters. | .1 | 75 |
| 8/16/24 | LCG | Receipt and review email from TA with response to 8/15 request. | .1 | 75 |
| 8/16/24 | LCG | Draft Riviana's Response to Court request [228] | 3.8 | 2850 |
| 8/16/24 | LCG | Receipt and review minute entry [Dkt. 230]<br>GXO withdraws its oral motion to enter judgment pursuant to Rule 54(b). | .1 | 75 |
| 8/20/24 | LCG | Receipt and review surveyors' supporting documents from TA. | 4.0 | 3000 |
| 8/20/24 | LCG | Receipt and review additional surveyors' supporting documents from TA. | 4.0 | 3000 |
| 8/21/24 | LCG | Receipt and review minute entry [Dkt. No. 231] lifting stay on discovery; joint status report due by 8/28/24. | .1 | 75 |
| 8/23/24 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 8/23/24 | LCG | Draft status report to TA. | .2 | 150 |
| 8/23/24 | LCG | Draft proposed joint letter to Magistrate Appenteng in response to Dkt. 231. | 1.2 | 900 |
| 8/23/24 | LCG | Draft email to all counsel circulating proposed joint letter. | .1 | 75 |
| 8/26/24 | LCG | Receipt/review multiple emails from all parties<br>Re: no objections to proposed joint letter to Magistrate Appenteng. | .8 | 600 |
| 9/4/24 | LCG | Receipt and review email from LF<br>Re: Forwarding proposed discovery schedule; GXO would like to amend its answer to add affirmative defense of failure to join all of the real parties in interest. | .1 | 75 |
| 9/4/24 | LCG | Draft email to LF, all counsel with plaintiff's proposed changes to proposed schedule; advising that plaintiff objects to amendment to add affirmative defense. | .2 | 150 |
| 9/4/24 | LCG | Receipt and review email from SW to all counsel<br>Re: Requesting clarification on the proposed order. | .1 | 75 |
| 9/4/24 | LCG | Draft email in response to SW, all counsel<br>Re: clarification of proposed order. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 9/4/24 | LCG | Receipt and review email from AC to all counsel<br>Re: adopting SW's suggestions and otherwise agreeing to proposed order. | .1 | 75 |
| 9/4/24 | LCG | Receipt and review email from MG to all counsel<br>Re: agreeing to proposed order. | .1 | 75 |
| 9/5/24 | LCG | Draft notice of motion for sanctions<br>Re: intended motion for leave to file amended answer with affirmative defenses. | .3 | 225 |
| 9/5/24 | LCG | Draft declaration in support of motion for sanctions. | 1.5 | 1125 |
| 9/5/24 | LCG | Draft memorandum of law in support of motion for sanctions. | 3.1 | 2325 |
| 9/5/24 | LCG | Receipt and review email from MG<br>Re: possible settlement. | .1 | 75 |
| 9/5/24 | LCG | Draft email response to MG<br>Re: possible settlement. | .1 | 75 |
| 9/5/24 | LCG | Receipt and review email from TA requesting status. | .1 | 75 |
| 9/5/24 | LCG | Receipt and review email from LF<br>Re: disputing our proposed discovery dates; proposing compromise dates. | .2 | 150 |
| 9/5/24 | LCG | Draft correspondence to LF agreeing to compromise dates. | .1 | 75 |
| 9/6/24 | LCG | Draft status report to TA. | .3 | 225 |
| 9/9/24 | LCG | Receipt and review proposed joint status report from LF. | .2 | 150 |
| 9/9/24 | LCG | Draft email to LF confirming joint status report is acceptable. | .1 | 75 |
| 9/11/24 | LCG | Receipt and review email from LF<br>Re: intention to file motion to amend answer to assert affirmative defense; asking whether it will be opposed. | .1 | 75 |
| 9/11/24 | LCG | Draft email to LF confirming that Riviana will oppose motion to assert affirmative defense. | .1 | 75 |
| 9/11/24 | LCG | Cull, index, organize and produce appendices to survey reports. | 1.8 | 1350 |
| 9/12/24 | LCG | Receipt, review and analyze GXO's motion for leave to file Amended Answer and Affirmative Defenses and Opposed Motion to Modify CMO. | 2.0 | 1500 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 9/13/24 | LCG | Draft email to LF requesting that motion to amend to add affirmative defense be withdrawn as it is frivolous; forwarding unfiled motion for sanctions. | .1 | 75 |
| 9/13/24 | LCG | Draft declaration in opposition to motion to amend answer. | .7 | 525 |
| 9/13/24 | LCG | Begin drafting memorandum of law in opposition to motion to amend answer. | 3.0 | 2250 |
| 9/17/24 | LCG | Receipt and review GXO's 30(b)(6) Notice; second set of interrogatories and first set of RFP's to Riviana. | 1.2 | 900 |
| 9/17/24 | LCG | Receipt and review email from TA | .1 | 75 |
| 9/17/24 | LCG | Draft status report to TA. | .1 | 75 |
| 9/17/24 | LCG | Draft email to TA forwarding second set of interrogatories for review and feedback from Riviana and underwriters. | .2 | 150 |
| 9/17/24 | LCG | Receipt and review email from TA requesting clarification Re: interrogatories. | .1 | 75 |
| 9/17/24 | LCG | Draft response to TA narrowing the questions that require answers from underwriters. | .1 | 75 |
| 9/18/24 | LCG | Revise, edit and finalize declaration in opposition to motion to amend. | .7 | 525 |
| 9/18/24 | LCG | Revise, edit and finalize memorandum of law in opposition to motion to amend. | 2.0 | 1500 |
| 9/19/24 | LCG | ECF declaration in opposition and exhibits [Dkt. 240]. | .2 | 150 |
| 9/19/24 | LCG | ECF memorandum of law in opposition [Dkt. 241] | .1 | 75 |
| 9/20/24 | LCG | Draft email to TA Re: we're required to identify all underwriters by the Court. | .1 | 75 |
| 9/20/24 | LCG | Receipt and review response from TA. | .1 | 75 |
| 9/23/24 | LCG | Receipt and review email from TA with table of underwriters | .1 | 75 |
| 9/23/24 | LCG | Draft email to LF forwarding table of underwriters. | .1 | 75 |
| 9/24/24 | LCG | Draft email to TA forwarding 30(b)(6) notice to Riviana. | .1 | 75 |
| 9/24/24 | LCG | Receipt/review/draft numerous emails with TA Re: next steps, discovery, issues remaining. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 9/24/24 | LCG | Receipt and review email from LF<br>Re: scheduling; request for extension of deadlines due to LF requiring open heart surgery. | .1 | 75 |
| 9/24/24 | LCG | Receipt/review/draft numerous emails with LF<br>Re: briefing schedule; deadlines for discovery. | 1.0 | 750 |
| 9/25/24 | LCG | Receipt and review minute entry [Dkt. No. 242]<br>Re: court is in receipt of GXO's motion to modify the CMO and for leave to file amended answer and affirmative defense and Plaintiff's MoL in opposition. | .1 | 75 |
| 9/26/24 | LCG | Receipt and review email from LF<br>Re: requesting further details about underwriters for purposes of serving subpoenas. | .1 | 75 |
| 9/26/24 | LCG | Draft email to TA forwarding GXO's request for underwriter information. | .2 | 150 |
| 9/27/24 | LCG | Receipt and review revised underwriter table from TA with full names. | .1 | 75 |
| 9/27/24 | LCG | Draft email to TA<br>Re: we need to provide physical addresses to that defendant can issue subpoenas. | .1 | 75 |
| 9/27/24 | LCG | Receipt and review email from Allison Manger<br>Re: Notice of Intent to Issue Subpoenas to Third Parties. | .2 | 150 |
| 9/27/24 | LCG | Receipt and review minute entry [Dkt. No. 235]<br>Re: motion by GXO for extension of time to extend discovery deadlines. | .1 | 75 |
| 9/30/24 | LCG | Receipt and review proposed order<br>Re: motion by GXO for extension of time to extend discovery deadlines. | .1 | 75 |
| 9/30/24 | LCG | Receipt and review GXO's Second Set of Requests for Production to Plaintiff | .8 | 600 |
| 10/1/24 | LCG | Receipt and review complete table of undewriters. | .1 | 75 |
| 10/2/24 | LCG | Receipt and review minute entry [Dkt. No. 245]<br>Re: granting GXO's motion to modify scheduling order. | .1 | 75 |
| 10/2/24 | LCG | Receipt, review and analyze GXO's reply to motion to modify CMO and leave to file amended answer and affirmative defense. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 10/3/24 | LCG | Receipt and review email from TA<br>Re: Identity of underwriters; comments from Liberty - "For Liberty, the legal entity is **Liberty Corporate Capital Limited as sole corporate member of Syndicate 4472 at Lloyd's.**" | .1 | 75 |
| 10/3/24 | LCG | Multiple email exchanges with TA<br>Re: production of the policy; possibility of sanctions for non-compliance. | 1.0 | 750 |
| 10/7/24 | LCG | Draft Plaintiff's Responses to GXO's First Request for Production of Documents | 2.0 | 1500 |
| 10/7/24 | LCG | Draft Plaintiff's Responses to GXO's First Set of Interrogatories | 2.0 | 1500 |
| 10/11/24 | LCG | Draft joint status report. | 1.8 | 1350 |
| 10/11/24 | LCG | Draft email to LF, all counsel<br>Re: circulating draft joint status report. | .2 | 150 |
| 10/14/24 | LCG | Receipt and review attorney appearance of Allison Manger for GXO. | .1 | 75 |
| 10/14/24 | LCG | Receipt and review email and letter from LF<br>Re: alleged deficiencies in plaintiff's responses. | .5 | 375 |
| 10/15/24 | LCG | Receipt and review email from Allison Manger<br>Re: scheduling conference call. | .1 | 75 |
| 10/15/24 | LCG | Draft email to AM<br>Re: agreeing to time for call. | .1 | 75 |
| 10/15/24 | LCG | Receipt, review and analyze claim file. | 4.0 | 3000 |
| 10/16/24 | LCG | Preparation of privilege log<br>Re: claim file. | 2.3 | 1725 |
| 10/16/24 | LCG | Receipt and review pro hac vice for Jeffrey Brown. | .1 | 75 |
| 10/16/24 | LCG | Receipt and review email from LF<br>Re: response to GXO Interrogatory No. 15. | .2 | 150 |
| 10/17/24 | LCG | Draft email to LF<br>Re: response to GXO Interrogatory No. 15. | .2 | 150 |
| 10/17/24 | LCG | Draft revised Response to GXO's Interrogatories. | .3 | 225 |
| 10/17/24 | LCG | Receipt and review draft Joint Status Report. | .8 | 600 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/17/24 | LCG | Draft email to LF<br>Re: response to draft joint status report | .5 | 375 |
| 10/18/24 | LCG | Receipt and review revised joint status report. | .5 | 375 |
| 10/18/24 | LCG | Draft email to LF<br>Re: additional changes to joint status report. | .5 | 375 |
| 10/18/24 | LCG | Receipt and review revised (final) joint status report. | .5 | 375 |
| 10/18/24 | LCG | Draft email to LF<br>Re: one minor change but with that, ok to file to ECF. | .2 | 150 |
| 10/18/24 | LCG | Receipt and review status report regarding discovery [Dkt. No. 250]. | .1 | 75 |
| 10/18/24 | LCG | File motion for sanctions via ECF. | .6 | 450 |
