# CARUSO GLYNN, LLC
COUNSELORS AT LAW

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICLHER†
JESSICA L. HOFFMAN

† Admitted in NY & NJ

242-03 Northern Blvd.
Suite 201
Little Neck, New York 11362
Telephone: (718) 819-8667
Facsimile: (718) 767-2474

e-mail to lglynn@carusoglynn.com
www.carusoglynn.com

145-04 14th Avenue
Whitestone, N.Y. 11357

August 5, 2025



Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Caruso Glynn, LLC v. Liberty Corporate Capital Ltd., et al.**
             Case No.:     25 Civ. 4312 (NRM)(TAM)
             CG File No.:  88.080125.01

Dear Hon. Morrison:

      In accordance with §1.9 of Your Honor's Individual Practices, the Court has subject matter jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. §1332 as there is complete diversity between plaintiff and all defendants and the amount in controversy is in excess of $75,000.00.

      Plaintiff is a sole member, limited liability company existing under the laws of the State of New York with a principal place of business located at 242-03 Northern Blvd., Suite 201, Little Neck, New York 11362.

      Defendant LIBERTY CORPORATE CAPITAL LTD. was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 20 Fenchurch Street, London, EC3M 3AW, United Kingdom.

      Defendant TALBOT 2002 UNDERWRITING CAPITAL LTD. was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 60 Threadneedle Street, London, EC2R 8HP, United Kingdom.

      Defendant AXIS CORPORATE CAPITAL UK II LTD. f/k/a NOVAE CORPORATE UNDERWRITING LTD., was and now is a corporation or other business entity existing under the laws

of the United Kingdom with a principal place of business located at 52 Lime Street, London, EC3M 7AF, United Kingdom.

Defendant APRILGRANGE LIMITED was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at One Creechurch Place, Creechurch Lane, London, EC3A 5AF, United Kingdom.

Defendant F&G UK UNDERWRITERS LIMITED was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at One Creechurch Place, Creechurch Lane, London, EC3A 5AF, United Kingdom.

Defendant AXIS CORPORATE CAPITAL UK LTD was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 52 Lime Street, London, EC3M 7AF, United Kingdom.

Defendant CATLIN SYNDICATE LTD. was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 20 Gracechurch Street, London, EC3V 0BG, United Kingdom.

Defendant BRIT UW LTD. was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at The Leadenhall Building, 122 Leadenhall Street, London, EC3V 4AB, United Kingdom.

Defendant MARKEL CAPITAL LIMITED was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 20 Fenchurch Street, London, EC3M 3AZ, United Kingdom.

Defendant MARKEL CAPITAL LIMITED, was and now is the sole member of Syndicate No. 3000.

Defendant QBE CORPORATE LTD. was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at 30 Fenchurch Street, London, EC3M 3BD, United Kingdom.

Defendant AON was and now is a corporation or other business entity existing under the laws of the United Kingdom with a principal place of business located at The Aon Centre, 122 Leadenhall Street, London, EC3V 4AN, United Kingdom.

Defendant RIVIANA FOODS INC. was and now is a Delaware corporation with a principal place of business located at 2777 Allen Parkway, Suite 1500, Houston, Texas 77019.

Respectfully yours,

**Caruso Glynn, llc**

*Lawrence C. Glynn*

Lawrence C. Glynn

LCG/