AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CARUSO GLYNN, LLC <br><br> *Plaintiff(s)* <br> v. <br> LIBERTY CORPORATE CAPITAL LTD., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-4312 NRM-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Caruso Glynn, LLC
> 242-03 Northern Blvd.
> Suite 201
> Little Neck, New York 11362

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/13/2025

S. GALEANO
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# **RIDER**

LIBERTY CORPORATE CAPITAL LTD.
20 Fenchurch Street
London, EC3M 3AW
United Kingdom

TALBOT 2002 UNDERWRITING CAPITAL LTD.
60 Threadneedle Street
London, EC2R 8HP
United Kingdom

AXIS CORPORATE CAPITAL UK II LTD. f/k/a
NOVAE CORPORATE UNDERWRITING LTD.
52 Lime Street
London, EC3M 7AF
United Kingdom

APRILGRANGE LIMITED
One Creechurch Place
Creechurch Lane
London, EC3A 5AF
United Kingdom

F&G UK UNDERWRITERS LIMITED
One Creechurch Place
Creechurch Lane
London, EC3A 5AF
United Kingdom

AXIS CORPORATE CAPITAL UK LTD
52 Lime Street
London, EC3M 7AF
United Kingdom

CATLIN SYNDICATE LTD.
20 Gracechurch Street
London, EC3V 0BG
United Kingdom

BRIT UW LTD.
The Leadenhall Building
122 Leadenhall Street
London, EC3V 4AB
United Kingdom

MARKEL CAPITAL LIMITED
20 Fenchurch Street
London, EC3M 3AZ
United Kingdom

QBE CORPORATE LTD.
30 Fenchurch Street
London, EC3M 3BD
United Kingdom

AON
The Aon Centre
122 Leadenhall Street
London, EC3V 4AN
United Kingdom

RIVIANA FOODS INC.
2777 Allen Parkway
Suite 1500
Houston, Texas 77019