# MAZZOLA LINDSTROM LLP

Hanoch Sheps
hanoch@mazzolalindstrom.com
(646) 216-8126

October 28, 2025

*Via ECF*

Honorable Taryn A. Merkl
USDC Eastern District of New York
225 Cadman Plaza East Brooklyn
New York Courtroom: 13D South

    **Re:** *Caruso Glynn, LLC v. Liberty Corporate Capital Ltd. et al. (1:25-cv-04312)*

Dear Judge Merkl:

    We represent Liberty, the Lloyd's syndicates, AON and Riviana. The parties respectfully submit this joint letter to advise the Court of the request for a pre-motion conference (ECF Doc. 26) filed Friday. It was defendants' understanding that discovery would be stayed pending further direction from the Court, and that a case management order would not be required at this time. The parties conferred regarding the Case Management Worksheet and disagreed as to whether its submission was rendered moot by the pending pre-motion request. The parties apologize for any misunderstanding and thank the Court for its consideration.

Respectfully submitted,

Hanoch Sheps