MAZZOLA LINDSTROM LLP

Hanoch Sheps
hanoch@mazzolalindstrom.com
(646) 216-8126

December 12, 2025

***Via ECF***

Honorable Nina R. Morrison, USDJ-EDNY
Morrison_Chambers@nyed.uscourts.gov
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Caruso Glynn, LLC v. Liberty Corporate Capital Ltd. et al. (1:25-cv-04312)***

Dear Judge Morrison:

I write on behalf of defendants concerning yesterday's text order on Your Honor's motion bundling procedures. Plaintiffs filed executed summonses (DE 32 and 33) which call for responsive pleadings by a date certain; dates before defendants' pending motion to dismiss would be fully-briefed. Therefore, delaying of the filing would deprive defendants of a substantive right or compliance with a statutory deadline, the deadline to answer or otherwise move. Defendants take no position on the adequacy of the service of process itself but reserve all rights to do so.

Respectfully submitted,

Hanoch Sheps