UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARUSO GLYNN, LLC, Case No.: 25 Civ. 4312 (NRM)(TAM)

Plaintiff,

-against-

LIBERTY CORPORATE CAPITAL LTD.,
TALBOT 2002 UNDERWRITING CAPITAL LTD.,
AXIS CORPORATE CAPITAL UK II LTD. f/k/a
NOVAE CORPORATE UNDERWRITING LTD.,
APRILGRANGE LIMITED,
F&G UK UNDERWRITERS LIMITED,
AXIS CORPORATE CAPITAL UK LTD,
CATLIN SYNDICATE LTD.,
BRIT UW LTD.,
MARKEL CAPITAL LIMITED,
QBE CORPORATE LTD.,
AON and RIVIANA FOODS INC.,

Defendants.
-----------------------------------------------------------x

**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11(b)**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Lawrence C. Glynn and Memorandum of Law and upon all prior pleadings and proceedings had in this action, the undersigned will move this Court before the Honorable Nina R. Morrison at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and time amenable to the Court for an Order pursuant to Fed. R. Civ. P. 11(b)(1) and (2) imposing sanctions upon defendants LIBERTY CORPORATE CAPITAL LTD., TALBOT 2002 UNDERWRITING