UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARUSO GLYNN, LLC, Case No.: 25 Civ. 4312 (NRM)(TAM)

Plaintiff,

-against-

LIBERTY CORPORATE CAPITAL LTD.,
TALBOT 2002 UNDERWRITING CAPITAL LTD.,
AXIS CORPORATE CAPITAL UK II LTD. f/k/a
NOVAE CORPORATE UNDERWRITING LTD.,
APRILGRANGE LIMITED,
F&G UK UNDERWRITERS LIMITED,
AXIS CORPORATE CAPITAL UK LTD,
CATLIN SYNDICATE LTD.,
BRIT UW LTD.,
MARKEL CAPITAL LIMITED,
QBE CORPORATE LTD.,
AON and RIVIANA FOODS INC.,

Defendants.
------------------------------------------------------------x

**DECLARATION OF LAWRENCE C. GLYNN IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

LAWRENCE C. GLYNN, an attorney duly admitted to practice law in the State of New York, hereby declares under the penalty of perjury as follows:

1. I am a member of the firm of Caruso Glynn, LLC, a sole-member limited liability company ("Plaintiff) and am fully familiar with the facts and circumstances of this matter based upon my review of the file maintained by this office.

2. This declaration is made in support of Plaintiff's motion for sanctions as against defendants LIBERTY CORPORATE CAPITAL LTD., TALBOT 2002 UNDERWRITING CAPITAL LTD., AXIS CORPORATE CAPITAL UK II LTD. f/k/a NOVAE CORPORATE UNDERWRITING LTD., APRILGRANGE LIMITED, F&G UK UNDERWRITERS LIMITED,