and this memorandum of law (5.4 hrs), the undersigned has spent 23.1 hours. Counsel's normal hourly rate is $750 per hour which is a fair and reasonable attorney's rate for attorneys practicing 29 years in Queens County. *See e.g., Francis v. Atl. Infiniti, Ltd.*, 34 Misc. 3d 1221(A), 950 N.Y.S.2d 608 (Sup. Ct. 2012). Accordingly, it is respectfully requested that the Court now order Defendants to pay $17,775.00 to Plaintiff for its reasonable attorney's fees, and for such other and further relief as this Court may deem just and proper.

Dated: Little Neck, New York
September 9, 2026

Respectfully submitted,

**CARUSO GLYNN, LLC**
Attorneys for Plaintiff

By: /s/ Lawrence C. Glynn
Lawrence C. Glynn
242-03 Northern Blvd.
Suite 201
Little Neck, New York 11362
(718) 819-8667