# CARUSO GLYNN, LLC

COUNSELORS AT LAW

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICLHER†
JESSICA L. HOFFMAN

† Admitted in NY & NJ

242-03 Northern Blvd.
Suite 201
Little Neck, New York 11362
Telephone: (718) 819-8667
Facsimile: (718) 767-2474

**e-mail to lglynn@carusoglynn.com**
**www.carusoglynn.com**


September 9, 2026

---

Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Caruso Glynn, LLC v. Liberty Corporate Capital Ltd., et al.</u>**
**Case No.: 25 Civ. 4312 (NRM)(TAM)**
**CG File No.: 88.080125.01**

Dear Hon. Morrison:

This letter is respectfully submitted pursuant to Rules 5.1.1.1 and 5.1.2 of Your Honor's Individual Rules to request a pre-motion conference for summary judgment on plaintiff's claim for attorneys fees as against all defendants. Plaintiff incorporates by reference the background as set forth in the Report and Recommendation of Magistrate Judge Taryn A. Merkly dated July 24, 2026 and summary of facts as set forth in Your Honor's Memorandum and Order denying Defendants' Motion to Dismiss in its entirety dated September 8, 2026.

Respectfully yours,

CARUSO GLYNN, LLC

*Lawrence C. Glynn*

Lawrence C. Glynn

LCG/