| 10/21/24 | LCG | Receipt and review email from TA<br>Re: forwarding policy. | .1 | 75 |
| 10/21/24 | LCG | Receipt, review and analyze policy. | .5 | 375 |
| 10/21/24 | LCG | Receipt and review minute entry [Dkt. No. 255]<br>Re: summarizing damages discovery to date; will not entertain in camera review of policy; suggesting a confidentiality order. | .1 | 75 |
| 10/21/24 | LCG | Draft email to TA advising of Magistrate's directives<br>Re: production of the policy | .1 | 75 |
| 10/21/24 | LCG | Draft confidentiality agreement and NDA | 1.2 | 900 |
| 10/22/24 | LCG | Draft email to Allison Manger<br>Re: forwarding confidentiality agreement. | .2 | 150 |
| 10/22/24 | LCG | Draft email to TA<br>Re: requesting pre-suit emails regarding Riviana's damages. | .2 | 150 |
| 10/22/24 | LCG | Draft, receipt, review numerous emails between LCG/TA<br>Re: Barbuss' emails regarding damages. | 1.0 | 750 |
| 10/22/24 | LCG | Draft, receipt, review numerous emails between LF, Jeffrey Brown, Allison Manger, LCG<br>Re: proposed confidentiality order form. | 1.0 | 750 |
| 10/23/24 | LCG | Receipt and review proposed confidentiality order from LF | .5 | 375 |
| 10/25/24 | LCG | Receipt and review minute entry [Dkt. No. 256]<br>Re: motion for sanctions | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 10/25/24 | LCG | Receipt and review email from MG<br>Re: possibility of mediation. | .1 | 75 |
| 10/25/24 | LCG | Draft email to MG<br>Re: mediation. | .2 | 150 |
| 10/25/24 | LCG | Receipt and review email from MG<br>Re: mediation. | .1 | 75 |
| 10/25/24 | LCG | Draft email to MG<br>Re: mediation. | .2 | 150 |
| 10/28/24 | LCG | Receipt and review email from LF to all counsel<br>Re: requesting approval of proposed confidentiality order. | .1 | 75 |
| 10/28/24 | LCG | Draft, receipt, review numerous emails between LF, JB, AM, LCG, all counsel<br>Re: approval of proposed confidentiality order form. | 1.0 | 750 |
| 10/30/24 | LCG | Receipt and review email from TA<br>Re: requesting a time line the way ahead. | .1 | 75 |
| 10/30/24 | LCG | Draft detailed status report with projected time line to TA. | 1.8 | 1350 |
| 10/31/24 | LCG | Receipt and review email from TA<br>Re: when we can expect subpoenas; searching for a contact at Riviana. | .1 | 75 |
| 10/31/24 | LCG | Draft email to TA<br>Re: GXO insurer information; forwarding policy | .2 | 150 |
| 10/31/24 | LCG | Receipt and review minute entry [Dkt. No. 257]<br>Re: motion for protective order. | .1 | 75 |
| 11/4/24 | LCG | Receipt and review minute entry [Dkt. No. 258]<br>Re: motion for protective order is entered and continued; JTM and McNelly to communicate whether they approve proposed stipulated confidentiality order. | .1 | 75 |
| 11/4/24 | LCG | Receipt and review email from SW<br>Re: JTM approves confidentiality order | .1 | 75 |
| 11/4/24 | LCG | Receipt and review email from JB to SW<br>Re: advising SW to advise the Court as per magistrate's order. | .1 | 75 |
| 11/8/24 | LCG | Receipt and review email from TA<br>Re: mediation possibility; Zurich's involvement (or lack thereof). | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 11/8/24 | LCG | Receipt and review email from JB to Magistrate Appenteng, all counsel<br>Re: noting approval of proposed confidentiality order from JTM; no other response received to date. | .1 | 75 |
| 11/11/24 | LCG | Receipt and review email from TA<br>Re: AON's questions regarding search for appropriate representative of Riviana. | .1 | 75 |
| 11/11/24 | LCG | Attend meet and confer with JB, AM | 1.2 | 900 |
| 11/12/24 | LCG | Receipt and review letter from JB<br>Re: summarizing topics discussed at meet and confer; steps going forward. | .2 | 150 |
| 11/12/24 | LCG | Receipt and review email from JB<br>Re: addressing certain issues with Riviana's latest production. | .2 | 150 |
| 11/13/24 | LCG | Draft, receipt, review numerous emails by and between JB, AM and LCG<br>Re: addressing certain issues with Riviana's latest production. | 1.4 | 1050 |
| 11/13/24 | LCG | Receipt and review email from TA<br>Re: continued search for Riviana representative to appear at deposition. | .1 | 75 |
| 11/13/24 | LCG | Receipt and review email from Magistrate Appenteng<br>Re: Court's 11/4/24 order requiring JTM and McNelly to communicate approval of proposed confidentiality order; McNelly to reply all by 11/13/24. | .1 | 75 |
| 11/13/24 | LCG | Receipt and review email from AC<br>Re: McNelly's approval. | .1 | 75 |
| 11/14/24 | LCG | Receipt and review minute entry [Dkt. No. 259]<br>Re: approval of proposed confidentiality order; motion granted. | .1 | 75 |
| 11/14/24 | LCG | Receipt and review minute entry [Dkt. No. 260]<br>Re: agreed confidentiality order. | .1 | 75 |
| 11/14/24 | LCG | Receipt and review email from JB<br>Re: requesting unredacted policy in light of confidentiality order having been granted. | .1 | 75 |
| 11/14/24 | LCG | Receipt and review email from JB<br>Re: requesting availability for further meet and confer. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 11/14/24 | LCG | Draft email to JB, AM<br>Re: Availability for meet and confer. | .1 | 75 |
| 11/14/24 | LCG | Draft email to AM; all counsel<br>Re: setting forth plaintiff's objections to GXO's Second Request for Production of Documents. | .4 | 300 |
| 11/14/24 | LCG | Receipt and review meet and confer invitation from AM | .1 | 75 |
| 11/18/24 | LCG | Receipt, review and analyze proposed Joint Status Report. | .6 | 450 |
| 11/18/24 | LCG | Draft email agreeing to proposed Joint Status Report. | .1 | 75 |
| 11/19/24 | LCG | Receipt and review ECF notification [Dkt. No. 261]<br>Re: Joint Status Report regarding damages discovery. | .1 | 75 |
| 11/20/24 | LCG | Receipt and review email from TA<br>Re: continuing search for appropriate Riviana rep. | .1 | 75 |
| 11/20/24 | LCG | Receipt and review minute entry [Dkt. No. 252]<br>Re: plaintiff to provide bates numbers corresponding to emails claimed to have already been produced; further joint status report due by 12/20/24. | .1 | 75 |
| 11/21/24 | LCG | Receipt and review email from TA<br>Re: proposed meeting with AON and Riviana representative. | .1 | 75 |
| 11/21/24 | LCG | Receipt and review GXO's MoL in opposition to plaintiff's motion for sanctions. | .7 | 525 |
| 11/21/24 | LCG | Receipt and review GXO's Declaration in opposition to plaintiff's motion for sanctions. | .2 | 150 |
| 12/3/24 | LCG | Receipt and review GXO's motion to compel. | .1 | 75 |
| 12/3/24 | LCG | Receipt, review and analyze GXO's MoL in support of motion to compel. | 1.5 | 1125 |
| 12/3/24 | LCG | Receipt, review and analyze Declaration of Allison Manger with 18 exhibits in support of motion to compel. | 3.0 | 2250 |
| 12/3/24 | LCG | Receipt and review proposed order to motion to compel. | .1 | 75 |
| 12/3/24 | LCG | Receipt and review deposition notices from GXO to EIMC | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/3/24 | LCG | Receipt and review minute entry [Dkt. No. 266]<br>Re: GXO's motion to compel is entered and continued; parties to meet and confer by 12/6 and file joint status report discussing whether plaintiff's additional responses on 11/22 impacts GXO's motion to compel and indicating whether there are any issues the parties can resolve without court intervention. | 1 | 750 |
| 12/3/24 | LCG | Receipt and review email from AM<br>Re: scheduling a further meet and confer in accordance with Magistrate Appenteng's 12/3 order. | .1 | 75 |
| 12/3/24 | LCG | Draft email to AM<br>Re: agreeing to time for meet and confer. | .1 | 75 |
| 12/3/24 | LCG | Receipt and review invitation for meet and confer. | .1 | 75 |
| 12/5/24 | LCG | Receipt and review email from Moses Vejil<br>Re: his receipt of letter from GXO to directly resolve the matter. | .2 | 150 |
| 12/5/24 | LCG | Draft email to Moses Vejil, TA<br>Re: scheduling a call to discuss case. | .1 | 75 |
| 12/5/24 | LCG | Attend meet and confer with AM | 1.0 | 750 |
| 12/5/24 | LCG | Receipt and review email from AM<br>Re: draft joint status report. | .5 | 375 |
| 12/5/24 | LCG | Receipt, review and anlalyze draft joint status report. | .5 | 375 |
| 12/5/24 | LCG | Receipt and review email from MV<br>Re: availability for call with TA | .1 | 75 |
| 12/5/24 | LCG | Send Zoom invite to MV, TA. | .1 | 75 |
| 12/5/24 | LCG | Attend Zoom meeting with MV, TA | 1.0 | 750 |
| 12/5/24 | LCG | Receipt and review email from MV<br>Re: requesting court's ruling on liability. | .1 | 75 |
| 12/5/24 | LCG | Draft email to MV<br>Re: forwarding transcript of 7/25/24 hearing with Judge's finding of liability. | .2 | 150 |
| 12/6/24 | LCG | Receipt and review email from AM<br>Re: forwarding deposition notices to Barbuss. | .1 | 75 |
| 12/6/24 | LCG | Review deposition notices to Barbuss. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 12/6/24 | LCG | Draft email to AM<br>Re: responding to deposition notices. | .2 | 150 |
| 12/6/24 | LCG | Receipt and review email from TA to MV<br>Re: GXO should discuss possible settlement directly with Barbuss. | .1 | 75 |
| 12/6/24 | LCG | Receipt and review email from AM to MG<br>Re: proposed dates for depositions. | .1 | 75 |
| 12/6/24 | LCG | Receipt and review email from MV to TA, LCG<br>Re: e-discovery cost estimate. | .1 | 75 |
| 12/6/24 | LCG | Draft email to AM with plaintiff's portion for joint status report. | .8 | 600 |
| 12/6/24 | LCG | Receipt and review email from AM with revised joint status report. | .2 | 150 |
| 12/6/24 | LCG | Receipt and review of email from MV to TA, LCG<br>Re: setting forth in detail proposed e-discovery costs. | .6 | 450 |
| 12/6/24 | LCG | Receipt and review minute entry [Dkt. No. 272]<br>Re: joint status report. | .1 | 75 |
| 12/8/24 | LCG | Receipt and review email from MV with numerous questions and suggestions for proceeding with discovery. | .5 | 375 |
| 12/9/24 | LCG | Receipt, review, draft numerous emails to TA, Mark Robinson (counsel for EIMC)<br>Re: subpoenas to EIMC. | 1.0 | 750 |
| 12/9/24 | LCG | Attend conference call with TA, Mark Robinson<br>Re: subpoenas, documents. | .7 | 525 |
| 12/10/24 | LCG | Receipt and review minute entry [Dkt. No. 273]<br>Re: plaintiff to provide to GXO search terms used to search for responsive documents; by 12/23/24, the parties shall meet and confer and file a joint status report, limited to 3 pages, setting forth their positions on the search and whether any disputes regarding defendant's motion have been resolved. | .2 | 150 |
| 12/10/24 | LCG | Draft email to TA<br>Re: forwarding Magistrate Appenteng's minute entry and requesting search terms used by Barbuss. | .1 | 75 |
| 12/20/14 | LCG | Receipt and review email from TA<br>Re: Providing search terms. | .1 | 75 |
| 12/10/24 | LCG | Receipt, review and analyze EIMC's production. | 3.0 | 2250 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/10/24 | LCG | Draft email to Mark Robinson<br>Re: 90% of documents provided already in our possession; not documents flagged for privilege; ok to produce directly to counsel for GXO. | .2 | 150 |
| 12/10/24 | LCG | Draft email to AM<br>Re: Requesting clarity on GXO's position re: damages. | .2 | 150 |
| 12/10/24 | LCG | Receipt and review email from AM<br>Re: clarifying GXO's position re: damages. | .1 | 75 |
| 12/11/24 | LCG | Draft email to MV, TA<br>Re: GXO's latest request re: search terms. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: availability for conference call. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review from TA<br>Re: setting up call for 12/12 | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from AM<br>Re: amended notice of deposition. | .1 | 75 |
| 12/11/24 | LCG | Review, analyze amended notice of deposition. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: search terms, responsive emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review follow up email from MV<br>Re: search terms, responsive emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: first tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: second tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: third tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: fourth tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: fifth tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: sixth tranche of emails. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/11/24 | LCG | Receipt and review email from MV<br>Re: seventh tranche of emails. | .1 | 75 |
| 12/11/24 | LCG | Receipt and review email from AM<br>Re: availability for meet and confer on 12/13 | .1 | 75 |
| 12/12/24 | LCG | Review, analyze first tranche of emails. | 3.5 | 2625 |
| 12/12/24 | LCG | Review, analyze second tranche of emails. | 2.7 | 2025 |
| 12/12/24 | LCG | Review, analyze third tranche of emails. | 1.4 | 1050 |
| 12/12/24 | LCG | Draft email to TA requesting Letter of Authority from Underwriters to Riviana | .1 | 75 |
| 12/12/24 | LCG | Receipt and review email from TA<br>R: no letter of authority, only a subrogation letter. | .1 | 75 |
| 12/12/24 | LCG | Receipt and review email from TA<br>Re: prior exchanges between XPO and prior Riviana in house counsel; review attachments. | .4 | 300 |
| 12/12/24 | LCG | Receipt and review email from MV<br>Re: IT has located archived mailboxes for Mike Slavin and Matt Dutka | .1 | 75 |
| 12/12/24 | LCG | Draft email to MV in response<br>Re: I'm going through the separate email tranches and segregating that which should be produced from that which is not damages related and/or privileged. | .2 | 150 |
| 12/13/24 | LCG | Review, analyze fourth tranche of emails. | 2.3 | 1725 |
| 12/13/24 | LCG | Draft email response to TA<br>Re: emails between XPO and prior in house counsel for Riviana; Explaining to TA that having gone through many emails provided by Moses Vejil, I am coming to a troubling conclusion that Riviana and XPO may have colluded to make some money off of this fire event; it is clear from the Carmen Haworth email that Moses read during yesterday's conference call that Carmen had a very friendly relationship with XPO's GC, Richard Valuttuto; explains the lengths GXO is going to defend this action. This seems like a coverup. | .5 | 375 |
| 12/13/24 | LCG | Receipt and review email from MV<br>Re: forwarding 47 emails identified by CFO; MV de-dupped them; all related to damages. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 12/13/24 | LCG | Receipt and review email from MV<br>Re: search terms used by CFO | .1 | 75 |
| 12/13/24 | LCG | Review, analyze fifth tranche of emails. | 1.4 | 1050 |
| 12/13/24 | LCG | Receipt and review email from VM<br>Re: Process to recover emails from Slavin and Dutka that were deleted. | .1 | 75 |
| 12/13/24 | LCG | Review, analyze sixth tranche of emails. | 2.6 | 1950 |
| 12/13/24 | LCG | Review, analyze seventh tranche of emails. | 1.8 | 1350 |
| 12/13/24 | LCG | Receipt and review email from VM<br>Re: gained access to Slavin and Dutka mailboxes; will perform searches. | .1 | 75 |
| 12/16/24 | LCG | Receipt and review email from AM<br>Re: deposition notice to AON | .1 | 75 |
| 12/16/24 | LCG | Review, analyze deposition notice to AON. | .1 | 75 |
| 12/16/24 | LCG | Receipt and review lengthy email from AM<br>Re: plaintiff's latest production; search terms; custodians | .4 | 300 |
| 12/16/24 | LCG | Draft email to MV<br>Re: forwarding GXO's email and claim that 9 emails were not produced; requesting that he search for same. | .5 | 375 |
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: attaching email for RIV000794; will go through the remaining 8 and revert. | .1 | 75 |
| 12/17/24 | LCG | Review/analyze email for RIV000794 | .1 | 75 |
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: forwarding 3 additional emails of the 9; disputing the validity of request for RIV000797 | .1 | 75 |
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: forwarding additional email. | .1 | 75 |
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: forwarding CHIDC Fire Costs Summary December 2017 re: RIV000800-801 | .1 | 75 |
| 12/17/24 | LCG | Review/analyze emails and CHIDC spreadsheet from MV. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: comments for RIV000801 | .1 | 75 |
| 12/17/24 | LCG | Receipt and review email from MV<br>Re: last remaining item, RIV000796 | .1 | 75 |
| 12/17/24 | LCG | Receipt, review and analyze lengthy email from AM<br>Re: questions regarding Riviana's production thus far. | .5 | 375 |
| 12/18/24 | LCG | Draft response to each issue raised in AM's 12/17 email. | 1.2 | 900 |
| 12/18/24 | LCG | Receipt and review email from AM<br>Re: setting up a call to discuss. | .1 | 75 |
| 12/19/24 | LCG | Receipt and review email from MV<br>Re: forwarding emails received from AON. | .1 | 75 |
| 12/19/24 | LCG | Review/analyze emails from Aon. | .6 | 450 |
| 12/19/24 | LCG | Draft email in response to MV's 12/19 email forwarding emails from Aon and copying TA<br>Re: does Riviana have a letter of authority from underwriters authorizing Riviana to bring suit on their behalf? | .2 | 150 |
| 12/19/24 | LCG | Receipt and review email from TA Removing Moses Vejil from chain<br>Re: "let's agree between us first." | .1 | 75 |
| 12/19/24 | LCG | Receipt and review response from MV<br>Re: no letter found yet; will search. | .1 | 75 |
| 12/19/24 | LCG | Receipt and review proposed LOA from TA to be sent to Aon. | .2 | 150 |
| 12/19/24 | LCG | Receipt and review email from AM<br>Re: additional discovery issues that remain open. | .2 | 150 |
| 12/19/24 | LCG | Receipt and review email from MV<br>Re: forwarding Riviana's record retention policy. | .1 | 75 |
| 12/19/24 | LCG | Review/analyze Riviana's record retention policy. | .6 | 450 |
| 12/20/24 | LCG | Receipt and review email from AM<br>Re: forwarding proposed joint status report. | .5 | 375 |
| 12/20/24 | LCG | Receipt and review proposed joint status report. | .5 | 375 |
| 12/20/24 | LCG | Draft email to AM with proposed additions from plaintiff. | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 12/20/24 | LCG | Draft email to MV<br>Re: forwarding GXO's additional requests. | .1 | 75 |
| 12/20/24 | LCG | Receipt and review email from MV in response to GXO's requests. | .5 | 375 |
| 12/21/24 | LCG | Draft email to TA again asking for LOA on behalf of underwriters to Riviana to maintain suit on their behalf. | .2 | 150 |
| 12/21/24 | LCG | Receipt and review email from TA<br>Re: let's talk on Monday. (He's been claiming full authority to act on behalf of underwriters for 7 years, but now can't answer these questions?) | .1 | 75 |
| 12/23/24 | LCG | Receipt and review email chain between TA and Daniel Stenhouse of Aon<br>Re: TA's request for Aon to place proposed letter of authority on Aon letterhead; Daniel Stenhouse's response of "confusion" as to the request as to why the LOA is not explicitly in the name of underwriters who legally own the subrogation rights once they have indemnified the insured; Aon represents the insured, not the insurer. | .2 | 150 |
| 12/23/24 | LCG | Receipt and review response from TA to DS, forwarding Recovery Clause in policy; Aon's entitlement is in recovery clause | .1 | 75 |
| 12/23/24 | LCG | Receipt and review minute entry [Dkt. No. 277]<br>Re: defendant's motion to compel is denied without prejudice; parties shall exhaust all meet and confer efforts on all remaniing discovery disputes and those issues raised in [276] and file a joint status report outlining the disputed discovery in chart form; Scheduling in-person hearing for 1/21/25 at 10:00 a.m. | .2 | 150 |
| 12/23/24 | LCG | Receipt and review email exchange between Daniel Stenhouse and TA forwarding previous emails where Barbuss is requesting payment from Liberty; email from Carl Page approving Barbuss email and request to XCS to pay invoice accordingly and hoping that this is enough to "connect the dots." | .2 | 150 |
| 12/24/24 | LCG | Draft email in response to TA's 12/23/24 email and forwarding minute entry from Magistrate Appenteng. | .2 | 150 |
| 12/27/24 | LCG | Receipt and review email from TA<br>Re: "Aon has simply decided to give way for us to get in touch with Liberty. In other words, we should be seeking direct authority with them. My feeling is that perhaps we should wait till the outcome of Jan 21st hearing to get that done. Do you agree?" | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 12/27/24 | LCG | Receipt and review email from MV<br>Re: search of mailboxes for Michelle Hogan and Parker Schrader. | .1 | 75 |
| 1/2/25 | LCG | Receipt and review lengthy email from AM<br>Re: Magistrate Appenteng's directives to the parties to exhaust all remaining meet and confer efforts. | .5 | 375 |
| 1/3/25 | LCG | Receipt and review email from AM to all counsel<br>Re: withdrawing subpoenas to EMIC. | .1 | 75 |
| 1/6/25 | LCG | Receipt and review email from MV<br>Re: results of searches of Schrader's and Hogan's mailboxes. | .2 | 150 |
| 1/6/25 | LCG | Draft status update to MV, TA | .1 | 75 |
| 1/6/25 | LCG | Receipt and review email from MV. | .1 | 75 |
| 1/7/25 | LCG | Receipt and review email from AM<br>Re: forwarding joint status report. | .1 | 75 |
| 1/7/25 | LCG | Review, analyze proposed joint status report. | .5 | 375 |
| 1/7/25 | LCG | Draft email to AM with citations<br>Re: subrogation actions. | .6 | 450 |
| 1/7/25 | LCG | Receipt and review email from AM acknowledging receipt of plaintiff's additions and will revise JSR accordingly. | .1 | 75 |
| 1/7/25 | LCG | Receipt and review team meeting invite. | .1 | 75 |
| 1/7/25 | LCG | Draft email to MV, TA forwarding joint status report and requesting further input. | .2 | 150 |
| 1/7/25 | LCG | Receipt and review email from MV with comments on JSR. | .1 | 75 |
| 1/9/25 | LCG | Receipt and review email from TA with questions regarding joint status report. | .1 | 75 |
| 1/9/25 | LCG | Receipt and review email from MV with additional comments for joint status report. | .2 | 150 |
| 1/10/25 | LCG | Draft email to AM forwarding plaintiff's edits/additions to proposed joint status report. | .5 | 375 |
| 1/13/25 | LCG | Receipt and review email from AM with further comments/requests for information. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 1/15/25 | LCG | Email exchanges with AM<br>Re: scheduling expert discovery, reports, depositions, rebuttals | 1.0 | 750 |
| 1/15/25 | LCG | Receipt and review minute entry [Dkt. 281]<br>Re: joint status report regarding damages discovery. | .1 | 75 |
| 1/20/25 | LCG | Travel to Chicago for oral argument on SJMs | 6.7 | 5025 |
| 1/21/25 | LCG | Attend hearing regarding discovery disputes | 2.0 | 1500 |
| 1/21/25 | LCG | Travel from Chicago (oral argument on SJMs) delayed due to inclement weather | 9.0 | 6750 |
| 1/22/25 | LCG | Review/analyze minute entry [Dkt. No. 282]<br>Summary of on the record discovery hearing. | .2 | 150 |
| 1/23/25 | LCG | Draft email to MV, TA<br>Re: additional search terms and custodians for whom searches must be conducted, as per hearing on 1/21/25. | .5 | 375 |
| 1/24/25 | LCG | Receipt and review email from MV<br>Re: need to discuss search parameters; need for conference call. | .1 | 75 |
| 1/24/25 | LCG | Attend conference call with MV, TA<br>Re: additional search terms, parameters, costs. | 1.0 | 750 |
| 1/24/25 | LCG | Teleconference with AM<br>Re: additional search terms, parameters | .6 | 450 |
| 1/24/25 | LCG | Email exchanges with MV, TA following up on earlier conference call; information required by Riviana's third-party vendor Bluestar, costs. | .8 | 600 |
| 1/27/25 | LCG | Receipt and review email from AM forwarding subpoenas and deposition notices for:<br>Aon<br>Barbuss<br>EIMC | .1 | 75 |
| 1/27/25 | LCG | Review/analyze deposition notice for Aon. | .1 | 75 |
| 1/27/25 | LCG | Review/analyze deposition notice for Barbuss. | .1 | 75 |
| 1/27/25 | LCG | Review/analyze deposition notice for EIMC. | .1 | 75 |
| 1/27/25 | LCG | Review/analyze subpoena for Aon. | .1 | 75 |
| 1/27/25 | LCG | Review/analyze subpoena for Barbuss. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 1/27/25 | LCG | Review/analyze subpoena for EIMC. | .1 | 75 |
| 1/27/25 | LCG | Draft email to TA forwarding deposition notices and subpoenas. | .2 | 150 |
| 1/28/25 | LCG | Receipt and review minute entry [Dkt. No. 282] Re: remaining discovery issues. | .2 | 150 |
| 1/28/25 | LCG | Receipt and review email from AM Re: deposition notices to Riviana, Liberty Corporate Capital, Syn2003 XL Catlin | .1 | 75 |
| 1/28/25 | LCG | Review/analyze deposition notice for Riviana. | .1 | 75 |
| 1/28/25 | LCG | Review/analyze deposition notice for Liberty. | .1 | 75 |
| 1/28/25 | LCG | Review/analyze deposition notice for Syn2003 XL Catlin. | .1 | 75 |
| 1/28/25 | LCG | Receipt and review email from AM Re: Carmen Harworth email | .2 | 150 |
| 1/28/25 | LCG | Draft email to TA forwarding deposition notices. | .2 | 150 |
| 1/29/25 | LCG | Receipt and review email from MV Re: possible motion for protective order. | .1 | 75 |
| 1/30/25 | LCG | Receipt and review email from AM Re: subpoena to Barbuss. | .1 | 75 |
| 1/30/25 | LCG | Draft email to TA forwarding subpoena to Barbuss. | .1 | 75 |
| 1/31/25 | LCG | Receipt and review email from AM Re: parties to report to Magistrate Appenteng by 2/5 if there are any outstanding discovery issues | .1 | 75 |
| 1/31/25 | LCG | Draft email to MV Re: forwarding RFP's. | .2 | 150 |
| 1/31/25 | LCG | Receipt and review email from MV Re: RFP's and questions regarding same. | .2 | 150 |
| 2/4/25 | LCG | Receipt and review email from AM Re: proposed joint status report. | .1 | 75 |
| 2/4/25 | LCG | Review, analyze joint status report. | .6 | 450 |
| 2/4/25 | LCG | Draft email to AM with plaintiff's additions to joint status report. | .8 | 600 |
| 2/5/25 | LCG | Receipt and review email from AM Re: forwarding revised proposed joint status report. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 2/5/25 | LCG | Review, analyze revised proposed joint status report. | .2 | 150 |
| 2/5/25 | LCG | Receipt and review ECF notification [Dkt. No. 285]<br>Re: Joint Status Report. | .1 | 75 |
| 2/10/25 | LCG | Receipt, review, analyze minute entry [Dkt. No. 286]<br>Re: Magistrate Appenteng's directives in response to joint status report. | .2 | 150 |
| 2/10/25 | LCG | Review/analyze additional emails from MV. | 2.5 | 1875 |
| 2/13/25 | LCG | Draft plaintiff's position statement<br>Re: fee shifting and document search in response to 2/10/25 minute entry. | 2.0 | 1500 |
| 2/14/25 | LCG | Receipt, review and analyze email from AM<br>Re: joint status report due on 2/18. | .2 | 150 |
| 2/14/25 | LCG | Receipt and review email from MV with proposed changes to joint status report. | .1 | 75 |
| 2/14/25 | LCG | Receipt, review and analyze MV's edits to joint status report. | .3 | 225 |
| 2/14/25 | LCG | Receipt and review email from MV<br>Re: additional edits to JSR. | .1 | 75 |
| 2/14/25 | LCG | Receipt, review and analyze MV's additional edits to JSR. | .2 | 150 |
| 2/14/25 | LCG | Draft status report to TA. | .2 | 150 |
| 2/14/25 | LCG | Receipt and review email from Magistrate Appenteng's clerk<br>Re: procedures for filing under seal. | .1 | 75 |
| 2/15/25 | LCG | Receipt and review email from AM<br>Re: filing under seal. | .1 | 75 |
| 2/17/25 | LCG | Receipt and review email from TA<br>Re: issues raised by Aon. | .2 | 150 |
| 2/17/25 | LCG | Receipt, review, draft numerous emails by and between LCG, TA, Mark Robinson for EIMC, Christopher Clark (EIMC), Tina Ruhlandt (EIMC)<br>Re: scheduling call in preparation for deposition of EIMC | 1.5 | 1125 |
| 2/17/25 | LCG | Draft email to TA<br>Re: responding to issue raised by Aon; no such discussion with Riviana were ever had; Riviana has other external counsel assisting here. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 2/17/25 | LCG | Receipt and review email from TA Re: his response to Aon. | .1 | 75 |
| 2/17/25 | LCG | Receipt and review email from AM Re: joint status report due on 2/18 | .1 | 75 |
| 2/17/25 | LCG | Draft Riviana's additional sections to Joint Status Report. | 1.2 | 900 |
| 2/17/25 | LCG | Draft email to AM Re: Riviana's section to JSR. | .1 | 75 |
| 2/18/25 | LCG | Receipt and review email from AM forwarding joint status report for final review. | .1 | 75 |
| 2/18/25 | LCG | Final review of JSR. | .3 | 225 |
| 2/18/25 | LCG | Draft email to AM with additional corrections to joint status report. | .5 | 375 |
| 2/18/25 | LCG | Receipt and review email from AM forwarding joint status report for final review. | .1 | 75 |
| 2/18/25 | LCG | Draft email to AM with additional corrections to joint status report. | .5 | 375 |
| 2/18/25 | LCG | Receipt and review email from AM noting the parties' disagreement as to the meaning of the Court's order; forwarding joint status report for final review. | .1 | 75 |
| 2/18/25 | LCG | Draft email to AM approving final version of joint status report. | .1 | 75 |
| 2/18/25 | LCG | Receipt and review ECF notice Re: Joint Status Report filed. | .1 | 75 |
| 2/19/25 | LCG | Receipt and review email from MV Re: requesting joint status report. | .1 | 75 |
| 2/19/25 | LCG | Draft email to MV forwarding JSR. | .1 | 75 |
| 2/19/25 | LCG | Receipt, review and analyze detailed email from MV with attachments Re: proportionality of GXO's demands; surprise at court allowing GXO to not have to articulate which aspect of our claimed damages are in dispute. | .3 | 225 |
| 2/19/25 | LCG | Receipt and review email from AM Re: subpoenas to Barbuss | .2 | 150 |
| 2/19/25 | LCG | Draft email response to AM Re: subpoenas to Barbuss. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 2/19/25 | LCG | Receipt and review email from AM Re: subpoenas to Barbuss | .2 | 150 |
| 2/19/25 | LCG | Draft email response to AM Re: subpoenas to Barbuss. | .2 | 150 |
| 2/19/25 | LCG | Receipt and review email from AM Re: subpoenas to Barbuss | .2 | 150 |
| 2/19/25 | LCG | Draft email response to AM Re: subpoenas to Barbuss. | .2 | 150 |
| 2/20/25 | LCG | Receipt and review email from TA Re: results of search using agreed upon search parameters | .1 | 75 |
| 2/20/25 | LCG | Receipt, review and analyze all responsive emails from TA. | 4.6 | 3450 |
| 2/21/25 | LCG | Receipt and review email from AM Re: subpoenas to Aon and EIMC | .2 | 150 |
| 2/21/25 | LCG | Receipt and review email from AM to Magistrate Appenteng's clerk Re: supplemental affidavit to joint status report. | .1 | 75 |
| 2/24/25 | LCG | Receipt and review email from TA Re: representative(s) from Aon with knowledge. | .1 | 75 |
| 2/24/25 | LCG | Draft email in response to TA. | .1 | 75 |
| 2/24/25 | LCG | Receipt and review email from TA Re: EMIC subpoena | .1 | 75 |
| 2/24/25 | LCG | Draft email to AM Re: available dates for EIMC depositions. | .2 | 150 |
| 2/24/25 | LCG | Receipt and review email chain between TA, Daniel Stenhouse Re: Inquiries from Liberty's Rob Hawes as to deposition of insurers in a subrogated recovery. | .3 | 225 |
| 2/24/25 | LCG | Receipt and review email from LF Re: counsel for Exeter and contractors expressed a willingness to participate in mediation. | .1 | 75 |
| 2/24/25 | LCG | Draft email in response to LF Re: mediation. | .2 | 150 |
| 2/24/25 | LCG | Receipt and review email from AM Re: postponing deposition of Aon. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 2/24/25 | LCG | Draft email to TA forwarding LF email<br>Re: mediation. | .1 | 75 |
| 2/24/25 | LCG | Receipt and review response from TA<br>Re: possible mediation. | .1 | 75 |
| 2/24/25 | LCG | Draft email to all counsel<br>Re: proposing Bobby Glenn as mediator. | .2 | 150 |
| 2/24/25 | LCG | Attend to numerous emails between LCG, TA<br>Re: scheduling a call to prep for EIMC deposition. | 1.0 | 750 |
| 2/25/25 | LCG | Receipt and review email from AM<br>Re: EIMC deposition; outstanding discovery | .2 | 150 |
| 2/26/25 | LCG | Receipt and review email from TA<br>Re: Daniel Stenhouse will appear on behalf of Aon. | .1 | 75 |
| 2/26/25 | LCG | Draft email to AM<br>Re: Daniel Stenhouse will appear for deposition on behalf of Aon. | .1 | 75 |
| 2/26/25 | LCG | Receipt and review email from AM<br>Re: John Landis of Foley & Lardner LLP is representing Aon and will work with Thompson Coburn in identifying a mutually convenient date for Aon deposition after Aon produces documents responsive to subpoena. | .1 | 75 |
| 2/26/25 | LCG | Receipt and review email from MV<br>Re: inquiring as to whether magistrate has ruled on issue of cost shifting | .1 | 75 |
| 2/27/25 | LCG | Receipt and review link for 2/28 deposition prep conference call from TA. | .1 | 75 |
| 2/27/25 | LCG | Draft email in response to MV<br>Re: no ruling on cost shifting yet. | .1 | 75 |
| 2/27/25 | LCG | Receipt and review email from Mark Robinson with link for EIMC documents. | .1 | 75 |
| 2/27/25 | LCG | Review/analyze EIMC documents | 5.5 | 4125 |
| 2/27/25 | LCG | Email exchanges with AM<br>Re: GXO's discovery demands | 1.0 | 750 |
| 2/28/25 | LCG | Receipt and review email from Tina Ruhlandt<br>Re: availability for deposition. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 2/28/25 | LCG | Receipt and review email from TA forwarding letter from John Landis. | .1 | 75 |
| 2/28/25 | LCG | Review/analyze letter from John Landis | .2 | 150 |
| 2/28/25 | LCG | Numerous email exchanges with AM<br>Re: scheduling meet and confer. | 1.0 | 750 |
| 3/3/25 | LCG | Receipt and review email from AM<br>Re: forwarding draft joint status report. | .1 | 75 |
| 3/3/25 | LCG | Review/analyze proposed joint status report. | 1.0 | 750 |
| 3/3/25 | LCG | Draft plaintiff's portion to joint status report. | 2.0 | 1500 |
| 3/3/25 | LCG | Draft email to AM forwarding plaintiff's portion | .2 | 150 |
| 3/3/25 | LCG | Receipt and review email from LF<br>Re: proposing retired judge Kay Hanlon as mediator. | .1 | 75 |
| 3/3/25 | LCG | Receipt and review email from AM with changes to joint status report. | .2 | 150 |
| 3/3/25 | LCG | Receipt, review, analyze minute entry [Dkt. No. 289]<br>Re: magistrate's ruling on issues raised in 2/18/25 joint status report; no claw back permitted; no cost shifting at this time; parties to meet and confer to tailor search terms. | .2 | 150 |
| 3/3/25 | LCG | Draft email to MV, TA<br>Re: forwarding Magistrate's ruling on cost shifting; scheduling conference call | .1 | 75 |
| 3/4/25 | LCG | Receipt and review email from AM with further revisions to proposed joint status report. | .5 | 375 |
| 3/4/25 | LCG | Draft email to AM confirming joint status report. | .1 | 75 |
| 3/4/25 | LCG | Receipt and review ECF notice [Dkt. No. 290]<br>Re: joint status report. | .1 | 75 |
| 3/4/25 | LCG | Receipt and review email from MV<br>Re: availability for a call to discuss magistrate's ruling. | .1 | 75 |
| 3/4/25 | LCG | Receipt and review email from LF<br>Re: our proposal to use Bobby Glenn as mediator. | .1 | 75 |
| 3/5/25 | LCG | Attend to numerous emails between all counsel<br>Re: mediator | 1.2 | 900 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/5/25 | LCG | Receipt and review email from TA Re: outstanding discovery issues. | .1 | 75 |
| 3/5/25 | LCG | Draft email in response to TA. | .2 | 150 |
| 3/5/25 | LCG | Receipt and review email from AM Re: clarification as to Bates ranges of prior documents. | .2 | 150 |
| 3/5/25 | LCG | Cull, review, index and organize documents in question by AM correcting Bates numbers; preparing revised binder with correct Bates numbers. | 2.2 | 1650 |
| 3/5/25 | LCG | Draft email to AM sending responsive documents with corrected bates numbers. | .3 | 225 |
| 3/5/25 | LCG | Receipt and review email from TA Re: ongoing document search using agreed upon parameters. | .2 | 150 |
| 3/6/25 | LCG | Receipt and review email from TA Re: Anthony Simons will appear for deposition on behalf of Talbot; Daniel Stenhouse for Aon; Rob Hawes for Liberty; TA and Esteban Suarez for Barbuss; MV for Riviana; Tina Ruhlandt for EIMC. | .1 | 75 |
| 3/6/25 | LCG | Receipt and review email from MV Re: forwarding estimate from Riviana's third-party vendor, BlueStar for De-dup and data hosting. | .5 | 375 |
| 3/6/25 | LCG | Receipt and review follow up email from MV Re: BlueStar's invoices to date. | .2 | 150 |
| 3/6/25 | LCG | Receipt and review email from TA Re: BlueStar's invoices; need to give underwriters guidance about costs going forward. | .1 | 75 |
| 3/6/25 | LCG | Attend conference call with MV, TA Re: discovery issues, costs. | 1.0 | 750 |
| 3/6/25 | LCG | Receipt and review email from TA Re: underwriters will not approve significant expenditure | 1.0 | 750 |
| 3/6/25 | LCG | Receipt and review revised proposed joint status report from AM. | .5 | 375 |
| 3/6/25 | LCG | Draft email to AM approving latest version of joint status report. | .1 | 75 |
| 3/6/25 | LCG | Receipt and review ECF Notice [Dkt. No. 291] Re: joint status report. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 3/6/25 | LCG | Receipt and review minute entry [Dkt. No. 292] Re: magistrate's further directives for discovery following filing of joint status report. | .1 | 75 |
| 3/10/25 | LCG | Receipt and review email from MV Re: following up on call with GXO. | .1 | 75 |
| 3/10/25 | LCG | Draft email in response to MV. | .1 | 75 |
| 3/10/25 | LCG | Receipt and review email from MV | .1 | 75 |
| 3/11/25 | LCG | Receipt and review ECF notice [Dkt. No. 293] Re: motion to withdraw by Julianne Daile for GXO | .1 | 75 |
| 3/11/25 | LCG | Review motion to withdraw. | .1 | 75 |
| 3/11/25 | LCG | Receipt and review ECF notice [Dkt. No. 294] Re: order granting motion to withdraw. | .1 | 75 |
| 3/11/25 | LCG | Receipt, review and analyze lengthy email from AM Re: outstanding discovery issues. | .5 | 375 |
| 3/11/25 | LCG | Receipt and review email from AM to Mark Robinson Re: EMIC's 30(b)(6) witness. | .1 | 75 |
| 3/11/25 | LCG | Attend to numerous emails by and between AM, MR, LCG Re: scheduling of EIMC deposition. | 1.0 | 750 |
| 3/11/25 | LCG | Receipt and review email from AM to all counsel Re: postponing deposition of Barbuss. | .1 | 75 |
| 3/11/25 | LCG | Draft email to AM Re: cost shifting. | .5 | 375 |
| 3/11/25 | LCG | Receipt and review email response from AM RE: cost shifting; proposed joint status report. | .4 | 300 |
| 3/11/25 | LCG | Receipt and review email from MV Re: mediation. | .2 | 150 |
| 3/12/25 | LCG | Receipt and review email from TA to MV, LCG Re: costs of ongoing discovery from Riviana; consideration of underwriters reaction. | .1 | 75 |
| 3/12/25 | LCG | Receipt and review detailed response from MV to TA Re: viable options going forward. | .5 | 375 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/12/25 | LCG | Draft email to AM<br>Re: search terms. | .5 | 375 |
| 3/12/25 | LCG | Receipt and review email from AM<br>Re: search terms; proposed joint status report. | .2 | 150 |
| 3/12/25 | LCG | Receipt and review email from TA to MV<br>Re: will report back to underwriters accordingly. | .1 | 75 |
| 3/13/25 | LCG | Receipt and review email exchanges between AM and John Landis<br>Re: Aon production; Aon deposition. | .5 | 375 |
| 3/13/25 | LCG | Receipt and review email from AM<br>Re: Riviana hit report; negotiated search terms. | .1 | 75 |
| 3/13/25 | LCG | Draft email in response to AM | .4 | 300 |
| 3/13/25 | LCG | Receipt and review email from AM<br>Re: EIMC deposition; timing of deposition | .1 | 75 |
| 3/13/25 | LCG | Draft email in response to AM<br>Re: EIMC deposition; timing of deposition is due to witness in Europe, 7 hours ahead of EST. | .2 | 150 |
| 3/14/25 | LCG | Receipt and review email from TA forwarding email from Anthony Simons of Talbot<br>Re: setting up a conference call to discuss discovery issues. | .1 | 75 |
| 3/14/25 | LCG | Attend to numerous emails with TA<br>Re: setting up a call with Talbot. | 1.0 | 750 |
| 3/17/25 | LCG | Receipt and review teams link for conference call. | .1 | 75 |
| 3/18/25 | LCG | Receipt and review email from AM<br>Re: numerous outstanding discovery issues | .6 | 450 |
| 3/18/25 | LCG | Receipt and review email from Meghan Smith<br>Re: potential mediation before Judge Hanlon. | .1 | 75 |
| 3/18/25 | LCG | Receipt and review email from MV<br>Re: proposing Riviana apply pressure to GXO from the business side. | .1 | 75 |
| 3/18/25 | LCG | Draft email to MV<br>Re: agreeing to strategy of Riviana applying pressure on business side. | .1 | 75 |
| 3/19/25 | LCG | Receipt and review email from JB<br>Re: scheduling of EIMC deposition. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/19/25 | LCG | Draft email response to JB<br>Re: scheduling EIMC deposition. | .1 | 75 |
| 3/19/25 | LCG | Attend conference call with TA, AS | 1.2 | 900 |
| 3/19/25 | LCG | Receipt and review email from JB<br>Re: Barbuss production of documents. | .1 | 75 |
| 3/19/25 | LCG | Draft email response to JB<br>Re: Barbuss production of documents. | .1 | 75 |
| 3/21/25 | LCG | Receipt and review email from TA<br>Re: feedback from Esteban Suarez with uploaded emails. | .5 | 375 |
| 3/24/25 | LCG | Receipt and review email from MV to TA<br>Re: inquiring as to whether underwriters have responded to Riviana's request re: Bluestar processing emails. | .1 | 75 |
| 3/24/25 | LCG | Receipt, review and analyze Barbuss emails. | 3.0 | 2250 |
| 3/24/25 | LCG | Segregate emails for privilege | 1.0 | 750 |
| 3/24/25 | LCG | Draft privilege log. | 1.0 | 750 |
| 3/24/25 | LCG | Draft email to AM forwarding non-privileged Barbuss documents. | .5 | 375 |
| 3/24/25 | LCG | Receipt and review email from Am<br>Re: Barbuss production; other discovery issues; may need to request extension of deadline beyond 4/25/25. | .3 | 225 |
| 3/24/25 | LCG | Draft email in response to AM. | .1 | 75 |
| 3/24/25 | LCG | Draft email in response to MV<br>Re: no response from underwriters. | .1 | 75 |
| 3/25/25 | LCG | Receipt and review email from MV<br>Re: Riviana will proceed with processing of emails through Bluestar without authority from underwriters in order to avoid the ire of the court. | .1 | 75 |
| 3/28/25 | LCG | Receipt and review email from AM<br>Re: Barbuss production; hit report from Riviana; status of Liberty & Talbot production. | .2 | 150 |
| 3/28/25 | LCG | Draft email in response to AM<br>Re: Barbuss production; hit report from Riviana; status of Liberty & Talbot production. | .2 | 150 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/28/25 | LCG | Receipt and review email from AM to John Landis<br>Re: inquiring as to status of Aon production. | .1 | 75 |
| 3/28/25 | LCG | Draft email to TA<br>Re: Darren Deitz's emails. | .1 | 75 |
| 3/28/25 | LCG | Receipt and review email from TA<br>Re: Darren Deitz's emails. | .1 | 75 |
| 3/31/25 | LCG | Receipt and review email from TA forwarding Darren Deitz's emails | .1 | 75 |
| 3/31/25 | LCG | Review and analyze Darren Deitz's emails. | 3.8 | 2850 |
| 3/31/25 | LCG | Segregate emails for privilege. | .7 | 525 |
| 3/31/25 | LCG | Draft privilege log. | .5 | 375 |
| 4/1/25 | LCG | Receipt and review email from TA forwarding exchanges between Daniel Stenhouse and Rob Hawes<br>Re: Liberty is "content for the Blue Star process to go ahead, subject budget being constrained and this first step is approval given for the initial HIT report and presentation to GXO and the courts." | .1 | 75 |
| 4/1/25 | LCG | Receipt and review email from TA to MV<br>Re: Underwriters have given go ahead for Riviana to proceed with hit report. | .1 | 75 |
| 4/1/25 | LCG | Receipt and review email from MV acknowledging underwriters' approval of Blue Star expense. | .1 | 75 |
| 4/1/25 | LCG | Draft email to MV<br>Re: requesting a time estimate for hit report. | .1 | 75 |
| 4/1/25 | LCG | Receipt and review email from MV<br>Re: time estimate for hit report. | .1 | 75 |
| 4/1/25 | LCG | Receipt and review email from John Landis to AM<br>Re: Aon's continuing efforts to comply with discovery demands. | .1 | 75 |
| 4/2/25 | LCG | Receipt and review email from MV with update as to when Blue Star will process hits report. | .1 | 75 |
| 4/2/25 | LCG | Draft email to AM forwarding Deitz emails. | .3 | 225 |
| 4/4/25 | LCG | Receipt and review email from AM<br>Re: numerous outstanding discovery issues. | .5 | 375 |
| 4/4/25 | LCG | Draft email response to AM. | .5 | 375 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 4/8/25 | LCG | Receipt and review email from MV<br>Re: need for Riviana to modify Blue Star search parameters. | .1 | 75 |
| 4/9/25 | LCG | Receipt and review email from TA<br>Re: forwarding link for Talbot emails. | .1 | 75 |
| 4/9/25 | LCG | Receipt, review, analyze Talbot emails | 5.6 | 4200 |
| 4/9/25 | LCG | Draft email to TA<br>Re: inquiring as to Liberty production. | .1 | 75 |
| 4/9/25 | LCG | Receipt and review email from AM<br>Re: proposed joint status report; proposed motion for extension of deadlines. | .5 | 375 |
| 4/9/25 | LCG | Draft email in response to AM. | 1.0 | 750 |
| 4/9/25 | LCG | Receipt and review email from MV<br>Re: revised hit report; request for conference call including Jason Elster, Riviana's counsel assisting on discovery issues. | .1 | 75 |
| 4/10/25 | LCG | Draft email to MV, TA, JE<br>Re: availability for conference call. | .1 | 75 |
| 4/10/25 | LCG | Attend conference call with TA, MV, JE<br>Re: Riviana's production; suggestions for how to proceed. | 1.0 | 750 |
| 4/10/25 | LCG | Draft email to AM providing hit report. | .1 | 75 |
| 4/10/25 | LCG | Receipt and review email from AM forwarding revised joint status report in light of receipt of hit report. | .1 | 75 |
| 4/10/25 | LCG | Review/analyze revised joint status report. | .7 | 525 |
| 4/10/25 | LCG | Draft email to AM<br>Re: approving joint status report. | .1 | 75 |
| 4/10/25 | LCG | Receipt and review ECF notice [Dkt. No. 296]<br>Re: joint status report. | .1 | 75 |
| 4/10/25 | LCG | Receipt and review ECF notice [Dkt. No. 297]<br>Re: GXO motion to extend deadlines. | .1 | 75 |
| 4/10/25 | LCG | Receipt and review proposed order for joint motion for extension of deadlines. | .1 | 75 |
| 4/10/25 | LCG | Receipt and review minute entry [Dkt. No. 298]<br>Re: Motion to extend deadlines granted; proposed schedule adopted. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 4/14/25 | LCG | Receipt and review email from MV<br>Re: BlueStar estimates for attorney review of Riviana documents. | .1 | 75 |
| 4/15/25 | LCG | Receipt and review GXO's proposed revisions to hit report. | .5 | 375 |
| 4/15/25 | LCG | Draft email to MV, JE, TA<br>Re: request for BlueStar to generate revised hit report in light of GXO's request. | .1 | 75 |
| 4/15/25 | LCG | Numerous emails by and between LCG, MV, TA, JE<br>Re: setting up conference call. | 1.0 | 750 |
| 4/15/25 | LCG | Draft email to AM with Riviana's further proposed modifications and refinement to search terms. | .5 | 375 |
| 4/15/25 | LCG | Receipt and review email from AM in response to Riviana's further proposed modifications and refinement to search terms. | .2 | 150 |
| 4/15/25 | LCG | Receipt and review link for conference call with AM | .1 | 75 |
| 4/15/25 | LCG | Attend further meet and confer with AM | 1.5 | 1125 |
| 4/16/25 | LCG | Attend conference call with MV, TA, JE<br>Re: Riviana production; narrowing of terms; BlueStar involvement, suggestions for controlling costs. | 1.0 | 750 |
| 4/17/25 | LCG | Follow up call with AM<br>Re: Riviana production; narrowing of terms; BlueStar involvement, suggestions for controlling costs. | .7 | 525 |
| 4/18/25 | LCG | Draft email to AM<br>Re: forwarding Riviana's 2nd Hit Report with Revisions to search terms. | .2 | 150 |
| 4/18/25 | LCG | Receipt and review email from AM<br>Re: forwarding response to Riviana's 2nd Hit Report with Revisions to search terms. | .2 | 150 |
| 4/21/25 | LCG | Receipt and review email from JE<br>Re: Results of BlueStar running AM's 4/18 search terms | .1 | 75 |
| 4/21/25 | LCG | Review/analyze BlueStar spreadsheets with modified results. | .5 | 375 |
| 4/22/25 | LCG | Receipt and review email from AM with questions about "Quality Call" email chain; scheduling a call to finalize search terms; hits and families. | .2 | 150 |
| 4/22/25 | LCG | Draft email to JE, MV, TA forwarding AM's queries. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 4/22/25 | LCG | Receipt and review email from JE with responses to AM queries. | .1 | 75 |
| 4/22/25 | LCG | Attend to numerous emails<br>Re: further conference call to narrow search terms; hits and families to be included/excluded. | 1.0 | 750 |
| 4/24/25 | LCG | Attend conference call with MV, TA, JE, AM<br>Re: search terms, hits, families. | 1.0 | 750 |
| 4/24/25 | LCG | Receipt and review GXO's revised search terms | .5 | 375 |
| 4/25/25 | LCG | Receipt and review lengthy email from AM objecting to my accusation of "fishing expedition." | .5 | 375 |
| 4/28/25 | LCG | Receipt and review minute entry [Dkt. No. 299]<br>Oral argument on defendant's motion for leave to file amended affirmative defense and plaintiff's motion for sanctions set for 6/17/25. | .1 | 75 |
| 4/28/25 | LCG | Draft Declaration of Actual Engagement | .5 | 375 |
| 4/28/25 | LCG | File Declaration of Actual Engagement via ECF. | .1 | 75 |
| 4/28/25 | LCG | Receipt and review revised hit reports from Jason Elster; Yields almost 25k documents. | .1 | 75 |
| 4/28/25 | LCG | Review/analyze revised hit reports. | .5 | 375 |
| 4/28/25 | LCG | Draft email to JE<br>Re: revised hits report. | .2 | 150 |
| 4/28/25 | LCG | Receipt and review email fro JE<br>Re: revised hits report. | .1 | 75 |
| 4/29/25 | LCG | Receipt and review ECF Notice [Dkt. No. 301]<br>Re: response by GXO to set motion and R&R deadlines/hearings | .1 | 75 |
| 4/29/25 | LCG | Review response by GXO to set motion and R&R deadlines/hearings | .2 | 150 |
| 4/30/25 | LCG | Receipt, review, analyze email from AM<br>Re: progress in hits reports and reduction of hits; proposals for going forward. | .4 | 300 |
| 4/30/25 | LCG | Draft email to JE proposing further modifications. | .2 | 150 |
| 4/30/25 | LCG | Receipt and review response from JE<br>Re: further modifications. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 4/30/25 | LCG | Receipt and review minute entry [Dkt. No. 302]<br>Hearing on motion to file amended answer and motion for sanctions rescheduled for 7/9. | .1 | 75 |
| 5/1/25 | LCG | Receipt and review email from AM to JL<br>Re: Aon's production. | .1 | 75 |
| 5/1/25 | LCG | Receipt and review email from JE with hits reports following additional modifications. | .1 | 75 |
| 5/1/25 | LCG | Review/analyze four hit reports. | 1.0 | 750 |
| 5/1/25 | LCG | Draft email to MV, JE, TA<br>Re: despite best efforts to tailor terms in accordance with Magistrate Appenteng's guidance, it appears we are at an impasse. | .1 | 75 |
| 5/1/25 | LCG | Receipt and review email from MV<br>Re: agreeing to our position on impasse. | .1 | 75 |
| 5/1/25 | LCG | Receipt and review email from JE<br>Re: further refinement of hits reports. | .2 | 150 |
| 5/2/25 | LCG | Receipt and review email from MV to LCG, TA<br>Re: forwarding BlueStar invoices and total expenses incurred to date. | .4 | 300 |
| 5/2/25 | LCG | Draft email to AM forwarding latest hits report. | .2 | 150 |
| 5/2/25 | LCG | Receipt and review email from AM in response to latest hits report; agreement to further modification of search terms | .3 | 225 |
| 5/2/25 | LCG | Draft email to MV, JE requesting an additional run in light of AM's response. | .1 | 75 |
| 5/5/25 | LCG | Receipt and review email from MV<br>Re: agreement to do additional run subject to JE's approval. | .1 | 75 |
| 5/5/25 | LCG | Receipt and review email from JE<br>Re: agreement to re-run based upon modified terms. | .1 | 75 |
| 5/5/25 | LCG | Draft status report to TA and inquiring as to status of Liberty production. | .2 | 150 |
| 5/5/25 | LCG | Receipt and review email from TA in response. | .1 | 75 |
| 5/5/25 | LCG | Receipt and review ECF notice [Dkt. No. 303]<br>Re: attorney appearance for Exeter by Mary T. Yong. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 5/6/25 | LCG | Receipt and review email from JE<br>Re: results from AM's most recent search parameters yields 18,166 hits plus 1,875 "Quality Call"hits, no families). | .1 | 75 |
| 5/6/25 | LCG | Review/analyze updated hits report. | 1.0 | 750 |
| 5/6/25 | LCG | Draft email to AM with latest hits report | .2 | 150 |
| 5/6/25 | LCG | Receipt and review AM's response<br>Re: latest hits report. | .2 | 150 |
| 5/7/25 | LCG | Receipt and review email from MV<br>Re: progress on business side towards mediation. | .1 | 75 |
| 5/7/25 | LCG | Draft email response to MV<br>Re: GXO is not negotiating in good faith. | .2 | 150 |
| 5/7/25 | LCG | Receipt and review email fro TA<br>Re: Mediation. | .2 | 150 |
| 5/7/25 | LCG | Draft email to JE, MV, TA<br>Re: further suggestions for controlling time/costs associated with Riviana documents. | .2 | 150 |
| 5/7/25 | LCG | Receipt and review email response from JE | .1 | 75 |
| 5/7/25 | LCG | Attend to multiple emails by and between LCG, JE, MV, TA<br>Re: LCG to review the 18,166 + 1,875 "Quality Call" to keep costs down for underwriters (amount suggested by BlueStar is exorbitant and can be performed for a fraction). | 1.0 | 750 |
| 5/7/25 | LCG | Receipt and review email from Jeremy Schaper of Blue Star<br>Re: granting LCG access to RelOne workspace to review QC emails with and without attachments. | .1 | 75 |
| 5/7/25 | LCG | Draft email in response to JS<br>Re: setting up conference call to discuss access to RelOne. | .1 | 75 |
| 5/7/25 | LCG | Attend conference call with JS<br>Re: access to RelOne docs. | .8 | 600 |
| 5/7/25 | LCG | Document Review - Riviana Quality Call documents (588 documents) | 5.7 | 4275 |
| 5/9/25 | LCG | Document Review - Riviana Non Quality Call Documents (parents, 6,787 documents) | 10.7 | 8025 |
| 5/10/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (parents, 6,787 documents) | 9.8 | 7350 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 5/11/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (parents, 6,787 documents) | 9.0 | 6750 |
| 5/12/25 | LCG | Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 11.5 | 8625 |
| 5/12/25 | LCG | Receipt and review ECF notice [Dkt. No. 304]<br>Re: motion by Meghan Gonnissen to withdraw | .1 | 75 |
| 5/12/25 | LCG | Receipt and review lengthy email from AM with multiple questions and more issues to be resolved<br>Re: BlueStar production. | .5 | 375 |
| 5/13/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 9.7 | 7275 |
| 5/13/25 | LCG | Receipt and review ECF notice [Dkt. No. 305]<br>Re: Motion to withdraw is denied without prejudice so that it may be re-filed before District Judge. | .1 | 75 |
| 5/13/25 | LCG | Receipt and review ECF notice [Dkt. No. 306]<br>Re: motion by Meghan Gonnissen to withdraw before Judge Pacold | .1 | 75 |
| 5/14/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 9.5 | 7125 |
| 5/15/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 8.5 | 6375 |
| 5/16/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 8.5 | 6375 |
| 5/16/25 | LCG | Attend to numerous emails by and between LCG, MV, JE, TA<br>Re: conference call | 1.0 | 750 |
| 5/16/25 | LCG | Attend conference call with MV, JE, TA<br>Re: Riviana production. | 1.0 | 750 |
| 5/17/25 | LCG | Continued Document Review - Riviana Non Quality Call Documents (familes, 12,585 documents) | 7.5 | 5625 |
| 5/19/25 | LCG | Attend to numerous emails regarding Riviana/GXO negotiations on the business side towards resolution. | 2.0 | 1500 |
| 5/20/25 | LCG | Receipt and review email from AM to JL<br>Re: Aon production. | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 5/20/25 | LCG | Receipt and review email from AM<br>Re: status of Liberty production. | .1 | 75 |
| 5/20/25 | LCG | Draft email to TA<br>Re: inquiring as to status of Liberty production. | .1 | 75 |
| 5/21/25 | LCG | Receipt and review email from TA<br>Re: payment of my fees for the Riviana production approved by Aon. | .1 | 75 |
| 5/22/25 | LCG | Draft emails to AM forwarding responsive documents from Riviana. | .5 | 375 |
| 5/28/25 | LCG | Receipt and review lengthy email from AM with objections to the Riviana document production of 5/22 | .5 | 375 |
| 5/29/25 | LCG | Draft lengthy response to AM addressing all issues raised in her 5/28/25 email. | 1.5 | 1125 |
| 5/29/25 | LCG | Receipt and review lengthy email from AM with further commentary/objections to the Riviana document production of 5/22 | .5 | 375 |
| 5/29/25 | LCG | Draft email to AM<br>Re: call me. Now! | .1 | 75 |
| 5/30/25 | LCG | Numerous emails by and between TA and MV<br>Re: Riviana's expenses for discovery; payment from Aon. Not sure why Riviana's discovery expenses are getting paid from Aon directly, but our expenses for saving underwriters hundreds of thousands of dollars have to go through Liberty and apparently will not be paid. | 1.0 | 750 |
| 5/30/25 | LCG | Teleconfernce with AM<br>Re: outstanding discovery issues; GXO questioning the sufficiency of my review of 18,166 + 1,875 QC documents; questioning my veracity; my recommendation to AM to take the issue to the Magistrate as I will not entertain this rhetoric. | 1.0 | 750 |
| 5/30/25 | LCG | Receipt and review lengthy email from AM following conference call<br>Re: outstanding discovery issues; GXO questioning the sufficiency of my review of 18,166 + 1,875 QC documents; questioning my veracity; my recommendation to AM to take the issue to the Magistrate as I will not entertain this rhetoric. | .8 | 600 |
| 6/2/25 | LCG | Receipt, review, draft numerous emails by and between JE, JS, MV, TA<br>Re: refining documents produced from Riviana; my notations on each of the 18,166 + 1,875 QC documents; culling same to confirm my production to GXO's counsel. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 6/3/25 | LCG | Attend to multiple emails by and between JS, JE, MV, TA, LCG Re: supplemental production to GXO | 2.0 | 1500 |
| 6/5/25 | LCG | Attend to multiple emails by and between MV, TA, JE, LCG Re: business side negotiations between Riviana and GXO. | 2.0 | 1500 |
| 6/5/25 | LCG | Receipt and review email from AM to JL Re: Inquiring as to when Aon will produce documents. | .1 | 75 |
| 6/5/25 | LCG | Receipt and review email from AM Re: Per our discussion last week, drafts of the next joint status report and a joint motion for extension of deadlines are attached. Please let us know if Riviana is in agreement on these drafts, which we intend to file by the end of the day tomorrow, June 6.<br><br>Per our prior email and your response (below), we have assumed in drafting the joint status report that, in order to resolve the parties' dispute regarding the adequacy of Riviana's document review, Riviana intends to produce via Relativity all 18,166 documents identified on Riviana's hit report using the search terms and parameters to which the parties agreed, separately identifying the documents you coded as responsive. If Riviana is not in agreement, please let us know so we can add that as a dispute that requires the Court's attention. | .2 | 150 |
| 6/5/25 | LCG | Draft email to AM Re: Riviana is not producing all 18,166 documents. Responsive documents have been produced. | .1 | 75 |
| 6/5/25 | LCG | Receipt and review email from AM Re: joint status report will be updated accordingly. | .1 | 75 |
| 6/5/25 | LCG | Receipt and review email from JL to AM Re: status of Aon's production. | .1 | 75 |
| 6/5/25 | LCG | Draft email to AM Re: Riviana production; other discovery issues. | .1 | 75 |
| 6/6/25 | LCG | Draft correspondence to LF Re: status of mediation efforts, willingness to mediate, requesting that LF forward our letter to persons with authority at GXO. | 1.2 | 900 |
| 6/6/25 | LCG | Receipt and review correspondence from LF Re: status of case to date; issues with plaintiff's claims for damages; role of underwriters. | .3 | 225 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 6/6/25 | LCG | Receipt and review email from AM Re: revised proposed joint status report. | .1 | 75 |
| 6/6/25 | LCG | Review/analyze proposed joint status report. | .5 | 375 |
| 6/6/25 | LCG | Draft email to AM with changes from plaintiff | 1.0 | 750 |
| 6/9/25 | LCG | Receipt and review email from AM incorporating plaintiff's changes/additions to Joint Status Report. | .1 | 75 |
| 6/9/25 | LCG | Review/analyze proposed joint status report. | .3 | 225 |
| 6/9/25 | LCG | Receipt and review email from TA forwarding LF's 6/6/25 letter. | .1 | 75 |
| 6/9/25 | LCG | Draft email in response to TA Re: LF's 6/6/25 letter. | .1 | 75 |
| 6/9/25 | LCG | Receipt and review email from TA to Richard Valitutto confirming his authority to act on behalf of Riviana and Underwriters | .1 | 75 |
| 6/9/25 | LCG | Receipt and review email from JL to AM Re: Aon production is ready. | .1 | 75 |
| 6/9/25 | LCG | Draft email to TA Re: Liberty documents still outstanding; Magistrate may issue sanctions. | .1 | 75 |
| 6/9/25 | LCG | Receipt and review ECF Notice [Dkt. No. 308] Re: Joint Status Report filed. | .1 | 75 |
| 6/9/25 | LCG | Receipt and review ECF Notice [Dkt. No. 309] Re: Joint Motion for Extension of Deadlines | .1 | 75 |
| 6/10/25 | LCG | Receipt and review ECF Notice [Dkt. No. 310] Re: motion for extension of discovery deadlines granted; proposed discovery schedule adopted; parties to provide further joint status report outlining, inter alia, the specific efforts made by LCG to secure documents from Liberty; scheduling in-person hearing for 6/18 | .1 | 75 |
| 6/10/25 | LCG | Draft status report to TA forwarding Dkt. 310 | .1 | 75 |
| 6/10/25 | LCG | Receipt and review email from TA forwarding magistrate's order to Liberty, Aon. | .1 | 75 |
| 6/10/25 | LCG | Draft response to Magistrate's order Re: specific steps efforts by LCG to secure documents from Liberty | 2.0 | 1500 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 6/10/25 | LCG | Draft letter to Magistrate Appenteng Re: actual engagement; unable to attend in-person hearing on June 18 | .2 | 150 |
| 6/11/25 | LCG | Receipt and review email fro Magistrate Appenteng's clerk Re: allowing for telephonic appearance on 6/18 | .1 | 75 |
| 6/11/25 | LCG | Receipt and review proposed joint status report from AM. | .5 | 375 |
| 6/11/25 | LCG | Draft email to AM approving joint status report. | .1 | 75 |
| 6/11/25 | LCG | Draft email to TA, MV, JE Re: conversation with Judge Hanlon (possible mediation); scheduling conference call. | .1 | 75 |
| 6/12/25 | LCG | Attend conference call with TA, MV, JE | 1.0 | 750 |
| 6/12/25 | LCG | Receipt and review ECF Notice [Dkt. No. 312] Re: Joint Status Report filed. | .1 | 75 |
| 6/12/25 | LCG | Receipt and review minute entry [Dkt. No. 313] Re: status hearing set for 6/17/25, telephonic | .1 | 75 |
| 6/12/25 | LCG | Receipt and review email from TA Re: forwarding lengthy email chain by and between various Liberty personnel complaining of not being aware of this claim (despite that it has been in suit for 7 year and my hundreds of status reports to TA? Notably, I am not allowed to communicate directly with underwriters as per Barbuss instructions. Looks like somebody is getting thrown under the bus here.) | .5 | 375 |
| 6/12/25 | LCG | Attend to numerous emails Re: Liberty's belated response; date parameters used by Liberty completely wrong; documents are all within the last 6 months and have nothing to do with this litigation; not sure who at Liberty is the weak link here, but it is problematic to say the least. Looks like somebody is getting set up to be thrown under the bus to cover up institutional ineptitude. | 1.0 | 750 |
| 6/17/25 | LCG | Attend telephonic hearing before Magistrate Appenteng | 1.0 | 750 |
| 6/18/25 | LCG | Receipt and review minute entry [Dkt. No. 314] summarizing 6/17/25 hearing. | .2 | 150 |
| 6/19/25 | LCG | Receipt, review and analyze Liberty's responsive documents. | 3.0 | 2250 |
| 6/19/25 | LCG | Distill Liberty documents for responsive, relevant information. | 1.0 | 750 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|------------------------|-------|-----|
| 6/19/25 | LCG | Draft emails to AM forwarding Liberty's responsive documents. | .6 | 450 |
| 6/24/25 | LCG | Receipt and review proposed amended jurisdictional statement from AM | .5 | 375 |
| 6/24/25 | LCG | Draft response to AM, LF<br>Re: amended jurisdictional statement. | .1 | 75 |
| 6/25/25 | LCG | Draft email to Marc Brotman, Greg Mast, TA<br>Re: plaintiff's position statement for amended jurisdictional statement due 6/27 | .5 | 375 |
| 6/25/25 | LCG | Receipt and review email from Marc Brotman<br>Re: edits to plaintiff's position statement. | .1 | 75 |
| 6/25/25 | LCG | Draft email response to Marc Brotman | .1 | 75 |
| 6/25/25 | LCG | Draft email to LF, AM<br>Re: plaintiff's portion of amended jurisdictional statement. | .2 | 150 |
| 6/25/25 | LCG | Receipt and review email from MV<br>Re: inquiring about mediation status. | .1 | 75 |
| 6/25/25 | LCG | Draft email to MV<br>Re: mediation status. | .1 | 75 |
| 6/25/25 | LCG | Receipt and review email from MV<br>Re: GXO raising cost at Dallas warehouse 40% leading to Riviana putting out for RFP; not related to litigation but for informational purposes only. | .1 | 75 |
| 6/25/25 | LCG | Receipt and review ECF notice [Dkt. No. 316]<br>Re: transcript of 6/17 hearing before Magistrate Appenteng | .4 | 300 |
| 6/26/25 | LCG | Receipt and review email from LF<br>Re: proposed amended jurisdictional statement; proposed joint status report. | .1 | 75 |
| 6/26/25 | LCG | Review and analyze proposed amended jurisdictional statement. | .3 | 225 |
| 6/26/25 | LCG | Review and analyze proposed joint status report. | .3 | 225 |
| 6/26/25 | LCG | Draft email to LF<br>Re: proposed amended jurisdictional statement; proposed joint status report. | .1 | 75 |
| 6/27/25 | LCG | Draft status report to TA<br>Re: jurisdictional issues. | 1.3 | 975 |

| Date | Attorney | Description of Services | Hours | Fee |
|------|----------|-------------------------|-------|-----|
| 6/27/25 | LCG | Receipt and review ECF notice [Dkt. No. 317] Re: amended jurisdictional statement | .1 | 75 |
| 6/27/25 | LCG | Receipt and review ECF notice [Dkt. No. 318] Re: joint status report | .1 | 75 |
| 6/30/25 | LCG | Receipt and review email from TA Re: jurisdictional issue; report to Daniel Stenhouse | .4 | 300 |
| 6/30/25 | LCG | Draft email in response to TA Re: jurisdictional issue; report to Daniel Stenhouse | .1 | 75 |
| 6/30/25 | LCG | Receipt and review minute entry [Dkt. No. 319] Re: joint status report; amended jurisdictional statement. | .1 | 75 |
| 6/30/25 | LCG | Draft email to TA Re: status report; forwarding minute entry. | .2 | 150 |
| 7/1/25 | LCG | Receipt and review email from TA forwarding queries from Daniel Stenhouse. | .2 | 150 |
| 7/1/25 | LCG | Draft email to TA Re: responding to DS' questions. | .5 | 375 |
| 7/2/25 | LCG | Research citizenship for syndicates | 2.0 | 1500 |
| 7/2/25 | LCG | Draft email to TA Re: citizenship for syndicates; request for additional information. | .2 | 150 |
| 7/2/25 | LCG | Receipt and review email from TA Re: forwarding citizenship spreadsheet from all data collected between LCG, TA, DS | .2 | 150 |
| 7/3/25 | LCG | Receipt and review email from TA Re: forwarding his report to Rob Hawes of Liberty and questions regarding citizenship. | .1 | 75 |
| 7/3/25 | LCG | Receipt and review minute entry [Dkt. No. 321] Re: parties to be prepared to address whether court has federal jurisdiction. | .1 | 75 |
| 7/7/25 | LCG | Receipt and review email from TA Re: requesting latest status. | .1 | 75 |
| 7/7/25 | LCG | Draft status report to TA | .2 | 150 |
| 7/7/25 | LCG | Receipt and review email from Marc Brotman Re: cease and desist | .1 | 75 |

| Date | Attorney | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 7/7/25 | LCG | Draft email to Marc Brotman<br>Re: need for immediate call. | .1 | 75 |
| 7/8/25 | LCG | Attend conference call with MB, GM, TA | .5 | 375 |
| 7/8/25 | LCG | Draft, receipt, review numerous emails by and between LCG and GM; cc to MB, TA<br>Re: citizenship of syndicates; seeking a unified position to be presented to the court on 7/9 | 2 | 1500 |
| 7/8/25 | LCG | Travel to Chicago | 7.0 | 5250 |
| 7/9/25 | LCG | Attend hearing before Judge Pacold<br>Re: issue of federal jurisdiction | 2.0 | 1500 |
| 7/9/25 | LCG | Travel from Chicago | 7.0 | 5250 |
| 7/9/25 | LCG | Receipt and review minute entry [Dkt. No. 323]<br>Re: plaintiff has until 8/8/25 to file amended complaint. | .1 | 75 |
| 7/10/25 | LCG | Receipt and review email from MB<br>Re: requesting a draft of the amended complaint for review prior to filing. | .1 | 75 |
| 7/10/25 | LCG | Draft email to MB confirming that a draft amended complaint will be sent for his review. | .1 | 75 |
| 7/10/25 | LCG | Receipt and review minute entry [Dkt. No. 324]<br>Re: plaintiff should file on ECF a copy of the table presented to the Court at the 7/9/25 hearing. | .1 | 75 |
| 7/10/25 | LCG | Draft status report to MV, TA | 1.0 | 750 |
| 7/11/25 | LCG | Receipt and review email from Rob Hawes<br>Re: Liberty is transferring the file to Fields Howell and Walker Wilcox. | .1 | 75 |
| | | **Total** | **988.2** | **$741,150.00** |

**Disbursements**

| Date | Payee | Description | Amount |
|------|-------|-------------|--------|
| 7/9/25 | Lyft | Transportation from LGA to Whitestone Office | 27.99 |
| 7/9/25 | Lyft | Transportation from NDIll. to O'Hare | 62.41 |
| 7/9/25 | Delta | Roundtrip Flight LGA to ORD for oral argument before Judge Martha M. Pacold | 646.96 |
| 7/9/25 | Hilton Chicago | Hotel for oral argument before Judge Martha M. Pacold | 443.00 |
| 7/8/25 | Lyft | Transportation from Whitestone Office to LGA | 32.09 |
| 1/21/25 | Lyft | Transportation from LGA to Whitestone Office | 28.70 |
| 1/21/25 | Lyft | Transportation from NDIll. to O'Hare | 57.74 |
| 1/21/25 | Lyft | Transportation from Chicago Hilton to NDIll. | 14.75 |
| 1/21/25 | Delta | Roundtrip Flight LGA to ORD for in-person hearing before Magistrate Jeannice Appenteng. | 756.78 |
| 1/21/25 | Hilton Chicago | Hotel for in-person hearing before Magistrate Jeannice Appenteng. | 29.36 |
| 1/20/25 | Lyft | Transportation from O'Hare to Chicago Hilton | 57.10 |
| 1/20/25 | Lyft | Transportation from Whitestone Office to LGA | 32.68 |
| 7/25/24 | Lyft | Transportation from LGA to Whitestone Office | 33.35 |
| 7/25/24 | Lyft | Transportation from NDIll. to O'Hare | 75.11 |
| 7/24/24 | Lyft | Transportation from O'Hare to Chicago Hilton | 48.59 |
| 7/24/24 | Lyft | Transportation from Whitestone Office to LGA | 35.91 |
| 7/29/21 | Weissberg & Associates, Ltd. | One-half of $2,500 Retainer for new Chicago counsel following closure of Karl Rotherberg office. | 1,250.00 |
| 7/26/18 | USDC, SDNY | Filing Fee | 400.00 |
| | **Total** | | **4032.52** |

| Payee | Description | Amount |
|---|---|---|
| Total Fees | 988.2 hours @ $750.00 per hour | $741,150.00 |
| Total Disbursements | | 4,032.52 |
| **Total** | | **$745,182.52** |